UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,

v.

CASE NO. ______

RECEIVED
MAR 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

05 118 T

CT-Dept of Correction, STATE of C [redacted]
RI-Dept of Correction, Rhode Island [redacted]
Thersa Lantz, CT-DOC Commissioner,
A.T. WALL, RI-DOC Commissioner,
John Does,
Defendants.

March 13, 2005

# Civil Lawsuit -- section 1983

This Lawsuit is being brought against the defendant(s) for their "Conspiracy" to deprive the Plaintiff of his Constitutional Rights, access to the Court(s); Access to his Legal cases files; deprival of communication to his Legal counsels and systematically being over charged for telephone Calls to the Plaintiff's family members in Connecticut from Rhode Island Dept of Correction.

The Plaintiff also claims that the defendants did "Conspire" to harass, retaliate and punish the Plaintiff as a result of him exercising his Legal Rights... to include filing Lawsuits against the defendants. The Plaintiff also claims that the defendants did engage in Retaliatory transfer of the Plaintiff from Connecticut-DOC to Rhode Island-DOC.. in their efforts to have the Plaintiff seriously Assaulted or "Killed"

In Retaliation for him excercising his Constitutional Right(s).

The Plaintiff Claims this Court his Jurisdiction of this matter under section 1983; Diversity of Citizenship — Rhode Island State Law and Connecticut State Law.

The Plaintiff Claims the defendants actions caused him to lose his pending case(s) and Legal matters, cause him to spend more time incarcerated, Loss of family Contact(s) and high telephone bills, among other things, Lost of Property.. the Plaintiff also Claims he was subjected to threats, fear, embarrassment, Mental Anguish, Loss of weight, bad health, lost of income, loss of family ties, physical injuries and intentional emotional distress, defame and Libel of the Plaintiff.. To which the Plaintiff seeks damages (Punitive and Compensatory). the Plaintiff also seeks Declaratory order, Injunctive relieve and Costs and Attorney fees for this Lawsuit.

I swear under penalty of perjury the above statements are true and correct to the best of my knowledge.[1]

[signature] Pro se
Thaddeus Taylor #237155
RI-DOC # 128275
Rhode Island DOC
P.O. Box 8249
Cranston, RI 02920

---

[1] The Plaintiff respectfully request the Court Construe this Lawsuit Liberally and that the Court Grant him to proceed with this Lawsuit as in forma pauper IFP status.. waiver of fees.. as he is an indigent person and have ' balance on his inmate a' count.. and unable to pay for this Lawsuit. According the Plaintiff requests IFP status.