UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff : CASE NO. ______

v. :

05 118 T

CT-Dept. of Correction, STATE of [illegible]
RI-Dept. of Correction, STATE of RI,
Thersa Lantz, Commissioner-CTDOC
A.T. WALL, Commissioner-RI-DOC
Defendants

March 13, 2005

## MOTION FOR TEMPORARY INJUNCTION(S) ORDER; Protective ORDER AGAINST Retaliation

The Plaintiff Thadius Taylor (sic) in the above captioned matter respectfully moves this Honorable Court for a Temporary Injunction ORDER against the CT-Dept of Correction, RI-Dept. of Correction and the named defendant's prohibiting them from denying the Plaintiff Adequate Access to his Legal Case files, Access to the Court(s); and from being harassed or retaliated against for exercising his Constitutional Right... in any manner.

The Plaintiff requests the Court also issue an order "Temporary Injunction" directing that the Plaintiff be immediately returned to the custody of CT-DOC in the STATE of Connecticut until the Plaintiff could Adequate Challenge his transfer (involuntarily) from CT-DOC to RI-DOC and until such time CT-DOC and the

Could adequate demonstrate to this Honorable Court and/or Rhode Island and Connecticut U.S. District Court (pending matters) that such transfer is necessary and the only means that CT-DOC Administrators have ... and not simply a "Retaliatory transfer" to a facility out of State ... in their efforts to "Punish" the Plaintiff or deprive the Plaintiff of the ability to adequately litigate his Claims before the Court(s).

In further Support of this Temporary Injunction Motion the Plaintiff respectfully Submitts that he have previously been harassed and Retaliated against by the defendant(s) .. CT-DOC, and that he was seriously Assaulted by the Defendants and/or their Agents .. Although the Plaintiff is a Level 2 (or minimum Security) within CT-DOC .. The CT-DOC prison officials intentionally lied to Rhode Island prison official .. stating that the Plaintiff was very hostile, very Assaultive, very Agressive - in order to "set the Plaintiff-up" to be Seriously Assault, killed or otherwise by Rhode Island Staff and/or inmates. The Plaintiff requests the Court immediately Address these matters ... and Construe Liberally

Respectfully submitted,

Thaddeus Taylor, pro se #128275
Thaddeus Taylor
RHODE ISLAND DOC
P.O. BOX 8249
CRANSTON, RI 02920

ORAL Argument required
Testimony Required

Side 2 of 2 -