UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, : CASE NO. CA 05-118T

v. :

RI-Dept. of Correction,
CT-Dept. of Correction, et al : March 13, 2005
Defendants.

APPLICATION TO PROCEED "IFP"
DECLARATION OF THADDEUS TAYLOR

1. I'm a U.S. Citizen, above the age of 18 years old.
2. I'm a Connecticut Resident and the (in part) defendant(s) are from Rhode Island.
3. I understand and believe in the OATH.
4. I'm the Plaintiff in the matter Taylor v. Dept. of Correction, et al and filed a "Temporary Injunction order"... I'm an indigent Person and Can not afford to pay for this litigation. I have been incarcerated since 1995 and have previously been qualified as an "indigent Person" in both STATE and Federal Court(s) (CT). I currently have $.00 dollars in my inmate Account (attached) I agree and understand that even if the Court grant me "IFP" Status... I will still have to pay $150.00 by payments until it is PAID entirely under the "PLRA"... even if my case is dismissed.
5. I have no Bonds, stocks, Real Estate, or saving accounts. I'm an indigent person.
6. I declare under penalty of perjury the above statements are true and correct.

[signature]
Thaddeus Taylor #128275
RI-DOC
P.O. Box 8249
Cranston, RI 02920

4