**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se,*

v. **C.A. No. 05- 118 T**

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **THERESA LANTZ, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Thaddeus Taylor, an inmate incarcerated at the Rhode Island Department of Corrections, filed an Amended Complaint pursuant to 42 U.S.C. § 1983. Plaintiff makes a litany of claims throughout the Amended Complaint.

Of particular importance here, plaintiff has filed motions for temporary injunctive relief.[1] In the motions (and in his Amended Complaint), plaintiff alleges that he is a former correctional officer and that, as an incarcerated - former correctional officer, he is under a "substantial risk of harm." See Motion for Temporary Injunction, dated May 4, 2005, filed May 9, 2005, at 2. Moreover, plaintiff alleges in his filings that the Department of Corrections' personnel have "set him up," informing other inmates that he is a former correctional officer while placing him in the general population where he can be assaulted and/or killed.[2] See id; See also Motion for Temporary Injunction, dated April 8, 2005, filed May 9, 2005.

---

[1] Plaintiff has filed three motions for temporary injunctive relief with the Court. See Docket # 2, 7.

[2] When this motion was referred to this writer, the Court made inquiry to the DOC Legal Counsel regarding Mr. Taylor's placement in the general population. DOC Legal Counsel informed the Court that the plaintiff has since been moved to protective custody.



8

Accordingly, **IT IS HEREBY ORDERED**:

1. The U.S. Marshal shall serve defendant A.T. Wall **forthwith** with a Copy of the Amended Complaint, a Summons, a copy of this Order, and copies of plaintiff's motions for injunctive relief.

2. Within **five** days of receipt of this Order and the accompanying documents, Defendant A.T. Wall shall file a written response to the plaintiff's motions for temporary injunctive relief (filed on March 23, 2005 and on May 9, 2005). **No extensions will be permitted**. In his response, Defendant Wall shall detail what, if any, steps he (and/or his Department) has taken to protect the plaintiff from the alleged "substantial risk of harm" the plaintiff complains about.

3. Defendant Wall shall have twenty days from the receipt of this Order to file an Answer or other responsive pleading.

Jacob Hagopian
Senior United States Magistrate Judge
May 17, 2005