original

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thaddeus Taylor ; CASE NO. C.A. No 05-118T
; (Hon. Jacob Hagopian Senior U.S. Magistrate Judge)
v. ;
;
CT-Dept. of Correction;
RI Dept. of Correction, A.T. Wall, et al. MAY 27, 2005

PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING U.S. MARSHALS TO SERVE CT-DEFS.

The Plaintiff Thaddeus Taylor in the above Captioned case respectfully moves this Honorable Court for an order to serve the remaining "STATE of Connecticut Defendants" in this matter.. specifically, on May 17, 2005 the Court issued an order directing the U.S. Marshal office to serve upon the "Rhode Island Defendants" a copy of the Amended Complaint, Summons and copies of Motions for injunctive Relief... the Court however did not order the service upon the "CT" defendants: STATE of Connecticut, CT Dept. of Correction, Thersa Lantz, James Dzurenda, Dennis Jones, Brain Murphy, Fred Levesque, Mary Johnson, Steven Strom, Lynn Milling, M. Jodi Rell and John Does.. the plaintiff respectfully moves the Court to order "service by the U.S. Marshals upon the "STATE of Connecticut" defendant(s) as well... so that All parties maybe Properly Served and file their Answer(s) within 20 days.

The Plaintiff further submits that because the Connecticut Defendant(s) are all currently employed by the STATE of Connecticut -- the Attorney General office would be the proper Agency to Accept Service.

Wherefore it is so Moved.

Respectfully Submitted,

[signature] PROSE

Thaddeus Taylor #128275
ACI - [illegible] HSC
P.O. BOX 8200
CRANSTON, RI 02920

Certificate of Service

I Certify that a copy of this motion was mailed (RIDOC) to Attorney Patricia A. Coyne-Fague, Chief Legal Counsel RIDOC Legal office, 40 Howard Ave; and Attorney General office for CT DOC, Attorney General office, 110 Sherman Street, Hartford, CT 06105 on this 27th day of May postage prepaid.

[signature]

Thaddeus Taylor prose