Original

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

CASE No. CA 05-118T

v.

Connecticut Department of Correction;
Rhode Island Dept. of Correction;et al

MAY 26, 2005

AFFIDAVIT OF THADDEUS TAYLOR
INSUPPORT OF MOTION FOR TEMPORARY INJUNCTION

1. I'm the plaintiff in the above captioned matter. I'm a U.S. citizen, above the age of 18 years old.

2. I believe in the oath.

3. On March 9, 2005, I was transferred to Rhode Island DOC,under the New England Interstate Corrections Compact by CT-DOC. Prior to this transfer I was housed at Cheshire CI Protective Custody Unit...I have not recieved a disciplinary infraction since 1996. I was transferred from CT DOC in retailation for me excerising my constitutional rights.

4. I'm an ex-correctional officer formerly employed by CT DOC, I have several pending legal matters against CT DOC and others, to include pending criminal matters in both Federal and state Court.

5. Since my Arrival at the Rhode Island Dept. of Correction I have been denied access to my legal case files, denied access to my personal property, denied access to a notary, denied access to CT STATE LAW, CT General Statutes, denied the opportunity to practice my religious faith, denied the opportunity to participate in rehabiliation programs, educational programs and vocational programs.

6. I have also been threaten by staff, attempted to be set-up by staff, harassed, retaliation, discriminatory practices, threaten to be give disciplinary tickets, intimidated, change of job assignment, shake-down of the cell, destruction of my property, routine harassment.

7. I have also been threaten, intimidated, harassed and/or retaliated against by correctional staff and supervisors of the Rhode Island Department of Corrections as a result of me excerising my rights, using the inmate grievance system and filing formal complaints against the Staff and Adminstrator(s). I have also file formal complaints with the Office of the Inspector--RIDOC,SIU--RIDOC and the Director's office...to no avail. The unprofessionalism and misconducts are continually on going and infact escalating.

8. I'm in fear of my life, in that I have good reason to believe that Staff and Superior Officers will "set me up" to be seriously assaulted by them; and subsequently attempt to charge me with assault etc.. I also have been warned by other inmates in the P.C. unit that they overheard staff stating this and/or that this was their

policies and customs.

9. Some of the correctional officers and supervisors that have harassed me, retaliated against me,punished me, attempted to set me up, attempted to intimidate me among other things are Warden James Weeden, Deputy warden D. Collins, LT. Galligan, LT. Getter, LT.Avilla, LT.DOYLE, C/O Worden, C/O Simpson,C/O Blain,C/O Manning, C/O Howard, C/O Woods, C/O Crenshaw, C/O Pierce, C/O Brouillete, C/O McCrea, there are Two more C/Os inwhich I don't know the names at this time. I have filed Formal Complaint(s) as to all incidents with the RIDOC Director's office, Connecticut Commissioner Thersa Lantz, the Office of the Inspector and the Special Investigation Unit of the Rhode Island DOC...however the misconduct(s) have not stopped.

10. I have also had my legal work stolen, misplaced and/or thrown away by staff and supervisors, intentionally denied adequate access to such repeatedly. Lt, Galligan have also began to falsify the records in his efforts to cover up Staff misconduct(s).

11. I have also been denied the ability to contact my attorney by staff and because my pin number is broken etc..

12. I have no reason to be in Rhode Island DOC; this transfer of me was done as a retalitory act by CT DOC. I am eligible for placement in the Halfway House on August 23, 2005, and scheduled for my parole hearing in Sept. 2005. This transfer also is a hardship for me, in that my mother is terminal ill (cancer) and can not travel this long of a distance. Additionally, I can not adequately prepare for re-entry into society Connecticut.

I swear that the above statements are true and correct to the best of my knowledge, under the penalty of perjury.///

[signature]

THADDEUS Taylor# 128275;CT DOC 237855
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to RIDOC Defendants Counsel Attorney Patricia Coyne-Fague, RIDOC Legal office, 40 Howard ~~Ave~~, Cranston, RI 02920; Attorney General office, 110 Sherman street, Hartford, CT 06105 on this 27th day of May 2005. Postage pre paid.

[signature]

Thaddeus Taylor Pro se