UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor ; CASE NO. C.A. 05-118T

v. ;

A.T. WALL, Director of
Rhode Island Dept of Corrections;
Connecticut Dept. of Corrections,
Commissioner Thersa Lantz, et al.

FILED
JUN 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

June 6, 2005

PLAINTIFF'S MOTION FOR PERMISSION FROM THE COURT TO FILE ON SET OF PLEADINGS

The Plaintiff Thaddeus Taylor, in his pro se capacity in the above captioned matter, respectfully moves this Honorable Court for permission to serve and/or file with this Honorable Court only one set of his pleadings, motions, etc. and serve upon all counsel of record for the defendant(s) a copy of such pleadings, motions, etc.

Specifically, the submits that he is an indigent person and at times can not timely make copies of all documents and pleadings as required by the 'Local Rules' of this Honorable Court, thus request(s) permission to file only on set of pleading(s), with proper certification of service upon all defendant's counsel.

Wherefore it is so moved.

Respectfully Submitted,
[signature]
Thaddeus Taylor 128275
P.O. Box 8200
Cranston, RI 02920

# Certificate of Service

I certify that a Copy of this Motion was mailed to the Defendants' Counsel Attorney Patricia A. Coyne-Fague, Legal Counsel office, 40 Howard Ave, Cranston, RI 02920 on this 6th day of June postage prepaid.

[signature]
Thaddeus Taylor #128275 Pro se