**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se,*

**v.** **C.A. No.: 05-118T**

**A.T.WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENTOF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**DEFENDANT WALL'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Now comes Defendant Ashbel T. Wall, Director of the Rhode Island Department of Corrections, and hereby answers Plaintiff's Amended Complaint.

**"Statement of Claims" (page 4-7 of Complaint)**

Denied.

**"III. Facts"**

10. Denied

11. Defendant is without sufficient information to admit or deny and leaves Plaintiff to his proof.

12. Defendant is without sufficient information to admit or deny and leaves Plaintiff to his proof.

13. Defendant admits that Plaintiff was assigned the inmate identification number "128275" and initially placed in general population; Defendant is without sufficient information to admit or deny the balance of the paragraph and leaves Plaintiff to his proof.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

**"IV Cause(s) of Action" (page12-17 of complaint)**

Denied.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

The Complaint fails to state a cause of action.

**Second Affirmative Defense**

Defendant is immune from suit pursuant to the doctrine of sovereign immunity.

**Third Affirmative Defense**

Plaintiff failed to mitigate damages.

**Fourth Affirmative Defense**

Defendant acted in good faith and therefore had qualified immunity.

**Fifth Affirmative Defense**

Plaintiff's damages, if any, were caused by his own acts or omissions, or the acts or omissions of others, for which this Defendant is not responsible.

**Sixth Affirmative Defense**

Defendant pleads the doctrine of discretionary immunity.

**Seventh Affirmative Defense**

Defendant pleads assumption of the risk.

**WHEREFORE,** Defendant requests that the Complaint be dismissed, that Judgment enter in his favor and against the Plaintiff, and that Defendant be awarded his costs and such other relief as this Court deems fair and proper.

Defendant, by his attorney,

Patricia A. Coyne-Fague #5198
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of Defendant's Answer was mailed, postage pre-paid, to Plaintiff Thaddeus Taylor, P.O. Box 8200, Cranston, RI 02920 on this 2nd day of June 2005.