**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se,*

**v.** **C.A. No. 05 - 118 T**

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **THERESA LANTZ, et al.**

**ORDER**

**TO**

**SHOW CAUSE**

Plaintiff Thaddeus Taylor, a Connecticut inmate incarcerated at the Rhode Island Department of Corrections, filed an Amended Complaint pursuant to 42 U.S.C. § 1983. Plaintiff makes a litany of claims throughout the Amended Complaint.

With his initial filing, plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In support of the motion, plaintiff submitted an affidavit and a copy of his prison trust account statement indicating that he could not afford the filing fees. It has come to this Court's attention that the plaintiff's "allegation of poverty is untrue," see 28 U.S.C § 1915(e)(2)(A); that he has on deposit at the Rhode Island Department of Corrections $2,915.07; and that he has, apparently, intentionally misrepresented his financial ability to the Court in effort to avoid the payment of Court fees and the cost of service of process.

Accordingly, the plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing, on or before July 15, 2005, why the instant action should not be dismissed with prejudice since the plaintiff's "allegation of poverty is untrue." See 28 U.S.C. § 1915(e)(2)(A). Within five days of the plaintiff's response to the show cause order, defendant A.T. Wall shall submit a reply.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 16, 2005