UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**THADDEUS TAYLOR,** *pro se*,

**v.** **C.A. No. 05 - 118 T**

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **THERESA LANTZ, et al.**

# ORDER

Plaintiff Thaddeus Taylor, a Connecticut inmate incarcerated at the Rhode Island Department of Corrections, filed an Amended Complaint pursuant to 42 U.S.C. § 1983. Plaintiff makes a litany of claims throughout the Amended Complaint.

With his initial filing, plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In support of the motion, plaintiff submitted an affidavit and a copy of his prison trust account statement indicating that he could not afford the filing fees. It has come to this Court's attention that the plaintiff's "allegation of poverty is untrue," see 28 U.S.C. 1915(e)(2)(A); that he has on deposit at the Rhode Island Department of Corrections $2,915.07; and that he has, apparently, intentionally misrepresented his financial ability to the Court in effort to avoid the payment of Court fees and the cost of service of process.

Accordingly, **IT IS HEREBY ORDERED**:

1. The plaintiff shall remit to the Clerk of Court the amount of **$51.48** for the service of process on defendant A.T. Wall. Said funds shall be remitted to the Clerk of Court

within ten days of this Order. The Clerk of Court shall then transmit the $51.48, on the plaintiff's behalf, to the United States Marshal for the District of Rhode Island at Two Exchange Terrace, Providence, Rhode Island 02904. **Failure of the plaintiff to remit the funds to the Clerk of Court within the time prescribed by this Order will result in dismissal of this action in its entirety.**

**2**. The plaintiff, within 30 days of the date of this Order, shall provide the Court with a certified copy of his Connecticut prison trust account statement for the six month period immediately preceding the filing of this lawsuit, or from September 23, 2004 until March 22, 2005. **Said copy must show the credit to, and the monthly balances therein**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 16, 2005