# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, *pro se*,

v.  C.A. No. 05 - 118 T

A.T. WALL, Director, Rhode Island
Department of Corrections, **RHODE
ISLAND DEPARTMENT OF
CORRECTIONS, CONNECTICUT
DEPARTMENT OF CORRECTIONS,
STATE OF CONNECTICUT,** and
**THERESA LANTZ, et al.**

## ORDER

Plaintiff Thaddeus Taylor, a Connecticut inmate incarcerated at the Rhode Island Department, filed with the Court a motion wherein he seeks permission from the Court to file one set of pleadings. In support of the application, plaintiff claims that he is "indigent."

Defendant Wall has objected, contending that the plaintiff has $2,915.07 in his inmate account at the Rhode Island Department of Corrections. Indeed, defendant has submitted a copy of the plaintiff's prison trust account statement which indicates that the plaintiff is not indigent; that the plaintiff had, at one point, a balance of over $5,000.00 in his inmate account.

Accordingly, plaintiff's motion to file one set of pleadings with the Court is hereby **denied**.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
June 16, 2005

1