**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se*,

**v.** **C.A. No. 05 - 118 T**

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **THERESA LANTZ, et al.**

**ORDER**

Plaintiff Thaddeus Taylor, a Connecticut inmate incarcerated at the Rhode Island Department, filed with the Court a motion wherein he seeks permission from the Court to file one set of pleadings. In support of the application, plaintiff claims that he is "indigent."

Defendant Wall has objected, contending that the plaintiff has $2,915.07 in his inmate account at the Rhode Island Department of Corrections. Indeed, defendant has submitted a copy of the plaintiff's prison trust account statement which indicates that the plaintiff is not indigent; that the plaintiff had, at one point, a balance of over $5,000.00 in his inmate account.

Accordingly, plaintiff's motion to file one set of pleadings with the Court is hereby **denied**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 16, 2005