UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: M. J. Hagopian

RE: CA 05-118 T

Taylor v. Wall

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 6 / 9 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

X 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

X 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER:

[signature]

United States Magistrate Judge

Date: 6/13/05

cc: Counsel of Record

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : CASE NO. C.A. 05-118T

v. :

A. T. WALL, Director
RI Dept. of Corrections; Connecticut Dept. of Corrections; Theresa Lantz, etal

June 6, 2005

PLAINTIFF'S MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE OF DOCUMENTS: INSUPPORT OF (TRO)(TI)

The Plaintiff Thaddeus Taylor, in his "prose" capacity, in the above captioned case respectfully moves this Honorable Court to take Judicial Notice of the Attached documents insupport of the plaintiff's Motion For Temporary Injunction ORDER(S) against the defendant(S). The Plaintiff Submit(s) these document(s) in further proof that the defendant(S) are infact still harassing and Retaliating against the plaintiff; and to demostrate to this Honorable Court that defendant A.T. WALL, and his Legal Counsel are knowingly and willfully misrepresenting the facts to this Honorable Court.. and misleading the Court.. For example, in their objection Memorandum defendant A.T. WALL represents to the Court that the office of Inspections

would investigate all of the Plaintiff Complaint(s) inregards to his safety, staff and Superior officers misconducts etc.. The Letter from Chief Inspector Aldrich dated May 27, 2005 and the Letter dated June 1, 2005 from defendant A.T. Wall says otherwise.

The Plaintiff also respectfully submits that he have advised the defendants' Counsel Attorney Patricia A. Coyne-Fague Chief Legal Counsel for Rhode Island DOC.. that she have misrepresenting the "truth" and facts to this Honorable Court.. Attorney Coyne-Fague was requested by the Plaintiff to immediately Correct her misrepresentations to this Honorable Court, if such were infact a simply misstake and not being made in bad faith.. The Plaintiff is awaiting her response.

Because these documents are additional proof and evidence to support the Plaintiff's Motion For Temporary Injunction Order(s), the Plaintiff respectfully request the Court to take Judicial Notice of Such.

Wherefore it is so moved.

Respectfully Submitted,

[signature]

Thaddeus Taylor #128275
ACI - HSC
P.O. Box 8200
Cranston, RI 02920