**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** ***pro se,***

**v.** **C.A. No.: 05-118T**

**A.T.WALL,** Director, Rhode Island
Department of Corrections, **RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS, CONNECTICUT**
**DEPARTMENTOF CORRECTIONS, STATE OF**
**CONNECTICUT,** and **TERESA LANTZ, et al.**

**DEFENDANT WALL'S OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION TO FILE ONE SET OF PLEADINGS**

Now comes Defendant A.T. Wall, Director of the Rhode Island Department of Corrections, and, for the reasons in the accompanying memorandum of law, objects to Plaintiff's Motion for Permission to File One Set of Pleadings.

Respectfully submitted,
Defendant, by his attorney

Patricia A. Coyne-Fague #5198
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage pre-paid, to plaintiff Thaddeus Taylor, P.O. Box 8200, Cranston, RI 02920 on this 10th day of June 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se,*

**v.** **C.A. No.: 05-118T**

**A.T.WALL,** Director, Rhode Island
Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENTOF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**MEMORANDUM IN SUPPORT OF DEFENDANT WALL'S OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION TO FILE ONE SET OF PLEADINGS**

Now comes Defendant A.T. Wall, Director of the Rhode Island Department of Corrections, and hereby objects to Plaintiff's Motion for Permission to File One Set of Pleadings.

Within his motion, Plaintiff "submits that he is an indigent person," and therefore cannot afford to make copies of his pleadings to be filed in the case at bar. Defendant Wall submits that Plaintiff is far from indigent, as evidenced by the attached inmate accounts ledger which shows his current balance of $2915.07. Furthermore, Plaintiff has chosen to expend funds on commissary purchases, including candy, snacks and batteries, as evidenced by the attached printout.

Defendant Wall submits that Plaintiff has chosen to file the pending suit and should not be relieved of the requirements of doing so. He is not indigent, and should therefore not be afforded the benefits normally reserved to litigants who are indigent.

Defendant Wall therefore respectfully requests that this Court deny Plaintiff's Motion.

Respectfully submitted,
Defendant, by his attorney

Patricia A. Coyne-Fague #5198
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage pre-paid, to plaintiff Thaddeus Taylor, P.O. Box 8200, Cranston, RI 02920 on this 10th day of June 2005.

Rhode Island Departement of Corrections

Inmate Statment for 3/1/2005 - 6/9/2005

ID#: 128275

Name: TAYLOR, THADIUS M

Date of birth: [redacted]

Location: [redacted]

Balances as of 6/9/2005 :

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 2,915.07 | 0.00 | 0.00 | 2,915.07 |

Account activity:

