UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, : CASE No. C.A. 05-118T
Plaintiff,

v. :

Connecticut Department of Corrections, STATE of Connecticut, Rhode Island Department of Corrections, Thersa Lantz, A.T. Wall; etal,
Defendants.

June 10, 2005

PLAINTIFF'S OBJECTION TO THE Magistrate's (Judge Hagopian) Report And Recommendation 6/6/05

The PLaintiff THADDEUS TAylor, in his pro se capacity, respectfully files in the above captioned matter this OBJECTION to the Magistrate's Report and Recommendation to deny the Plaintiff's Motions For TEMPORARY INJunctive RELIEF, as moot.. dated June 6, 2005.

Specifically, the plaintiff respectfully submits that the magistrate Judge's Report failed to adequately address all Claims for relief and overlook several important aspects of the plaintiff's motion(s) for temporary Injunctive relief.

The Magistrate Judge's Report and Recommendation Stated that the only sought relief in the Plaintiff's Motion(s) For Temporary InJunctive Relief.. was that he be placed in Protective Custody; and that the defendant A.T. Wall have Stated the Plaintiff was subsequently placed in Protective Custody (But see Plaintiff's Reply and subsequent filling to which it appears the Magistrate Judge did not receive or reviewed at the time he issued his Report); thus the issue was moot. This is incorrect... for two reasons basically: First, The Plaintiff did infact file "Three Motions" For temporary InJunctive Relief, inwhich were filed on March 23, 2005 and two on May 9, 2005 (one of which dated April 8, 2005)[1] (the other dated May 4, 2005).. the Magistrate Judge's Report and Recommendation only addressed the April 8, 2005 Motion and incorrectly believed that there was one one Motion, (But see, the Magistrate Judge's order directing

---

1 The Plaintiff have Since filed Two Additional Motions For Temporary InJunctive Relief Against the Defendants Access to Legal case files; Request to be Housed in a Suitable Facility with Adequate Fire Sprinklers and Smoke Detectors systems in each Cell and throughout the Facility.. Within Rhode Island DOC.

defendant A.T. Wall to respond.. dated MAY 17, 2005 which stated the Plaintiff filed Three Motions for Temporary Injunctive Relief) the One inwhich the plaintiff requested to be placed in Protective Custody April 8, 2005.

Accordingly the Magistrate Judge report failed to Adequately Address all the pending Motion(s) For TEMPORARY INJunctive Relief;

Secondly, the issue of the April 8, 2005, Temporary Injunctive Motion.. itself is not "moot" yet.. because defendant A.T. WAll or his counsel have yet to file with this Honorable Court sworn Affidavit(s) stating the plaintiff will remain in protective custody and in a single cell.. etc.. as was represented to the Court in their memorandum... The plaintiff have filed a "Reply" stating and providing evidence to this Honorable Court that the "Memorandum" and Representations submitted to the Court by Attorney Patricia A. Coyne-Fague were factually incorrect, deliberately misleading, and made with reckless disregard for the truth.. (See plaintiff's Reply and Subsequent pleadings)

The plaintiff have Also demanded that Attorney Coyne-Fague immediately correct these misrepresentations falsehoods.. and provide the Court with Affidavit(s) signed under oath, by the prison officials to support her (MOL)

As well provide the Court with a copy of all
the "literally hundreds of pages of correspondences
to and from the plaintiff and various RI Department
of Corrections officials".. However, todate Attorney
Coyne-Fague nor the defendants have filed such
to support their alleged representations to this
Honorable Court... The plaintiff respectfully requests
the Court to direct such document(s) and affidavits
to be filed. Because the Magistrate Judge's
Report and Recommendation failed to Adequately
Address all three of the Pending Motions
as setforth by the plaintiff.. as well the
Subsequent Supporting documents.. for "Temporary
InJunctive Relief".. it should not be adopted.

Furthermore, the plaintiff respectfully requests
the Court to conduct further inquiries of the
fact(s) as to the plaintiff's current treatment,
harassment, Retaliation, threats, petty write ups,
being place in "Segregation", denied due process
of Law, or a fair disciplinary hearing -- by the defendants
as Retaliation and harassment for the instant
matter and the plaintiff excersing his Constitutional Rights.

Moreso, the Plaintiff respectfully submits based upon his experience as a correctional officer and simply being incarcerated for the past 10 years.. or so.. that the defendants actions and defendant A.T. Wall failure to stop such misconduct(s), retaliatory ACTS and failure to Adequately investigate (and SEND individuals that do not work At the Facility is indicative that soon something else more serious will be forth coming. PLACing the plaintiff in "Segregation" on a "bogus" write up..and then having the same (LT Galligan) individuals directly involved in issuance the "write up" or "booking" as it is called here.. to be (?) the disciplinary hearing officer - and subsequently Allowing him to disallow the plaintiff to call witness(es), inmates and staff, and to present a defense.. clearly is indicative of a "bigger plan".. "Segregation" is but the first step - second it will be something else.. to which the Plaintiff would be seriously Assaulted, killed, set up.. or given Additional criminal charges etc. based upon lies by the defendant(s) and prison staff at the "High Security Facility". Indeed, currently the plaintiff is not in the "protective custody unit," and staff have him in general population segregation unit, with allegedly the worst, most assaultive, etc. inmates in Rhode Island Department of Corrections.

More importantly, "STAFF" have told them that the Plaintiff is an ex-Correctional officer.. Anything Could happen at Any given time... in this "Area". There's No Security video Cameras in this "Unit" either.. unlike the Actual "Protective Custody Unit".. which hase Security video Cameras in the unit.. so that it could be reviewed if something was to happen. The prison officials although could have, kept the plaintiff in the "Protective Custody Unit".. did not.. and currently have him in "General Population"[2] Segregation unit.. with the most dangerous inmates allegedly in Rhode Island DOC.. Clearly, there is something wrong here.. as well the issue is not "moot"

The Plaintiff respectfully request this Honorable Court grant his Motion For Temporary Injunctive Relief and order that he be immediately returned to Connecticut DOC custody, "Status quo" (Prior to March 9, 2005 date of transfer to Rhode Island.. until the Court could decide the retaliatory Transfer and related issue(s).. for all the reason set forth testimony

Respectfully Submitted
[signature]
Thaddeus Taylor #128225
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this objection was sent to the Defendant(s) Attorney Patricia A. Coyne-Fague, office of Legal counsel RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 10th day of June 2005

[signature]
Thaddeus Taylor

[2] While in General Population "Segregation the Plaintiff also learned from inmates that it is the policy and custom at the High Security Facility to harass, Retaliate, set up, assault inmates etc.. and they ... each other.

6