UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, Plaintiff,

v.

A.T. Wall, Director, Rhode Island Dept. of Corrections
Theresa Lantz, Commissioner of Connecticut Dept. of Correction, et al, Defendants.

: CASE NO. C.A. 05-118T

: June 9, 2005

PLAINTIFF'S MOTION TEMPORARY INJUNCTIVE ORDER DIRECTING DEFENDANTS TO ALLOW HIM DAILY ACCESS TO HIS LEGAL CASE FILE

The Plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned matter respectfully moves this Honorable Court for an order of Temporary Injunctive relief, directing the defendants to provide the Plaintiff with daily access to his legal case files.. and to allow him to exchange the "1 cubic foot" of legal materials he's allowed to have in his cell for materials in his legal case files.

Currently, defendant(s) are only allowing the Plaintiff access to his legal case files every two weeks -- and then does not allow the plaintiff to go through all of his legal case files in which is stored in the "Print Shop" area of the facility -- adjacent to the plaintiff's housing unit "A-Mod" (when not in segregation) -- the Plaintiff have over a dozen pending criminal and civil matters in Connecticut Court(s) as well as the instant matter... in which

the Plaintiff have missed Court deadlines, had Adverse rulings against him, unable to file his Court pleadings and have had his matters Continued Several times in Connecticut Superior Court... as a result of the defendant(s) deliberate Actions. The Plaintiff will in fact have his remaining matters dismissed if he's not allowed "daily" (reasonable) Access to his legal case files... in several of his pending matters. The plaintiff also respectfully submits that he is unable to file pleadings in Connecticut Court(s) and Adequately prepare his Appeals before the U.S. Court of Appeals for the Second Circuit... as a result of the defendant(s) deliberate actions and misconducts.. to harass, punish and Retaliate against the Plaintiff for excerising his Constitutional Rights.

The Plaintiff also respectfully submits that the defendant(s) deprival of his "Legal case files," in which consists of several Box(s), to which includes Connecticut case law, Connecticut General Statutes, transcripts, Caselaw, Research, Pleadings, Discovery, etc.. also is causing the Plaintiff to be incarcerated longer systematically.[1] The defendants have no Penological reasons whatsoever, simply to harass and Retaliate against the plaintiff.

Wherefore it is so moved.

Respectfully Submitted
[signature], Prose
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston RI 02920

Certificate of Service

I certify that a copy of this motion was sent to Attorney Patricia Coyne-Fague, Office of Legal Counsel, 40 Howard Ave, Cranston RI 02920, on this 9th day of June, 2005.

[signature] Prose
Thaddeus Taylor #128275

1 The Plaintiff respectfully request the Court allow this motion to be filed as submitted as a result of the plaintiff being placed in segregation by the defendants and being denied adequate access to the Courts law library, his legal case files and being denied the opportunity to telephonically contact his attorney.