UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS Taylor,
Plaintiff, : CASE NO. C.A. 05-118T

v.

A.T WAll, Director, Rhode :
Island Dept. of Corrections; Commissioner
Thersa Lantz, Connecticut
Dept. of Correction, etal, :
Defendants

June 9, 2005

PLAINTIFF'S NOTICE AND IDENTIFICATION OF John DOE(S) DefENDANTS From RHODE ISLAND DEPARTMENT OF CORRECTION

The plaintiff Thaddeus Taylor, in his Pro se capacity, in the above captioned matter, do hereby give "Notice" to the defendants and their Counsel of the Identification of the John Doe(s) defendants as prescribed by the Federal Rules of Civil procedures.. The following defendant(s) shall be substituted in the "Amended Complaint" for the John Doe(s)... defendant James Weeden, Warden RI- High security Facility, 40 Howard Ave, Cranston RI 02920; defendant Donna Collins, Deputy Warden HSC RI-DOC; defendant Lieutenant William Galligan, HSC RI-DOC; defendant Lieutenant Getter, HSC, RIDOC; defendant Lieutenant Doyle, HSC, RIDOC; defendant Lieutenant Avilla, HSC, RIDOC; defendant Arnold Anderson, Captain HSC-RIDOC; defendant Captain B. Headen, HSC, RIDOC; defendant Correctional officer Calise, HSC RIDOC and defendant Counseler Folan, Minimum Security Facility, RIDOC,
The plaintiff give "notice" to the Defendants' Counsel and the Court of the identification of The John Doe(s) defendants in this Matter.

Defendants Weeden, Collins, Galligan, Getter, Doyle, Avilla, Anderson, Headen, Calise, Folan are all being Sued in their official and Individual capacities ... And Currently Are employed by the STATE of Rhode Island Department of Corrections, 40 Howard Ave, Cranston, RI 02920; In Addition to All previously named defendant(s) from RI DOC and Connecticut Department of Corrections.

The plaintiff Also request the defendants' Counsel to provide Notice to the parties and the Court of Acceptance of Service for these Additionally named defendants at this time.. and submit an "amended Answer" to the Complaint, as Amended within 20 days if Necessary.

The Plaintiff requests this Honorable Court take Judicial Notice of the identified and named John Doe(s) defendants... and issue the appropriate order (if necessary) to effecuate service thereafter 20 days if the defendants do not waive Service.

Wherefore it is so Moved.[2]

Respectfully Submitted,
Thaddeus Taylor pro se
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston RI 02920

Certificate of Service

I certify that a Copy of this Motion/notice was sent to Attorney Patricia A. Coyne-Fague, Chief Legal Counsel, office of Legal Counsel 40 Howard Ave, Cranston, RI 02920 on this 9th day of June, 2005..

Thaddeus Taylor pro se
Thaddeus Taylor 128275

1 The plaintiff respectfully request permission to file this motion as submitted, as a result of the plaintiff being placed in Segregation by the defendants and being denied Access to his Legal case files, Access to Law Library and Legal Books at this time.. in Retaliation for Him filing this Lawsuit and exercising his Constitutional Rights against the defendants.