UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. CA 05-118T

v :

A.T. WALL Director; Rhode Island Department of Corrections; STATE of Rhode Island; Commissioner Thersa Lantz, Connecticut Department of Corrections, et AL.

June 3, 2005

SECOND AFFIDAVIT OF THADDEUS TAYLOR
DATE JUNE 3, 2005; IN Support of TEMPORARY INJUNCTION

1. I am a U.S. Citizen above the age of 18 years old.
2. I understand and believe in the OATH.
3. On June 2, 2005 I was advised by the Chief Inspector for Rhode Island-DOC that his office of the Inspections would not investigate my Complaints and referred it to the Facility Level... This STATEMENT is Contrary to what Defendant A.T. WALL represented to the Court in his OBJECTION through CounseL. (SEE Attached LETTER Exhibit "B")
4. On June 1, 2005, I met with Warden James Weeden from the High Security Facility.. He advised me that Director A.T. Wall Sent him down to Investigate my Concerns as outlined in my Letter to Director A.T. Wall dated May 23, 2005... Warden Weeden advised me that he would not hear any of my Concerns

about "harassment", "Retaliation", and denial of Due process against LT. Galligan at the disciplinary hearing.. despite the fact these misconducts had Just occurred prior to Warden Weeden coming to the Facility to speak with me on June 1, 2005.

5. Warden Weeden stated he was only here to discuss the incidents that occurred Prior to May 23, 2005. He indicated he would have Deputy warden Collins look into the matters during a review of the hearing. Warden Weeden, Although had the authority to fully investigate and address an incident of "harassment", abuse of his Authority LT. Galligan and Retaliatory Actor against me.. the very same day he visited the facility He failed to do so.

6. Warden Weeden also at this meeting allowed LT. Getter to sit in on the meeting taking notes of everything I said... so she could relate such back to the same individuals I was filing my Complaints against. LT Getter herself was one of these staff and Superior officers that have been "harassing" me and "Retaliating" against me systematically.

7. I was asked by Warden Weeden what did I want him to do about stopping the staff and Superior officers harassment of me, Retaliatory acts etc.. I told Warden Weeden I wanted

Him to Seriously investigate these matters all incidents.. I Also asked him to put out a "Memorandum" to be read at "Roll call" on each shift at the "High Security Facility" .. to Staff clearly prohibiting them from "harassing," me, Retaliating against me because I excerised my Constitutional Protected Rights, and advise all staff and superior officers they shall not attempt to "set me" up or any type of similiar misconduct(s) .. or they shall be disciplined to included termination if found to engage in such misconducts. Warden Weeden refused to put out this memorandum in writing... Thus, clearly he is not doing everything possible to stop these threats, harassment and Retaliatory Acts.

8. Warden Weeden also attempted to blame me for not being more specific on details, and refused to allow me to go get documents details of all the "incidents" I'm claiming of.. (I previous submitted to Prison Administrators, Inspector's office, Director WALL etc..) Warden Weeden told me I should know all the details in my "head"... When I offered to tell him the details in my head that just occurred on June 1, 2005 - he refused to hear them. I believe, Warden Weeden is not going to conduct an adequate investigation into this matter.. but rather cover-up these Acts.

9. Warden Weeden did not require the Staff and Superior officers to write incident reports--- on these matters as part of any investigation would require ... But he rather attempted to give me excuses to "Cover-up" Staff misconduct at the High Security Facility.

10. Warden Weeden also appeared to be shock when I advised him that despite him advising me several weeks ago (MAY 10, 2005) and in writing I would have access to All my Legal case files.. LT. Galligan and Staff have been denying any ACCESS --and infact I had to have my STATE Court matter (CT) Continued three times as a result. Warden ~~Warden~~ Weeden advised me that he had been told by his staff and Administrators I was getting daily access to my Legal case files.. He said He would fix that Situation and Speak to Deputy Warden Collins. I told him that LT. Galligan was behind this in his efforts to Retaliate against me along with other(s) LT. Getter and LT Doyle etc.

11. I also Asked Warden Weeden to remove LT Galligan from handling my matters and Control over the "protective Custody unit" at the High Facility -- and assign another "LT" or Captain to the unit he refused to do so.

12. I went to a hearing on June 1, 2005 to which LT. Galligan refused to recuse himself, but rather "intentimally" and willfully deprived me of my Constitutional Rights, a fair disciplinary hearing and the ability to present my defense-- in furtherance of his efforts to harass me and Retaliate against me.

13. The action against me at the High Security Facility todate have not stopped-- LT. Galligan have a group of Correctional officers similar to the "goon squad"-- and is still attempting to "set me up"-- they are trying to put me in "segregation" where there will be less witnesses etc... I'm in fear of my Life here at the High Security Facility-- RIDOC; and because there is lack of Control and Supervision of staff and Superior officers at this Facility it is very dangerous and anything could happen to me in a very short time. My Situation is escalating, staff and Superior officers are very Resentful towards Me.

14. about June 1, 2005, I received a Letter from defendant A.T. Wall, Director of Rhode Island DOC-- stating that my Complaint(s)

of Staff and Superior officers, including Warden Weeden himself would be investigated by warden weeden -- or his designee. This statement to my by Director A.T. wall in Contradictory to the representations he made to this Honorable Court.. Stating that all of my Complaints would be investigated by the Office of Inspections.

15. Director A.T. wall Also Stated that I misinterpreted stern language and/or warnings from Staff as threats ... these "stern language and/or warnings from Staff" were infact ~~infact~~ threats against me. Inaddition the "stern language and/or warnings" against me also included Racial derrogatory language and negative Connotations towards me. I felt threaten and offended.

16. On June 3, 2005, Also I provided Deputy Warden Collins with an "appeal" of LT. Galligan's hearing decision as previously stated, in which Consisted of Several ground(s); Deputy Warden Collins stated.. "I see why everybody is harassing you".. this statement was made by Deputy Warden Collins because my Appeal was approximately 10 pages plus Exhibits.

17. On June 3, 2005, Deputy warden Collins in a letter to me advised me that I could no longer use the Inmate Grievance Procedure .. allegedly I had filed 17 total grievances .. that are considered excessive, Abusive, and frivolous in nature... However, this total 17 grievances were intentionally "double counted" as both an "appeal" and the original grievance by LT. Galligan and Deputy warden Collins .. to harass me. In addition, prevent me from exercising my Constitutional Rights.

18. Since filing my Lawsuit(s) against the Rhode Island DOC (defendants) in this matter as well a second matter, U.S. District Court – CT; TAYLOR v. RIDOC, et al 3:05 CV 747 (DJS); Director A.T. Wall, and the Administration have gone it a "defensive mood" .. rather than adequately investigate and stop my claims there are "attempting to cover-up such misconducts" and "protecting" staff and superior officers that engaged in "un ethical conduct" and "harassment, Retaliation," and threats against me.

(And) I swear under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Thaddeus Taylor #128275 RIDOC
#237855 CTDOC
A.C.I - HSC
P.O. Box 8200
Cranston, RI 02920

# Certificate of Service

I certify that A Copy of this Affidavit was Mailed to Attorney Patricia A. Coyne-Fague, Chief Legal Counsel, Office of Legal Counsel, 40 Howard Ave Cranston, RI 02920 on this 3rd day of June 2005.

[signature] pro se
Thaddeus Taylor