Original

UNITED STATES DISTRICT COURT
RHODE ISLAND, District of RI

THADDEUS TAYLOR,
Plaintiff,

v.

Connecticut Dept. of Corrections; Rhode Island Dept. of Corrections; A.T. WALL, et Al.
Defendants

CASE NO. C.A. 05-118T

June 27, 2005

# PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO Answer Interrogatories and Production of Documents

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this Honorable Court for an order directing defendant A.T. Wall[1] and the defendant(s) to immediate Answer the plaintiff's Interrogatories and to Produce All the Documents, and files requested by the plaintiff within 20 days. Specifically, the plaintiff submits that he have served defendant wall and attempted to resolve this matter with his Counsel--to no Avail.

Accordingly, Pursuant to Rule 37, F.R.Civ.P the Plaintiff Moves this Court to "Compel" the defendant(s) to Answer All the interrogatories and to produce the documents requested. [SEE Attached Interrogatories and Request for Production]

ORAL Argument Requested
TEstimony Required

Respectfully Submitted
[signature]
Thaddeus Taylor # 128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

[1] Defendant A.T. wall is the Director of Rhode Island DOC and infact Able to provide Answers to All Interrogatories for All Defendant(s) or Amended. and As identified as John Does... As well Defendant A.T. wall possess All Requested documents and Could provide such to Plaintiff on behalf of All defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS Taylor,
Plaintiff,

v.

A.T. WALL Director RI Department of Corrections; Rhode Island DOC; Connecticut Department of Correction; Theresa Lantz, et AL.
defendants

Case No. C.A. 05-118T

June 6, 2005

PLAINTIFF' INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully request Defendant(s) STATE of Rhode Island, Rhode Island Dept. of Corrections; A.T. WALL; JAKE Gadsden, David CAruso, Joseph Dinitto, Deputy warden Hilterman; WAlt Whitman; LT. Stebbins, Captain Vitale, and John Doe to answer under oath the following Interrogatories and provide the Requested documents and Records within 20 days Pursuant to Rules 33 and 34, of the Fed. R. Civ. P.

EACH Named defendant shall answer each of the Interrogatories in writing under oath on separate filings, and produce each of the requested documents for inspection and Copying within 20 days.

1. STATE the Employment History of the defendant(s) WALL, Gadsden, Caruso, Dinitto, Hilterman, Whitman, Stebbins and Vitale

to include date of hire, Facilities assigned to and Job description(s), duties while employed with the Rhode Island-DOC; please also provide copies of Job descriptions or other documents setforth in the requirement(s) of each "Job" or title(s) for each defendant;

2. STATE The NAMES, titles and duties of all staff members and Superior officers at the High Security Facility and Intake Service Center; please include date of hire, RACE and SEX, duties;

3. STATE and list All the NAMES and Addresses of All Correctional Facilities within the Rhode Island Department of Corrections.. Please also include the following information of each Facility; the name of the warden Deputy warden(s), their RACES and date of hire with the Rhode Island DOC; The operating budget and number of inmates each facility currently house and the "Capacity" of the facility; Please provide all Records or documents pertaining to the available Programs for inmates at each facility; please Also name all other buildings that are a part of RI DOC.. please state the NAME of each department and the Administrator(s) or Supervisors

of each Facility or department; please provide Job descriptions, functions of each department or Facility;

4. Please State All the Employees that Are working for the Rhode Island DOC Office of Inspections; please provide the NAME of all Supervisors, date of hires for all employees and RACE/sex of this department. Please STATE the duties & function of this department and provide copies of the Job descriptions of All employees including titles, Rank and any special assignments; Please state the operating Budget of this department and produce All Records;

5. Please STATE, All the Employees that are working for the RI Department of Corrections, Office of Legal Counsel; please provide all names of these employees, RACE and SEX, Date of hires, titles, duties, Job descriptions for each Position. Please produce Copies of All Job descriptions of all employees; Please state the current operating budget of this office;

6. Please STATE the Procedures in effect during the time frame of January 1, 2004 thru June 1, 2005 for the department of Corrections

to transfer and Accept any inmate under the New England Interstate Corrections Compact; Please also state who would be the final decision maker for this Process. Please provide a current copy of this Contractual Agreement with the State of Connecticut, and All New England States to which the Rhode Island Department of Corrections... Please provide Copies of all Administrative directives, Policies, or other documents that governs the process of transferring an inmate to out-of-state Facility and accepting an inmate from another Member state;

