Original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS Taylor, Plaintiff, : CASE No. C.A. 05-118T

V.

Connecticut-DOC; Rhode Island-DOC; A.T. Wall, etal. Defendants : June 27, 2005

PLAINTIFF'S MOTION FOR COURT ORDER GRANTING HIM PERMISSION TO CORRESPOND Directly with INMATE(S); AND TO Allow INMATES TO SERVE DEF.

The Plaintiff Thaddeus Taylor, in his Pro SE Capacity, in the Above Captioned matter respectfully moves this Honorable Court for an order and Permission allowing him to Correspond with inmate(s) witnesses directly.. that are housed within Connecticut DOC and Rhode Island DOC.. to adequately prepare for trial; Additional the Plaintiff request Permission by the Court to have all defendants served by inmate(s) at the respective facilities.. 'Law Clerks' in the Law Library.. as a result of the defendants "Sudden" decision not to accept service for the RIDOC employees... After representing they would. Accordingly this motion Should be granted. (see MOL in support)

Respectfully Submitted
[signature]
Thaddeus Taylor #128225
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A Coyne-Fague, Office of Legal Counsel, 40 Howard Ave, Cranston, RI 02920, on this 27th day of June 2005.

[signature] Pro SE
Thaddeus Taylor #128225

 Original

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode ISLAND

Thaddeus Taylor : CASE No. C.A. 05-118T

v. :

Connecticut Dept. of Corrections; Rhode Island Dept. of Corrections A.T. WALL, etal — June 27, 2005

PLAINTIFF'S MEMORANDUM OF LAW INSUPPORT OF MOTION FOR PERMISSION TO CORRESPOND DIRECTLY TO INMATE WITNESS(ES); SERVICE by INMATES

The Plaintiff Thaddeus Taylor, in his prose capacity respectfully files this Memorandum of Law insupport of his MOTION FOR COURT ORDER Granting him Permission to Correspond directly to Inmate(s) within RI DOC and CT DOC witness(es); and Permission for the Plaintiff to have inmate(s) within Rhode Island DOC Serve All defendants inwhich service is not waived.

Specifically, the defendant(s)' Attorney Patricia Coyne-Fague have made reference to the Plaintiff that She will not Accept Service of this Lawsuit upon all Named employees of the "Rhode Island DOC" (As Amended and John Does-identified); Accordingly, the Plaintiff request Permission and order from the Court allowing him to have inmate(s) serve each named defendant at the Facilities inwhich they work at; or at a Specific place, time at the "High Security Facility" "Law Library"--so that Service could be Adequately made... Because, The defendant(s) normal "Polices and Customs"

would punish inmate(s) for assisting other inmates and Retaliate against them -- the Plaintiff Moves the Court to grant such order... The Plaintiff would use the Facilities "Law Library Clerk" to perform such task or another inmate, if Afraid to do so.

The Plaintiff Also request(s) Permission to directly Correspond to inmates housed within Rhode Island-DOC and Connecticut-DOC that Are witness(es) and will provide testimony for trial.. The "Correspondences" between the Plaintiff and all inmate witness(es) should be treated as "Legal mail" and shall not be "read" - but maybe inspected for Contraband and opened in the presence of the inmate.. in the same manner of Legal mail.

Because, the Plaintiff needs to directly Correspond to other inmate(s) witness(es) to Adequate Prepare for this trial... and The Federal Rules of Civil Procedure allows for any other person to serve the "Lawsuits"... the Plaintiff should be allowed to effectuate service in this manner.. especial in light of the fact the defendants' Attorney first indicated she would Accept service -- and Appears now to have changed her mind. (see Letter submitted to Court)..

The Plaintiff request the Court grant this motion and issue the appropriate order(s) to ensure the Plaintiff could Adequately ensure service will be made; and the plaintiff is able to correspond with inmate(s) witness(es).. without being punished, threaten or retaliated against as well as other inmates that may be willing to testify and provide Assistance in this matter

Respectfully submitted,
[signature] Prose
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this MOL was mailed to Attorney Patricia A. Coyne Fague Office of Legal Counsel, 40 Howard Ave, Cranston RI 02920, on this 27th day, June, 2005.

[signature] Prose
Thaddeus Taylor #128275