**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**STATE'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER DISCOVERY**

Now comes Defendant Wall in the above-entitled matter and hereby requests an extension of time in which to answer Plaintiff's Interrogatories and Requests for production of documents propounded by the Plaintiff.

Defendant, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 27TH day of June, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT WALL'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER DISCOVERY**

Now comes Defendant Wall in the above-entitled matter and hereby requests an extension of time in which to answer Interrogatories and Requests for production of documents propounded by the Plaintiff.

Plaintiff has sent to Defendant numerous discovery requests, to include interrogatories and a request for production of documents. Each interrogatory contains a number of subparts and requires the Defendant to research and collect voluminous materials. Further, the Plaintiff is currently under a Show Cause Order, scheduled on or before July 15, 2005. The Plaintiff has been ordered to show cause why the instant action should not be dismissed with prejudice based upon alleged misrepresentations made by the Plaintiff to the Court. Defendant submits that no prejudice will inure to Plaintiff if this extension is granted.

Therefore, Defendant respectfully requests an extension in which to answer Plaintiff's discovery requests to July 25, 2005.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 27th day of June, 2005.