**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Now comes Defendant A. T. Wall in the above-entitled matter and hereby objects to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents propounded by the Plaintiff.

Defendant, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2546
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 28th day of June, 2005.

Kathleen Kelly

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS OBJECTION TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Now comes Defendant A. T. Wall in the above-entitled matter and hereby objects to Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents propounded by the Plaintiff. Defendant's reasons for his objection are set forth below.

1. Plaintiff's Request for Interrogatories and Production of Documents is dated June 6, 2005 and received by the Defendant on June 7, 2005. Rule 33(b)(3) states "the party on whom the interrogatories have been served shall serve a copy of the answers, and objections, if any, within 30 days after service of the interrogatories". *See Fed. R. Civ. P. 33.* Therefore, the Defendant is not required to respond to Plaintiff's request until July 8, 2005.[1] Plaintiff's Motion to Compel is untimely.

2. The Defendant has filed a Motion for Extension of Time in which to answer Plaintiff's requests. The Motion, accompanying Memorandum, and copies of these documents were mailed to the appropriate parties and the court on June 27, 2005. Rule 6(b) allows the court, in its discretion, to enlarge the period of time in which the

[1] Rule 6 (a) of the Federal Rules of Civil Procedure outlines the computation of the time period in which the disclosing party must answer. *See Fed. R. Civ. P. 6.* Rule 6 states "the day of the act, event, or default from which the designated period of time begins to run shall not be included". Therefore, the time period begins to run from June 8, 2005.

non-moving party must submit answers and objections to the moving party where the request is made before the expiration of the period originally proscribed, or as extended from a previous order, and where cause has been shown to the court. *See Fed. R. Civ. P. 6.* The request for an extension of time has been filed within the time period allowed to answer Plaintiff's requests, and Defendant respectfully submits this request is for good cause. (See copy of attached Motion for Extension of Time).

3. Rule 37(2)(A) states a party filing a Motion to Compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action. *See Fed R. Civ. P. 37.* Plaintiff has made no such attempt, nor has Plaintiff included such certification in his Motion to Compel. Further, since the Defendant still has 10 days in which to respond, without consideration of the Request for Extension of Time, no attempt to confer is even timely as of this date.

Defendant, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2546
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 28th day of June, 2005.

Kathleen Kelly