original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS Taylor, Plaintiff, v. Connecticut Dept. of Corrections; ETAL, Defendants.

CASE No. C.A. 05-118T

June 29, 2005

PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME to Comply TO INTERROGATORIES AND Production of Documents

The plaintiff Thaddeus Taylor in the above Captioned matter respectfully files his objection to the Defendants' motion for an extension of time inwhich to Answer interrogatories and Request for production of document(s) untile July 25, 2005.. First, Such motion was filed by an attorney that have not filed an appearance in this matter.. thus should be "striken" from the Court files and All records. Attorney Kathleen M. Kelly #5501 has not Properly filed any Appearance in this matter.. thus can not move for any orders. Moreover, the plaintiff did communicate to the defendant's' counsel of Record about any additional time they may need.. to comply; however she (Attorney Patricia A. Coyne-Fague) failed to timely respond or indicate any additional time was needed.. She rather replied or indicated that she will not provide the documents and Interrogatories (inwhich are general and not complex) requested.. thereafter, the Plaintiff filed his motion to Compel the defendants to provide such. Although, it maybe July 25, 2005 before the defendants are required to Answer.. but an extension of time, without assurance that the defendants would provide All documents and Interrogatories is a delay and should not be Allowed.

Respectfully Submitted
Thaddeus Taylor Prose 128225
Thaddeus Taylor
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this motion was mailed to Attorney Patricia A Coyne-Fague, office of Legal Counsel, 40 Howard Ave Cranston, RI 02920 on this 29th June, 2005. prose
Thaddeus Taylor