Original

UNITED STATES DISTRICT COURT
District of Rhode Island

THADDEUS Taylor, Plaintiff, : CASE No. C.A. 05-118 T

v. :

Connecticut Dept. of Correction, et al, Defendants; : June 29, 2005

# PLAINTIFF'S OBJECTION TO DEFENDANT WALL'S MOTION FOR PERMISSION TO FILE IN EXCESS of FIVE PAGES APPENDICES and unrelated Docs

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files with this Honorable Court his objection to the defendants' motion to file "APPENDICES" in excess of five PAGES.. to which the defendant wishes to include "unrelated documents" and other materials that would be otherwise inadmissible in these proceedings. The defendants seek to introduce documents related to other pending legal matters and not related to the facts and the instant Court order to show cause. Moreso, the defendant was ordered to file their "Reply" within five days.. this motion is an attempt to circumvent the Court's order directing them to file their "Reply" within five days... after the Plaintiff files his "Response". The Plaintiff have already filed his "Response".. with Proof of Service; and the defendants seek to circumvent the Court order directing them to file their reply in five days after the Plaintiff files his "Response". Additionally, Any orders from the U.S. District Court of Connecticut does not involved this Honorable Court.. as well would require the Plaintiff to "Refile" and "Re submitted" documents and evidence involving his CASE(S) in U.S. District Court, CT.. to which defendant A.T. Wall is not a defendant to... As the Plaintiff

Understand. Because the U.S. District Court, for the District of Connecticut rulings and documents--as well as matter inwhich are now before the U.S. Court of Appeals, Second Circuit (The defendants wish to only provide selective documents--not the whole records of the case(s) and the facts.. which would far exceed twenty pages) are not directly related to the Court's order to show cause in this matter, and the Plaintiff's less than five page response.. The Court should deny the defendants' Motion to file an appendices in excess of file page(s) as well prohibit them from introducing any other documents, Rulings from other Courts that are not a party to this matter.[1]

Wherefore it is so move.

Respectfully Submitted
[signature] Pro se
Thaddeus Taylor #128295
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this objection was mailed to Attorney Patricia A. Coyne-Fague, 40 Howard Ave, Cranston, RI 02920 on this 29th day of June, 2005.

[signature] Pro se
Thaddeus Taylor

---

1 The Plaintiff also submits that the defendant(s) RIDOC are deliberately attempting to harass the plaintiff and prevent him from timely complying to the Court order.. in that they have delayed processing his "Money transfer slips".. that paid the U.S. marshal (Marshal) $1.80 fee and the entire filing fee of $250.00 for this lawsuit. Additionally, the Defendants at the High Security Facility-RIDOC.. refused to allow the Plaintiff to purchase stamps, envelopes and writing paper.. so he could timely respond to the Court order(s) and litigate his cases.