Original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff, : CASE NO. C.A. 05-118T

v. :

Connecticut Department of Correction; Rhode Island Dept. of Corrections; A.T. WALL, et al,
Defendants. : June 29, 2005

# PLAINTIFF'S MOTION FOR CONFERENCE

The Plaintiff Thaddeus Taylor, in his pro se capacity, respectfully moves this Honorable Court to schedule a hearing in this matter with "All parties" including All defendants from Rhode Island Dept of Corrections and Connecticut Department of Corrections and/or their Attorney(s). The plaintiff respectfully submits that such conference would enable the parties to discuss settlement of this matter; Pending Motions; Injunctive Relief orders and scheduling order for this matter Among other things... to ensure this matter is litigated in a fair manner... and expeditiously... with Court guidance.

Wherefore it is so moved.

Respectfully Submitted,
[signature]
Thaddeus Taylor #128225
ACI-MSC
P.O. BOX 8200
Cranston, RI 02920

## Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, Office of Legal Counsel 40 Howard Ave, Cranston, RI 02920 – June 29, 2005.

[signature] Pro se
Thaddeus Taylor