March 3, 2005

United States Attorney
P.O. Box 7198
100 S.Clinton Street
Syracuse, NY 13261-7198

RE: TAYLOR v. BUREAU of Prisons .
9:98-CV-984 FJS

Dear AUSA, Charles E. Roberts:

Please find herein my amended Stipulation of Compromise Settlement towhich I have signed. The minor changes made to the documents should not be a major concern...however if there is a problem please advise me. AUSA, ROBERTS I'm requesting that the settlement check be made out directly to my mother...at 353 Elm Street, Windsor Locks, CT 06096. Specifically, my mother was diagnosed with cancer (terminally) and I would like for her to use this money as she sees fit, to take care of herself.

AUSA, Roberts also the language in the agreement is complicated but I trust that it would be taken to effectuate the good faith effort to settle this matter--infull and finally. Please take the liberty to send me a copy of the check and notice upon payment.

RESPECTFULLY SUBMITTED,

THADDEUS TAYLOR #237855
CHESHIRE CI
(900 Highland Ave.
Cheshire, CT 06410

CC: file

(Please note New Inmate Number & Address) , March 21, 2005

RE: Taylor v. U.S. BOP etal
9:98 CV-984 (FJS/DRH)

Dear AUSA, Charles E. Roberts:

I'm writing this letter to you to respectfully request that you take the liberty to note my new address and inmate number for your files-- Also Attorney Roberts -- I'm requesting that you take the liberty to resend me any documents, rulings etc. Since March 9, 2005 until the present .. I have recently been transferred to Rhode Island Dept. of Correction My new inmate Number in RI is as follows:

Thaddeus Taylor #128275 (RIDOC)
Rhode Island Dept. of Correction
P.O. BOX 8249
CRANSTON, RI 02920

AUSA Roberts, I'm also requesting that your office send the Settlement Check directly to me ... at my current Address (If you'll have not already sent it to my Mother-- she has advised me she rather I use it etc... If you did already that's fine also) Please advise me upon receipt of this Letter and Kindly update me on the status of the "Settlement".. etc

Respectfully submitted
[signature] #128275

COPY

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

**********************************

THADDEUS M. TAYLOR,

Plaintiff,

Civil Action No.
9:98-CV-984
(FJS/DRH)

v.

U.S. BUREAU OF PRISONS;
KATHLEEN HAWK, Director, Bureau of Prisons;
DAVID RARDIN, Northeast Regional Director;
PHILLIP SPEARS, Warden, FCI Otisville;
R. WILEY, Warden, FCI Ray Brook;
A.W. CHAPMAN, Assistant Warden, FCI Ray Brook;
KEN WALICKI, Unit Manager, FCI Otisville;
JOHN FELDHER, Unit Manager, FCI Ray Brook;
PAUL GIBSON, Case Manager, FCI Otisville;
MR. SALAMY, Case Manager, FCI Ray Brook;
B. ROMERO, Captain, FCI Otisville; HILLIARD,
Captain, FCI Ray Brook; I. GONZALEZ, Education
Supervisor; LT. BARBER, Lieutenant SHU Supervisor,
FCI Otisville; LT. PAGEAU, Lieutenant SHU Supervisor;
MR. MORGAN, Counselor, FCI Otisville; H. SMITH,
Counselor, FCI Ray Brook; H. KEITH, DHO, FCI Otisville;
C.O. HICKS, Correctional Officer, FCI Otisville;
and JOHN DOE(S), Bureau of Prisons employees,
both individually and in their official capacities,

Defendants.

**********************************

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK
I, the undersigned Clerk of the Court, do hereby certify that this is a true, correct and full copy of the original document on file in my custody.
# of pages (text) 3 # of pages including (exhibits)
Dated Lawrence K. Baerman, Clerk
by , Deputy Clerk

## STIPULATION OF COMPROMISE SETTLEMENT

It is hereby stipulated by and between THADDEUS M. TAYLOR, plaintiff, and the Defendants (hereinafter referred collectively as the UNITED STATES OF AMERICA), as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The UNITED STATES OF AMERICA, defendant, agrees to pay to the plaintiff the sum of Five Thousand Dollars ($5,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal

injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiff and his heirs, executors, administrators, or assigns, hereby agrees to accept the sum of Five Thousand Dollars ($5,000.00) in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which he may have or hereafter acquire against the UNITED STATES OF AMERICA, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiff and his heirs, executors, administrators or assigns further agrees to reimburse, indemnify and hold harmless the United States of America, its agents, servants and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interest incident to or resulting from further litigation or the prosecution of claims by plaintiff or his heirs, executors, administrators or assigns against any third-party or against the United States, including claims for wrongful death.

4. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement sum of Five Thousand Dollars ($5,000.00) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

6. Payment of the settlement amount will be made by a check drawn on the United States for Five Thousand Dollars ($5,000.00) and made payable to THADDEUS M. TAYLOR.

7. In consideration of the payment of Five Thousand Dollars ($5,000.00) as set forth above, plaintiff agrees that he will execute and file with the Court such documents as shall be necessary to cause the above-captioned action to be dismissed with prejudice from the docket of the Court.

8. By his signature hereon, plaintiff certifies that he is neither an infant nor an incompetent for whom a guardian has been appointed.

Dated: April 1, 2005

THADDEUS M. TAYLOR
Plaintiff [redacted]

Dated: April 13, 2005

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100. S. Clinton Street
Syracuse, New York 13261-7198

By:

Charles E. Roberts
Assistant U.S. Attorney
Bar Roll No. 102454

SO ORDERED:
Dated:

HON. FREDERICK J. SCULLIN, JR.
Chief U.S. District Court Judge
4/18/05

RHODE ISLAND DOC

Sent Order 100406164 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:19

| ID | Order # | Name | |
|---|---|---|---|
| 128275 | 100406164 | TAYLOR, THADIUS M | |
| **Order Date** | | **Location** | **Order Form** |
| 2005-03-29 | | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1010 | #10 WHITE ENVELOPE | 30 | 0.06 | 1.80 | 0.13 | 1.93 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.70 | 7.40 | 0.00 | 7.40 | Sent |
| 0408 | LEVER 2000 3.15OZ SINGLES | 5 | 0.70 | 3.50 | 0.25 | 3.75 | Sent |
| 0400 | IRISH SPRING 3.2OZ SOAP | 4 | 0.79 | 3.16 | 0.22 | 3.38 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 3 | 0.75 | 2.25 | 0.16 | 2.41 | Sent |
| 0300 | BIC DISP. RAZOR | 20 | 0.20 | 4.00 | 0.28 | 4.28 | Sent |
| 4120 | ROOTBEER BARRELS | 3 | 0.65 | 1.95 | 0.00 | 1.95 | Sent |
| 2201 | TANG BRKFST DRK 12 OZ | 5 | 1.70 | 8.50 | 0.00 | 8.50 | Sent |
| 2331 | KOOLAID-TROP PUNCH 12OZ. | 2 | 1.70 | 3.40 | 0.00 | 3.40 | Sent |
| 6429 | JALAPENO CHEESE SQZ 1.5OZ | 10 | 0.40 | 4.00 | 0.00 | 4.00 | Sent |
| 4013 | MILKY WAY CANDY BAR | 5 | 0.65 | 3.25 | 0.00 | 3.25 | Sent |
| 3274 | ICED HONEY BUN 6OZ | 5 | 0.60 | 3.00 | 0.00 | 3.00 | Sent |
| 3248 | SL ICED CINNAMON ROLL | 3 | 0.70 | 2.10 | 0.00 | 2.10 | Sent |
| 6165 | BBQ CHIPS 6OZ | 5 | 1.10 | 5.50 | 0.00 | 5.50 | Sent |
| 6143 | SOUR CREAM & ONION 5.5 OZ | 3 | 1.35 | 4.05 | 0.00 | 4.05 | Sent |
| 0270 | CHAPSTICK | 1 | 0.90 | 0.90 | 0.06 | 0.96 | Sent |
| 6151 | 7OZ HERR'S CHEESE CURLS | 1 | 1.85 | 1.85 | 0.00 | 1.85 | Sent |
| 4019 | CHICK O STICK | 10 | 0.20 | 2.00 | 0.00 | 2.00 | Sent |
| 3226 | SL CHOCOLATE ICED DONUT | 1 | 0.95 | 0.95 | 0.00 | 0.95 | Exceeded Spend Group |
| | | Order Total | | 63.56 | 1.10 | 64.66 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |

RHODE ISLAND DOC

Sent Order 100414320 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:20

| ID | Order # | Name |
|---|---|---|
| 128275 | 100414320 | TAYLOR, THADIUS M |

| Order Date | Location | Order Form |
|---|---|---|
| 2005-04-19 | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 4120 | ROOTBEER BARRELS | 3 | 0.65 | 1.95 | 0.00 | 1.95 | Sent |
| 4140 | JOLLY RANCHER FIRE 3.7OZ | 3 | 0.75 | 2.25 | 0.00 | 2.25 | Sent |
| 6000 | CHICKEN RAMEN NOODLES | 10 | 0.40 | 4.00 | 0.00 | 4.00 | Sent |
| 6005 | CHILI RAMEN NOODLE | 10 | 0.40 | 4.00 | 0.00 | 4.00 | Sent |
| 6178 | FC MACKERAL | 5 | 1.15 | 5.75 | 0.00 | 5.75 | Sent |
| 6143 | SOUR CREAM & ONION 5.5 OZ | 2 | 1.35 | 2.70 | 0.00 | 2.70 | Sent |
| 6165 | BBQ CHIPS 6OZ | 1 | 1.10 | 1.10 | 0.00 | 1.10 | Sent |
| 6826 | FRESH CATCH TUNA 4.23 OZ. | 2 | 1.35 | 2.70 | 0.00 | 2.70 | Sent |
| 6720 | SWEET SUE CHICKEN - POUCH | 1 | 1.94 | 1.94 | 0.00 | 1.94 | Sent |
| 2016 | NESCAFE 4OZ CLRPK W/ZIP | 1 | 2.50 | 2.50 | 0.00 | 2.50 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 2 | 0.90 | 1.80 | 0.00 | 1.80 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 1 | 1.15 | 1.15 | 0.00 | 1.15 | Sent |
| 3006 | SL VANILLA CREMES 14OZ | 1 | 1.29 | 1.29 | 0.00 | 1.29 | Sent |
| 2201 | TANG BRKFST DRK 12 OZ | 2 | 1.70 | 3.40 | 0.00 | 3.40 | Sent |
| 0412 | 3.5OZ DIAL ANTIBACT SOAP | 2 | 0.80 | 1.60 | 0.11 | 1.71 | Sent |
| 0751 | TRIM TOE NAIL CLIPPER | 1 | 0.70 | 0.70 | 0.05 | 0.75 | Sent |
| 1010 | #10 WHITE ENVELOPE | 20 | 0.06 | 1.20 | 0.08 | 1.28 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.70 | 7.40 | 0.00 | 7.40 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 3 | 0.75 | 2.25 | 0.16 | 2.41 | Sent |
| 1057 | BLACK PEN - SPARCO | 3 | 0.20 | 0.60 | 0.04 | 0.64 | Sent |
| | | Order Total | | 50.28 | 0.44 | 50.72 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |

RHODE ISLAND DOC

Sent Order 100415927 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:22

| ID | Order # | Name |
|---|---|---|
| 128275 | 100415927 | TAYLOR, THADIUS M |

| Order Date | Location | Order Form |
|---|---|---|
| 2005-04-26 | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 4019 | CHICK O STICK | 5 | 0.20 | 1.00 | 0.00 | 1.00 | Sent |
| 4013 | MILKY WAY CANDY BAR | 5 | 0.70 | 3.50 | 0.00 | 3.50 | Sent |
| 4120 | ROOTBEER BARRELS | 3 | 0.65 | 1.95 | 0.00 | 1.95 | Sent |
| 4118 | MARY JANES 3 OZ. | 1 | 0.65 | 0.65 | 0.00 | 0.65 | Insufficient Funds |
| | | Order Total | | 7.10 | 0.00 | 7.10 | |

| Alias | Description | Qty | Price | Extend | Tax | Total | Sent |
|---|---|---|---|---|---|---|---|
| 4019 | CHICK O STICK | 5 | 0.20 | 1.00 | 0.00 | 1.00 | Yes |
| 4013 | MILKY WAY CANDY BAR | 5 | 0.70 | 3.50 | 0.00 | 3.50 | Yes |
| 4120 | ROOTBEER BARRELS | 3 | 0.65 | 1.95 | 0.00 | 1.95 | Yes |
| 4118 | MARY JANES 3 OZ. | 1 | 0.65 | 0.65 | 0.00 | 0.65 | Yes |
| | | Refund Total | | 7.10 | 0.00 | 7.10 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |

RHODE ISLAND DOC

Sent Order 100420295 for TAYLOR, THADIUS M
Thursday, June 09, 2005 @13:22

| ID | Order # | Name |
|---|---|---|
| 128275 | 100420295 | TAYLOR, THADIUS M |

| Order Date | Location | Order Form |
|---|---|---|
| 2005-05-10 | HS E MOD E12 | HSC |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1200 | AAA 4/PK ION3 BATTERIES | 1 | 2.70 | 2.70 | 0.19 | 2.89 | Sent |
| 6165 | BBQ CHIPS 6OZ | 2 | 1.10 | 2.20 | 0.00 | 2.20 | Sent |
| 3135 | CHOCOLATE PIE 4 OZ. | 2 | 0.50 | 1.00 | 0.00 | 1.00 | Sent |
| 4136 | JOLLY RANCHERS ASST 7.4OZ | 1 | 1.30 | 1.30 | 0.00 | 1.30 | Sent |
| 4019 | CHICK O STICK | 10 | 0.20 | 2.00 | 0.00 | 2.00 | Sent |
| 1060 | 8.5 X 11 LETTER PAD WHT | 1 | 0.75 | 0.75 | 0.05 | 0.80 | Sent |
| | | Order Total | | 9.95 | 0.24 | 10.19 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 500.00 | 0.00 | 2915.07 |
| Commissary Items | 500.00 | 0.00 | |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | |
| | : | PRISONER |
| v. | : | Case No. 3:04CV2071(DJS) |
| | : | |
| JAMES DZURENDA, et al. | : | |

RULING AND ORDER

By application to proceed in forma pauperis dated November 26, 2004, plaintiff moved to proceed in this action without prepayment of fees. Plaintiff did not submit the required inmate account statement with his application. Upon reviewing plaintiff's inmate account statement, the court noted that plaintiff had $569.27 in his inmate account at the time he stated under penalty of perjury that he lacked sufficient funds to pay the $150.00 filing fee and that plaintiff had received over $2000.00 during the previous twelve months while stating, again under penalty of perjury, that he had received no funds from any sources. Thus, on February 25, 2005, the court denied plaintiff's application and directed him to tender the filing fee within thirty days.

Plaintiff has filed an objection to the court's order. He challenges that court's statement that his in forma pauperis

application was not truthful and states that the court failed to consider that he answered all questions as a lay person thought they should be answered.

With certain listed exceptions, a district judge may refer pretrial motions to a magistrate judge for determination. See 28 U.S.C. § 636(b)(1)(A). The district judge may reconsider these pretrial matters on motion by a party where the party shows that the magistrate judge's order is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). With regard to the listed motions, which include motions to dismiss and motions for preliminary injunctive relief, the magistrate judge may issue a recommended ruling, to which the parties may object within ten days. If a party objects, the district judge considers de novo the portion of the recommended ruling to which objection was made. Here, the plaintiff objects to the magistrate judge's ruling on his motion to proceed in forma pauperis. This motion is not within the exceptions for which a magistrate judge may issue only a recommended ruling.

Plaintiff stated that he lacked sufficient funds to pay the $150.00 filing fee at a time when he had $569.27. Plaintiff is not a novice litigant and is well-aware of the standards for proceeding in forma pauperis. Thus, the court is skeptical of his claim that he did not understand the meaning of the questions. However, the court concludes that even a lay person

would know that plaintiff's statement was false. Accordingly, the court concludes that the magistrate judge's ruling is not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A).

Plaintiff's objection [**doc. #14**] is **OVERRULED**. Because plaintiff has filed this frivolous objection instead of tendering the filing fee as directed, this case is **DISMISSED** without prejudice. Plaintiff shall tender the filing fee on or before **June 10, 2005**. If the filing fee is received within the time specified, the Clerk is directed to reopen this case. If plaintiff currently lacks sufficient funds to pay the filing fee, he may file another action accompanied by a truthful _in forma pauperis_ application and current inmate account statement.

**SO ORDERED** this 19th day of May, 2005, at Hartford, Connecticut.

/s/DJS

Dominic J. Squatrito
United States District Judge