original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections; Rhode Island Dept. of Corrections, etal : July 6, 2005

# PLAintiff's MOTION FOR Extension of TIME TO Comply with Court Order

The plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned case respectfully moves this Honorable Court for an extension of time "Nunc pro tunc" to comply to the Court's order directing him to immediately submit the U.S. marshal service fees... specifically, the plaintiff submits that on June 22, 2005 he infact filled out a "money transfer slip" -- with prison officials -- directing them to withdraw the amount of money ordered by the Court for the U.S. marshal fees ($58 and change); and he also requested prison officials sent the entire filing fee of $250.00 for payment to the Court in this matter; and $5.00 for fees in the matter C.A. 05-265 S Taylor v Collins. However, as of July 6, 2005 this money was not submitted to the Court as requested. The plaintiff have requested prison officials to investigate why haven't this money been sent to the Court.. the plaintiff submits that its his belief the defendant(s) are knowingly and willfully delaying the "processing" of the payments so the Court could make adverse rulings against the plaintiff.

Because, the plaintiff have already signed and

requested the Prison officials to send from his inmate account.. the U.S. Marshal's Service fees (as ordered to do so by the Court), and $250.00 filing fees in this matter and $5.00 for filing fees in C.A. 05-265S.. the Plaintiff requests the Court grant him an extension of time to Comply to the Court's order directing him to submit the U.S. marshal service fees within 10 days... until July 20, 2005. The Plaintiff Also submits that he have requested the prison officials to investigate and advised him as to the whereabout and/or why there are delays in sending out these monies as was requested. If the problem is not resolved timely.. the Plaintiff will resend/resubmit the money. (Lt. Galligan is investigating this matter pink slip addressed to him.)

Accordingly, the Court should grant this Motion Nunc pro tunc until July 20, 2005.. as the plaintiff infact Complied to this Honorable Court order.. to the best of his ability; as well took the necessary steps to tender the entire filing fees and have begun the process of sending directly to All Defendant(s) notices of Lawsuits, waiver forms, and Complaint.. as the defendants Attorney requested in order to accept service.

Respectfully Submitted,
pro se
[signature]
Thaddeus Taylor 128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, office Legal Counsel, 40 Howard Ave, Cranston, RI 02920 on this 6th day of July, 2005

[signature] pro se
Thaddeus Taylor #128275

FILED