UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, *pro se*,

v.  C.A. No. 05 - 118 T

A.T. WALL, Director, Rhode Island
Department of Corrections, **RHODE
ISLAND DEPARTMENT OF
CORRECTIONS, CONNECTICUT
DEPARTMENT OF CORRECTIONS,
STATE OF CONNECTICUT,** and
**THERESA LANTZ, et al.**

## ORDER

Currently before the Court is *pro se* plaintiff Thaddeus Taylor's motion to have the U.S. Marshal serve certain defendants. Plaintiff's motion is **DENIED**. Plaintiff has the funds to secure service on his own. Indeed, plaintiff has on deposit at the Rhode Island Department of Corrections $2,915.07.

Jacob Hagopian
Senior United States Magistrate Judge
July 15, 2005

1