**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se*,

**v.** **C.A. No. 05 - 118 T**

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **THERESA LANTZ, et al.**

**ORDER**

Currently before the Court is *pro se* plaintiff Thaddeus Taylor's motion to have the U.S. Marshal serve certain defendants. Plaintiff's motion is **DENIED**. Plaintiff has the funds to secure service on his own. Indeed, plaintiff has on deposit at the Rhode Island Department of Corrections $2,915.07.

Jacob Hagopian
Senior United States Magistrate Judge
July 15, 2005