UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Thaddeus Taylor, *pro se*** :
:
**vs.** : **C.A. No.: 05-118T**
:
**A.T. Wall, et. al.** :

**STATE'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER DISCOVERY**

Now comes Defendant Wall in the above-entitled matter and hereby requests an extension of time in which to answer Plaintiff's Interrogatories and Requests for production of documents propounded by the Plaintiff.

**ORDER**

**GRANTED. Defendant shall respond to plaintiff's discovery requests on or before July 25, 2005.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: July 15, 2005**

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 27th day of June, 2005.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/5/05