UNITED STATES DISTRICT COURT
RHODE ISLAND, District of RI

THADDEUS TAYLOR, Plaintiff, v. Connecticut Dept. of Corrections; Rhode Island Dept. of Corrections; A.T. WALL, et AL. Defendants

CASE NO. C.A. 05-118 T

June 27, 2005

FILED JUN 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/5/05

# PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO Answer Interrogatories and Production of Documents

The Plaintiff Thaddeus Taylor, in the above captioned CASE respectfully moves this Honorable Court for an order directing defendant A.T. WALL[1] and the defendant(s) to immediate Answer the plaintiff's Interrogatories and to Produce All the Documents, and files requested by the plaintiff within 20 days. Specifically, the Plaintiff submits that he have served defendant wall and attempted to resolve this matter with his Counsel -- to no Avail.

Accordingly, Pursuant to Rule 37, F.R.Civ.P the Plaintiff Moves this Court to "Compel" the defendant(s) to Answer All the interrogatories and to produce the documents requested. [SEE Attached Interrogatories and Request for Production].

ORAL Argument Requested
TEstimony Required

Respectfully Submitted
Thaddeus Taylor
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

[1] Defendant A.T. WALL is the Director of Rhode Island DOC and infact Able to provide Answers to All Interrogatories for All Defendant(s) as Amended. and As identified as John Does... As well Defendant A.T. WALL possess All Requested documents and Could provide Such to Plaintiff on behalf of All defendants.

ORDER
DENIED.. The Court has extended the time to allow the defendant to respond to plaintiff's discovery requests.
Jacob Hagopian
Senior U.S. Magistrate Judge
Date: July 15, 2005