UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 30 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**THADDEUS TAYLOR,** *pro se,*

v. C.A. No.: 05-118T

**A.T.WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENTOF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**DEFENDANT WALL'S MOTION TO FILE APPENDICES IN EXCESS OF FIVE PAGES**

Now comes Defendant A.T. Wall, Director of the Rhode Island Department of Corrections, and for the reasons argued in the attached memorandum of law, requests permission to file in excess of five pages appendices to his Reply to Plaintiff's Response to Order to Show Cause.

ORDER

GRANTED.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: July 19, 2005

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/5/05

Respectfully submitted,
Defendant, by his attorney

Patricia A. Coyne-Fague #5198
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage pre-paid, to plaintiff Thaddeus Taylor, P.O. Box 8200, Cranston, RI 02920 on this 27th day of June 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**THADDEUS TAYLOR,** *pro se,*

v. **C.A. No.: 05-118T**

**A.T.WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENTOF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**MEMORANDUM IN SUPPORT OF DEFENDANT WALL'S MOTION TO FILE APPENDICES IN EXCESS OF FIVE PAGES**

Now comes Defendant A.T. Wall, Director of the Rhode Island Department of Corrections, and requests permission to file in excess of five pages appendices to his Reply to Plaintiff's Response to Order to Show Cause. The Defendant submits that in order to properly reply to the Plaintiff's response and support his own arguments, he must attach documents, including orders from the U.S. District Court for the District of Connecticut. Defendant Wall submits that the appendices will not exceed twenty pages.

Respectfully submitted,
Defendant, by his attorney

Patricia A. Coyne-Fague #5198
Chief Legal Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage pre-paid, to plaintiff Thaddeus Taylor, P.O. Box 8200, Cranston, RI 02920 on this 27th day of June 2005.