UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, : CASE No. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, Rhode Island Dept. of Corrections, et al., Defendants. : July 15, 2005

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING Defendant A.T. WALL to Provide Plaintiff with Records And Files of his & Inmate Matos

The plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this Honorable Court for an order directing defendant A.T. WALL, RIDOC to provide the plaintiff within 20 days "Certified Copies of his inmate files, Interstate, Medical Files, Special Investigation Unit files, Inspector's office, Classification files, and All Records or files pertaining to the Plaintiff thats in the "RIDOC" Custody or Available to them. The Plaintiff Also request all Records and files Pertaining to inmate Ricardo Matos #107530...including all details about his Claims & investigations into Assaults by Staff and inmate results and all details about his transfer to Connecticut. (See Memorandum in support.)

Respectfully Submitted,
[signature]
Thaddeus Taylor #128215
ACI-HSS
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a Copy of this Motion was Mailed to Attorney Patricia A. Coyne-Fague and Attorney Kelly, Office of Legal Counsel, 40 Howard Ave Cranston, RI 02920 July 15, 2005.

[signature] Pro SE
Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. CASE NO. 05 - 118 T

v. :

Connecticut Dept. of Corrections; Rhode Island Dept. of Corrections, et Al : July 15. 2005

MEMORANDUM IN Support of
PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING Defendant A.T. WALL to Provide PLAintiff with All Records of Inmate Matos

The Plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this Honorable Court for an order directing defendant A.T. WALL, Rhode Island DOC to provide the Plaintiff with All Records and files Pertaining to inmate Ricardo Matos #107530, to include All files and records of the Special Investigation unit, Inspector's office and the Interstate Compact office.. within 20 days, with a Certification of Complete files. Inmate Ricardo Matos, #107530, was reportedly sent to Connecticut in exchange for the Plaintiff and under Similar Circumstances. Additionally, Inmate Matos was beaten up by Several of the named defendants and/or employees at the High Security Facility. defendants named in TAYLOR v. RI DOC, et al, 3:05cv747 (DJS) (U.S. District Court-CT)

Accordingly, the Records and files of inmate Matos #107530 (RIDOC) are Necessary for the Plaintiff to Adequately litigate this matter.. as well the defendant(s) will Not provide such without a Court order.

The Plaintiff also requests the Court order defendant A.T. WALL to provided "Certified Copies" of All Records and files of the Plaintiff Thaddeus Taylor RIDOC #128275, CT DOC #237855, to include a Copy of his Medical Records, Classification files, Protective Custody files, Interstate Compact files, Special Investigation Unit files and All files from the Office of Inspection files -- investigation reports etc. involving the Plaintiff in any aspect.. The Plaintiff request the Court order defendant A.T. Wall to Provide such files "Certified true and Complete Copies within 20 days... Again the Defendants refused to Provide such to the Plaintiff absent a Court order to do so.

Wherefore it is so Moved.

Respectfully Submitted
[signature] Pro Se
Thaddeus Taylor
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Memorandum was Mailed to Attorney Patricia A. Coyne-Fague, RIDOC and Attorney K. Kelly, 40 Howard Ave Cranston, RI 02920 on this 15th day of July, 2005.

[signature] Pro Se
Thaddeus Taylor