**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Thaddeus Taylor,** ***pro se*** :
:
**vs.** : **C.A. No.: 05-118T**
:
**A.T. Wall, et. al.** :

**STATE'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND INJUNCTIVE RELIEF TO PROHIBIT THE STATE FROM DENYING PLAINTIFF ACCESS TO HIS CASE FILES AND LEGAL MATERIALS**

Now comes Defendant A. T. Wall, Director of the Rhode Island Department of Corrections, and, in the accompanying memorandum responds to Plaintiff's Motion for a protective order and injunctive relief to prohibit the State from denying Plaintiff access to his case files and legal materials.

Defendant Wall respectfully submits Plaintiff's Motion should be denied.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 18th day of July, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**MEMORANUM IN SUPPORT OF STATE'S OBJECTION TO PLAINTIFF'S MOTION FOR TEMPROARY INJUNCIVE RELIEF ORDERING THE DEFENDANTS TO GIVE PLAINTIFF ACCESS TO HIS LEGAL MATERIALS**

Now comes Defendant A. T. Wall, Director of the Rhode Island Department of Corrections, and hereby responds to Plaintiff's Motion for Temporary Injunctive Relief requesting Defendants be ordered to provide Plaintiff with access to his legal materials. For the reasons set forth below, Defendant Wall submits the Plaintiff's Motion should be denied.

**Introduction:**

Plaintiff Thaddeus Taylor is a penal inmate, currently housed in the High Security Center of the ACI. Plaintiff has approximately 38 boxes of legal materials and case files. Plaintiff has filed this motion with the Court alleging he is not being given adequate access to his legal materials.

Defendant Wall submits that Plaintiff is being given regular access to his legal materials. In fact, the Department of Corrections has expended great effort in accommodating the Plaintiff and giving him access to his files. This identical issue was addressed in Connecticut Federal Court, in New Haven Connecticut, before Judge Damiani. Lut. Galligan, of the Rhode Island Department of Corrections, testified at that hearing and described for the Court the efforts made by the department to give

Plaintiff access to his legal materials. Specifically, Plaintiff is given one box per day, five days a week to review.[1] Plaintiff is allowed to rotate these boxes. Every two weeks Plaintiff is given access to look at all his boxes. The Department has designated a separate storage area specifically for all of Plaintiff's materials. Plaintiff also has access to the courts and to the law library located at the Department of Corrections.

After hearing, Judge Damiani ruled Rhode Island Dept. of Corrections was giving Plaintiff more than sufficient access to his legal materials and denied his motion. A copy of the transcript of this proceeding will be provided to the Court upon receipt by the Department of Corrections.

**I. Standard for Issuance of Injunctive Relief:**

In order for Taylor to prevail on his motion for injunctive relief, he must demonstrate the following four elements: (1) the likelihood of his success on the merits; (2) potential for irreparable injury; (3) the relevant balance of hardships if the restraint does or does not issue; (4) and the effect on the public interest of a grant or denial of the motion. *Narragansett Indian Tribe v. Guilbert*, 934 F.2d 4, 5 (1st Cir. 1991). Failure to demonstrate any one of these four elements prohibits the granting of a preliminary injunction. Plaintiff's motion for injunctive relief should be denied as lacking in merit. The Plaintiff is being given unprecedented access to his legal materials. The department has a policy in effect that provides inmates with access to the Courts and to legal materials. Beyond that policy, the department has established a

[1] Fire safety concerns allow for the Plaintiff to have no more than one cubic foot of legal materials in his cell.

procedure specifically for the Plaintiff giving him access to his numerous files and boxes.

For the reasons set forth in this memorandum, Defendant Wall submits that the Plaintiff's Motion for Injunctive Relief should be denied.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 18th day of July, 2005.