UNIT[illegible] STATES DISTRI[illegible] COURT

DISTRICT OF RHODE ISLAND

Thaddeus Taylor,
Plaintiff,

v.

Connecticut Dept-of Corrections; Rhode Island Dept- of Corrections, etal,
Defendants

C. A. 05-118 T

July 10, 2005

DISTRICT COURT OF R.I.
SIXTH DIVISION - PROVIDENCE
FILED
JUL 13 2005
ALICE ALBUQUERQUE
CLERK

# PLAINTIFF'S Proof of Individual SERVICE UPON All NAME DEFENDANTS

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files with this Honorable Court this proof of individual service upon all named defendants and identified John Does defendants in this matter as it pertains to All Rhode Island DOC defendants. Specifically, the Plaintiff states, pursuant to the defendants' Attorney request he have [illegible] served upon the "RI-DOC defendants" notice of Lawsuit form, waiver of summons forms and a copy of the Complaint upon defendants A.T. Wall, Caruso, Gadsden, Dinitto, Stebbins, Hilterman, Whitman, Vitale, Weeden, Collins, Anderson, Galligan, Doyle, Hendon, Getter, CHlise, Felan, Avila, Rhode Island Dept. of Corrections...

The Plaintiff provides Proof of Service to this Honorable Court as of July 10, 2005. The Plaintiff now expects that Attorney Patricia A. Coyne-Fague will accept service upon all "RI-DOC" defendants in this matter as she have represented to this Honorable Court.

Respectfully Submitted,
[signature] Pro Se
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Certificate was mailed to attorney Patricia A. Coyne Fague, RIDOC, Office of Legal Counsel, 40 Howard Ave, Cranston, RI 02920 on this date July 10, 2005
[signature] per
Thaddeus Taylor