UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THADDEUS TAYLOR | : CASE NO. C.A. 05-118T |
| v. | : |
| Connecticut-DOC; Rhode Island DOC; et al | : July 21, 2005 |

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE WRITTEN DEPOSITION QUESTIONS TO DEFENDANTS

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully moves this Honorable Court for Permission to file written Deposition Questions to Defendants that shall be Answered under oath within 20 days of service-- and will have the same admissibility effect as "depositions". The plaintiff submits that such would cut down on costs to the plaintiff and defendants. (See MoC Insupport of)

Respectfully Submitted
[signature] #128275
Thaddeus Taylor ProSe
ACI-MSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Motion was mailed to Attorney Patricia A. Coyne-Fague, 40 Howard Ave, Cranston, RI 02920 on this 21st day of July 2005

[signature]
Thaddeus Taylor
The Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut-DOC;
RHODE ISLand-DOC, etal : July 21, 2005

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR WRITTEN DEPOSITION QUESTIONS

The Plaintiff THADDEUS TAYLOR, in his prose Capacity, respectfully files his memorandum in Support of his MOTION FOR WRITTEN DEPOSITION QUESTIONS On All Defendants to Be Answered under oath.. on separate documents within 20days.

The plaintiff submits that this process would be the most Cost-effective Method to depose all defendants for all parties. And would allow the plaintiff to adequately prepare for trial in this Matter.

The Plaintiff request the Court grant him permission to take his depositions in this manner.. and allow the plaintiff one "follow up" of written deposition Questions after the plaintiff receives the Answers by each defendant that shall be Answered

within 10 days of service to counsel or upon defendant(s)--if not represented by counsel.

All written deposition Questions shall be admissible at trial and all Proceedings as any other deposition.

Where fore it is so moved.

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI
02920

Certificate of Service

I Certify that a Copy of this Motion [illegible] was mailed to Attorney Patricia A. Coyne-Fague, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 21st Day of July, 2005. postage prepaid

[signature]
Thaddeus Taylor



[illegible stamp]
[illegible] 25 A 11: [illegible]
FILED