UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Department of : July 26, 2005
Corrections, et al..

PLAINTIFF'S MOTION FOR COURT ORDER ALLOWING HIM AMEND THE COMPLAINT TO INCLUDE ALL CLAIMS IN 3:05CV747

The plaintiff Thaddeus Taylor, in his prose capacity, respectfully moves this Honorable Court for an order allowing him to AMEND/Adopt this MATTER, to include All Claims as setforth in the Matter filed in the U.S. District Court of Connecticut -- TAYLOR v Rhode Island-DOC et al 3:05 CV 747 (DJS) as fully claimed and setforth without further pleadings or filing. Specifically, the plaintiff submits that on or about July 22, 2005, the Federal U.S District Judge issued a ruling to dismiss the complaint -- stating that the plaintiff should be able to have this Court consider all claims perse.

Wherefore, the plaintiff requests permission and an order so stating from this Court. (See MOL & Complaint)

Respectfully Submitted.
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8250
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia Coyne-Fague, 40 Howard Ave Cranston, RI 02920 on this 26th day of July 2005.

[signature] prose
Thaddeus Taylor #128275

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, : CASE No. C.A. 05-118T

v. :

Connecticut Department of Correction, etal : July 26, 2005

MEMORANDUM OF LAW INSUPPORT OF PLAINTIFF'S MOTION FOR PERMISSION TO AMEND/ADOPT All CLAIMS IN 3:05CV747(DJS)

The plaintiff Thaddeus Taylor files this Memorandum insupport of his Motion For Permission to File and/or Amend/Adopt All Claims as setforth in the Complaint (as amended) that was filed in the U.S. District Court (CT) TAYLOR v. RIDOC, etal 3:05CV747(DJS) (see attached Complaint)..

Pursuant to the suggestions and Ruling/order of the Honorable Dominic J. Squatrito, USDJ Connecticut on or about July 22, 2005 -- basically stating that All Claims should be allowed and heard in this Court.

Accordingly, the plaintiff moves the Court for Permission to Litigate all Claims as stated in Case No. 3:05CV747(DJS) and the instant matter.. without any further filings or pleadings. (The defendants from Both cases are aware of these Claims and have been personally given/mailed a copy of the Lawsuit.. All the defendants and their Attorney(s) Patricia Coyne-Fague have also been provided copies of the Complaint in 3:05CV747(DJS)..thus there is no suprise or prejudice)

The Plaintiff have already served All the Rhode Island DOC defendants and their Attorney(s) should be willing to accept Service as to all Claims in the Complaint 3:05CV747(DJS) without any further Service. Indeed, they have now waived Service in the instant matter... However the Connecticut Defendants have not filed their Appearances to date.

Although the U.S. District Judge ruling/order and/or suggestions are not binding on this Court.. the plaintiff requests the Court grant him permission to raise, Argue, and litigate all the Claims as setforth in the Complaint.. in the matter 3:05CV747 DJS (attached) as fully setforth herein -- in addition to the issues already filed. In the interest "of Judicial economy" and uniformity the Court should grant this Motion and issue the Appropriate orders necessary to facilitate this. Wherefore it is so Moved

Oral Argument Requested

Respectfully submitted

Thaddeus Taylor Pro se
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Memorandum with attached Copy of Complaint 3:05CV747(DJS) was Mailed to Attorney Patricia Coyne-Fague, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 26th day of July, 2005. postage prepaid

Thaddeus Taylor Pro se