| | | | | Resulting Balances | | |
|---|---|---|---|---|---|---|
| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
| 3/22/2005 | CASH A GE | DORIS TAYLOR | 100.00 | 100.00 | 0.00 | 0.00 |
| 3/24/2005 | CASH A GE | STATE OF CONN | 21.70 | 121.70 | 0.00 | 0.00 |
| 3/29/2005 | EPR | OID:100406164-ComisaryPurch-Reg | -64.66 | 57.04 | 0.00 | 0.00 |
| 3/31/2005 | CASH A GE | DORIS TAYLOR | 20.00 | 77.04 | 0.00 | 0.00 |
| 4/5/2005 | EPR | OID:100407852-ComisaryPurch-Reg | -56.18 | 20.86 | 0.00 | 0.00 |
| 4/11/2005 | ERF | OID:100407852-ComisaryRefund-Reg | 56.18 | 77.04 | 0.00 | 0.00 |
| 4/19/2005 | EPR | OID:100414320-ComisaryPurch-Reg | -50.72 | 26.32 | 0.00 | 0.00 |
| 4/20/2005 | EPR | OID:100414390-ComisaryPurch-Reg | -18.78 | 7.54 | 0.00 | 0.00 |
| 4/26/2005 | EPR | OID:100415927-ComisaryPurch-Reg | -7.10 | 0.44 | 0.00 | 0.00 |
| 4/30/2005 | ERF | OID:100415927-ComisaryRefund-Reg | 7.10 | 7.54 | 0.00 | 0.00 |
| 5/3/2005 | EPR | OID:100417744-ComisaryPurch-Reg | -7.38 | 0.16 | 0.00 | 0.00 |
| 5/6/2005 | CASH A GE | U S DIST CT | 11.71 | 11.87 | 0.00 | 0.00 |
| 5/10/2005 | EPR | OID:100420295-ComisaryPurch-Reg | -10.19 | 1.68 | 0.00 | 0.00 |
| 5/12/2005 | LEGAL COPY | LEGAL COPIES 4/05 HS | 0.75 | 1.68 | 0.75 | 0.00 |
| 5/12/2005 | <LEGAL COPY> | LEGAL COPIES 4/05 HS | -0.75 | 0.93 | 0.00 | 0.00 |
| 5/12/2005 | LEGAL COPY | LEGAL COPIES 4/05 HS | 4.95 | 0.93 | 4.95 | 0.00 |
| 5/12/2005 | <LEGAL COPY> | LEGAL COPIES 4/05 HS | -0.93 | 0.00 | 4.02 | 0.00 |
| 5/12/2005 | LEGAL COPY | LEGAL COPIES 4/05 HS | 3.45 | 0.00 | 7.47 | 0.00 |
| 5/19/2005 | CASH A GE | ANTHONY TAYLOR | 20.00 | 20.00 | 7.47 | 0.00 |
| 5/19/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-05-12-15. | -4.02 | 15.98 | 3.45 | 0.00 |
| 5/19/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-05-12-15. | -3.45 | 12.53 | 0.00 | 0.00 |
| 5/19/2005 | CASH A GE | SETTLEMENT | 5,000.00 | 5,012.53 | 0.00 | 0.00 |
| 5/23/2005 | CHECK TRANSFER | DORIS TAYLOR 128275 THAD TAYLOR | -500.00 | 4,512.53 | 0.00 | 0.00 |
| 5/24/2005 | EPR | OID:100426495-ComisaryPurch-Reg | -57.33 | 4,455.20 | 0.00 | 0.00 |
| 5/25/2005 | EPR | OID:100426825-ComisaryPurch-Reg | -52.29 | 4,402.91 | 0.00 | 0.00 |
| 5/28/2005 | ERF | OID:100426495-ComisaryRefund-Reg | 0.86 | 4,403.77 | 0.00 | 0.00 |
| 5/29/2005 | EPR | OID:100427921-ComisaryPurch-Reg | -64.36 | 4,339.41 | 0.00 | 0.00 |
| 6/3/2005 | HOLD | THADEUS TAYLOR ID# 128275 (PER CT DOC) | -1,214.60 | 3,124.81 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of 6/9/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

**Rhode Island Departement of Corrections**

Inmate Statment for 3/1/2005 - 6/9/2005

ID#: 128275

Name: TAYLOR, THADIUS M

Date of birth: [redacted]

Location: [redacted]