7. STATE who was the Approving Authority of the Rhode Island DOC accepting inmate Thadius Taylor RIDOC #128275; CT DOC 237855; Please Provide all documents, Records of Correspondences between Connecticut DOC and Rhode Island DOC in which resulted in the Plaintiff Thadius Taylor #128275, CTDOC 237855; Please STATE the Conditions for Accepting inmate TAYLOR into RhodeI-DOC, and Please State Whether or not any Special Circumstances or Conditions were agreed upon, if so please STATE and provide a Copy of Such documents or Records,

8. Please STATE what is the Purpose of the New England Interstate Corrections Compact Agreement; Please State If Inmate TAYLOR benefits from being transferred of him on March 9, 2005 from Connecticut to Rhode Island DOC;

9. Please State whether it is the policy and Custom of the Rhode Island Department of Correction to transfer inmates out of State in retaliation for them excerising their Constitutional Right. STATE whether or not it is the "Policy and Custom" of Rhode Island DOC to Allow other member States to use the New England Interstate Corrections Compact Agreement to transfer inmates as a retaliatory measure for that inmate excerising his Constitutional Rights. Please provide Copies of all Documents, Policies, directives that governs this process;

10. Please STATE All the names, Inmate Number(s) Rhode Island DOC and Member state Inmate Number(s) of All inmates that were sent out of STATE by Rhode Island DOC or accepted by Rhode Island DOC to take other inmate(s) in exchange for money of other agreement from out of State; Please Produce All Records, documents, Correspondences

to include brief summary of each inmate stated reasons for transfer(s) to/from Rhode Island DOC... please current location, addresses of all inmates.. This Request covers the time period of January 1, 2002 thru the present ~~[illegible]~~ June 6, 2005 and ongoing;

11. Please state specifically the name of the inmate that Rhode Island DOC sent to Connecticut in exchange for inmate Taylor #128275; If no inmate was sent in exchange, please state the conditions inmate Taylor was accepted under, please provide all records, documents and correspondence to and from Connecticut Deaktment of Correction, please also include the "exchanged inmates" Connecticut Dept. of Correction inmate number and current location. Provide copies of all documents or a brief summary of why this inmate was transferred to Connecticut;

12. State the name of all Connecticut DOC inmates that have been processed or accepted to the Rhode Island DOC through the New England Interstate Correction Compact Agreement; between January 2003 thru the present date June, 2005 and ongoing; Provide all records, documents pertaining to these transactions.

13- STATE the Number of employees within The Rhode ISLAND Department of Correction, Please state their ~~~~ DATE of hire, RACE and Sex, please include break down this information into each Facility; and Please include All department(s), officer and Administrators officers; Please Provide All Records and Documents pertaining to this question; This request Covers the year(s) of 2002 through the Present June 2005 and ongoing;

14. Please STATE the Number of inmates that Are Currently incarcerated, their NAMES, Current locations and their RACES and sex; Please Also include All inmates that Are on home confinement, Parole or otherwise that Are under supervision of the Rhode ISLAND DOC and the responsibility of the Director A.T. WALL, Please include All Records of the Budget and operation(s) for the Rhode ISLand Dept. of Corrections;

15. Please state whether the plaintiff was deprived of his Personal Property that was transported within from Connecticut DOC, If So Please State the reasons therefore,

and please provide copies of all directives, policies, documents inwhich Rhode Island DOC relied upon to withhold the plaintiff's personal property; please also state all the names, positions, of the individuals that authorized the plaintiff's personal property to be withheld; please state all items that were withheld from the plaintiff, its whereabouts at this time, please state the estimate cost or value of all the property;

16. Please state whether or not fire/smoke detectors are located in inmates cells; whether or not fire sprinklers are located in inmates cells or throughout the Housing units and Emergency Medical Buttons in each inmate cell.. for the Intake Service Center, Medium One and the High Security Facility; If not please explain why not and any other manner or method inwhich may protect inmates locked inside cells from fires; please provide documents, directives, policies, fire plans for each facility, and fire drills, that were conducted at each facility.. please provide copies of all records of these fire drills, names of staff and superior officers involved in each incident from January 2002 through June 1, 2005. Please also provide copies of all Rhode Island laws that indicates  no smoke detectors, fire sprinklers are

required in each Facility as stated herein,

17. Please state whether proper maintenance on the ventilation Systems are conducted, please explain what steps are taken to ensure "Fresh Air" and proper ventilation Systems are going to inmate cells and the Facilities.. Intake Service Center, Medium one and the "High Security" Facility; Please provide all Records, including the dates and names of individuals responsible for changing the Air filters in the ventilation systems, for the past three years to the present date June 6, 2005; Please provide Records of All "Maintenance Work on the ventilation System at each of the above named Facilities,

18. Please state and provide a description of all available Rehabilitation Programs, Education programs, Religious Programs, Vocational Programs, Recreation Programs, available to inmates within Rhode Island DOC.. please be specific as to which Programs are Available at which Facility and Briefly describe All programs. Please state what programs are Available to "Protective Custody inmates"..from January 1, 2003 through the present June, 2005. Please provide the name of All instructors to each Program and the Dates and location(s).

19. Please State what Are Category "A" inmates are entitled to (as far as benefits and privileges under Rhode Island policies and Procedure(s) (DOC) and pursuant to any Consent decree... Please state whether Protective Custody inmates are provided the opportunity to enjoy the benefits and privileges" of other "Category A" inmates if not please explain why not; and what benefits and privileges that are being provided to them. This request covers the time period from January 1, 2003 thru June 6, 2005... Please specify all programs the dates in which they were provided and the number/names of inmates that participated in each program in the protective Custody unit.

20. Please State why is the "Protective Custody unit" being housed in the High Security Facility and not housed at any other "General Population Facility" whereas they may received the same benefits and privileges of other "Category A" inmates; please explain and state whether the "Protective Custody unit" inmates are given the opportunity to weight lift; play softball; play Ping Pong and Pool; watch movies on the weekends; Computer Classes or vocational programs--

If Not please explain why not and when was the last time the protective custody inmates were allowed such privileges and benefits. Please state what is the current daily operations for the protective custody unit at the High Security unit -- and please state what changes are being made if any, to ensure protective custody inmates "Category A" are provided the exact same benefits of other "Category A" inmates. Please provide copies of all records, directives, policies that governs the protective custody unit; All timeframes for this request pertains to January 1, 2003 through the present date June 6, 2005 and ongoing

## Request For Production of Documents in addition to the Above

1. Please provide a copy of all records, document pertaining to inmate Thaddius Taylor #128275 that is in possession of the Rhode Island DOC; to include a copy of his inmate master file, Classification files, protective custody files, medical files, special Investigation Unit files, office of Inspectors files, office of Legal Counsel files, Interstate Compact Office files; please also state where each file is located and the purpose of each file;

2. Please provide copies of all Formal Complaints, Grievances, Complaints, Requests to Administrators and there response(s) filed by the Plaintiff inregards to Any aspect of his incarceration within Rhode Island DOC; From March 9, 2005 to present

3. Please Provide Copies of the Procedures of the Office of Inspection, RI DOC, and the Special Investigation Unit in Conducting an investigation into Formal Complaints of Staff misconducts; Between March 9, 2005 through 2005;

4. Please provide a Copy of the Contractual agreement between "KeeFe Commissary" Network Sales and Rhode Island DOC; Contractual Agreement between the telephone Services and Rhode Island DOC; Contractual agreement between "Block Buster" or Similar Agency and Rhode Island DOC to provide (Movies); Please provide all Records, Documents, and Financial agreements between the Parties and RI DOC;

5. Please provide a Copy of the Budget and breakdown of All expense(s) of the RI DOC for the years 2002, 2003, 2004, 2005.

6. Please provide Union Contractual Agreement(s) for Rhode Island DOC Employees; Code of Ethics policies for All Correctional officers and Superior officers.

Please include all provisions governing Staff Disciplinary procedures to includes termination. Please state the effective date(s) and end of each Contractual Agreement.

7. Please Provide Copies of Any Lawsuit, Complaint filed against Rhode Island Doc inregards to the living Conditions, treatment of, Protective Custody inmates within Rhode Island Doc for the past 5 years. Please also state the results of each Lawsuit, proceeding(s) and the Location and Case numbers of each Lawsuit; If any "Settlement" or "Consent decree" were issued that pertains to the treatment of Protective Custody Inmates please provide.

The Plaintiff request(s) the defendant(s) in good faith provide these documents and information as soon as possible. If a reasonable extension of time is necessary please advise the plaintiff. However the plaintiff request(s) that "readily available documents and information be made available as soon as possible.

Respectfully Submitted

[signature]

Thaddeus Taylor #128275
ACI - HSC
P.O. Box 8200
Cranston, RI 02920
The Plaintiff

cc: file

## Certificate of Service

I certify that a Copy of this motion to "Compel" with Attached Interrogatories and Request for production of Legal Documents were Mailed to Attorney Patricia A. Coyne-Fague RIDOC, Office of Legal Counsel, 40 Howard Ave, Cranston, RI 02920 on this 27th day of June 2005.

[signature] Pro se
Thaddeus Taylor #128275