| Balances as of 6/9/2005 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 2,915.07 | 0.00 | 0.00 | 2,915.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/7/2005 | EPR | OID:100430890-ComisaryPurch-Reg | -48.11 | 3,076.70 | 0.00 | 0.00 |
| 6/7/2005 | CHECK TRANSFER | U S DIST CT 128275 THAD TAYLOR | -150.00 | 2,926.70 | 0.00 | 0.00 |
| 6/8/2005 | POSTAGE | LEGAL PACKAGE | 3.85 | 2,926.70 | 3.85 | 0.00 |
| 6/8/2005 | <POSTAGE> | LEGAL PACKAGE | -3.85 | 2,922.85 | 0.00 | 0.00 |
| 6/8/2005 | POSTAGE | LEGAL PACKAGE | 2.67 | 2,922.85 | 2.67 | 0.00 |
| 6/8/2005 | <POSTAGE> | LEGAL PACKAGE | -2.67 | 2,920.18 | 0.00 | 0.00 |
| 6/8/2005 | POSTAGE | LEGAL PACKAGE | 2.44 | 2,920.18 | 2.44 | 0.00 |
| 6/8/2005 | <POSTAGE> | LEGAL PACKAGE | -2.44 | 2,917.74 | 0.00 | 0.00 |
| 6/8/2005 | POSTAGE | LEGAL PACKAGE | 2.67 | 2,917.74 | 2.67 | 0.00 |
| 6/8/2005 | <POSTAGE> | LEGAL PACKAGE | -2.67 | 2,915.07 | 0.00 | 0.00 |

Due to computer posting the 'Balances as of 6/9/2005' may not reflect all transactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

RHODE ISLAND DOC

Sent Order 100406164 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:19

| ID | Order # | Name |
|---|---|---|
| 128275 | 100406164 | TAYLOR, THADIUS M |

| Order Date | Location | Order Form |
|---|---|---|
| 2005-03-29 | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1010 | #10 WHITE ENVELOPE | 30 | 0.06 | 1.80 | 0.13 | 1.93 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.70 | 7.40 | 0.00 | 7.40 | Sent |
| 0408 | LEVER 2000 3.15OZ SINGLES | 5 | 0.70 | 3.50 | 0.25 | 3.75 | Sent |
| 0400 | IRISH SPRING 3.2OZ SOAP | 4 | 0.79 | 3.16 | 0.22 | 3.38 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 3 | 0.75 | 2.25 | 0.16 | 2.41 | Sent |
| 0300 | BIC DISP. RAZOR | 20 | 0.20 | 4.00 | 0.28 | 4.28 | Sent |
| 4120 | ROOTBEER BARRELS | 3 | 0.65 | 1.95 | 0.00 | 1.95 | Sent |
| 2201 | TANG BRKFST DRK 12 OZ | 5 | 1.70 | 8.50 | 0.00 | 8.50 | Sent |
| 2331 | KOOLAID-TROP PUNCH 12OZ. | 2 | 1.70 | 3.40 | 0.00 | 3.40 | Sent |
| 6429 | JALAPENO CHEESE SQZ 1.5OZ | 10 | 0.40 | 4.00 | 0.00 | 4.00 | Sent |
| 4013 | MILKY WAY CANDY BAR | 5 | 0.65 | 3.25 | 0.00 | 3.25 | Sent |
| 3274 | ICED HONEY BUN 6OZ | 5 | 0.60 | 3.00 | 0.00 | 3.00 | Sent |
| 3248 | SL ICED CINNAMON ROLL | 3 | 0.70 | 2.10 | 0.00 | 2.10 | Sent |
| 6165 | BBQ CHIPS 6OZ | 5 | 1.10 | 5.50 | 0.00 | 5.50 | Sent |
| 6143 | SOUR CREAM & ONION 5.5 OZ | 3 | 1.35 | 4.05 | 0.00 | 4.05 | Sent |
| 0270 | CHAPSTICK | 1 | 0.90 | 0.90 | 0.06 | 0.96 | Sent |
| 6151 | 7OZ HERR'S CHEESE CURLS | 1 | 1.85 | 1.85 | 0.00 | 1.85 | Sent |
| 4019 | CHICK O STICK | 10 | 0.20 | 2.00 | 0.00 | 2.00 | Sent |
| 3226 | SL CHOCOLATE ICED DONUT | 1 | 0.95 | 0.95 | 0.00 | 0.95 | Exceeded Spend Group |
| | | Order Total | | 63.56 | 1.10 | 64.66 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |

RHODE ISLAND DOC

Sent Order 100414320 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:20

| ID | Order # | Name |
|---|---|---|
| 128275 | 100414320 | TAYLOR, THADIUS M |

| Order Date | Location | Order Form |
|---|---|---|
| 2005-04-19 | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 4120 | ROOTBEER BARRELS | 3 | 0.65 | 1.95 | 0.00 | 1.95 | Sent |
| 4140 | JOLLY RANCHER FIRE 3.7OZ | 3 | 0.75 | 2.25 | 0.00 | 2.25 | Sent |
| 6000 | CHICKEN RAMEN NOODLES | 10 | 0.40 | 4.00 | 0.00 | 4.00 | Sent |
| 6005 | CHILI RAMEN NOODLE | 10 | 0.40 | 4.00 | 0.00 | 4.00 | Sent |
| 6178 | FC MACKERAL | 5 | 1.15 | 5.75 | 0.00 | 5.75 | Sent |
| 6143 | SOUR CREAM & ONION 5.5 OZ | 2 | 1.35 | 2.70 | 0.00 | 2.70 | Sent |
| 6165 | BBQ CHIPS 6OZ | 1 | 1.10 | 1.10 | 0.00 | 1.10 | Sent |
| 6826 | FRESH CATCH TUNA 4.23 OZ. | 2 | 1.35 | 2.70 | 0.00 | 2.70 | Sent |
| 6720 | SWEET SUE CHICKEN - POUCH | 1 | 1.94 | 1.94 | 0.00 | 1.94 | Sent |
| 2016 | NESCAFE 4OZ CLRPK W/ZIP | 1 | 2.50 | 2.50 | 0.00 | 2.50 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 2 | 0.90 | 1.80 | 0.00 | 1.80 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 1 | 1.15 | 1.15 | 0.00 | 1.15 | Sent |
| 3006 | SL VANILLA CREMES 14OZ | 1 | 1.29 | 1.29 | 0.00 | 1.29 | Sent |
| 2201 | TANG BRKFST DRK 12 OZ | 2 | 1.70 | 3.40 | 0.00 | 3.40 | Sent |
| 0412 | 3.5OZ DIAL ANTIBACT SOAP | 2 | 0.80 | 1.60 | 0.11 | 1.71 | Sent |
| 0751 | TRIM TOE NAIL CLIPPER | 1 | 0.70 | 0.70 | 0.05 | 0.75 | Sent |
| 1010 | #10 WHITE ENVELOPE | 20 | 0.06 | 1.20 | 0.08 | 1.28 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.70 | 7.40 | 0.00 | 7.40 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 3 | 0.75 | 2.25 | 0.16 | 2.41 | Sent |
| 1057 | BLACK PEN - SPARCO | 3 | 0.20 | 0.60 | 0.04 | 0.64 | Sent |
| | | Order Total | | 50.28 | 0.44 | 50.72 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |

RHODE ISLAND DOC

Sent Order 100420295 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:22

| ID | Order # | Name |
|---|---|---|
| 128275 | 100420295 | TAYLOR, THADIUS M |

| Order Date | Location | Order Form |
|---|---|---|
| 2005-05-10 | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1200 | AAA 4/PK ION3 BATTERIES | 1 | 2.70 | 2.70 | 0.19 | 2.89 | Sent |
| 6165 | BBQ CHIPS 6OZ | 2 | 1.10 | 2.20 | 0.00 | 2.20 | Sent |
| 3135 | CHOCOLATE PIE 4 OZ. | 2 | 0.50 | 1.00 | 0.00 | 1.00 | Sent |
| 4136 | JOLLY RANCHERS ASST 7.4OZ | 1 | 1.30 | 1.30 | 0.00 | 1.30 | Sent |
| 4019 | CHICK O STICK | 10 | 0.20 | 2.00 | 0.00 | 2.00 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 1 | 0.75 | 0.75 | 0.05 | 0.80 | Sent |
| | | Order Total | | 9.95 | 0.24 | 10.19 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |