UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, *pro se*,

v.                                                                                                    C.A. No. 05- 118 T

A.T. WALL, Director, Rhode Island
Department of Corrections, **RHODE
ISLAND DEPARTMENT OF
CORRECTIONS, CONNECTICUT
DEPARTMENT OF CORRECTIONS,
STATE OF CONNECTICUT,** and
**THERESA LANTZ, et al.**

## MEMORANDUM AND ORDER

On May 9, 2005, Thaddeus Taylor filed a motion for a temporary injunction seeking to be transferred to the protective custody unit at the Rhode Island Department of Corrections. A.T. Wall objected and indicated that the plaintiff was, in fact, "housed within a single cell within the protective custody unit." Accordingly, I issued a Report and Recommendation, recommending that the motion be denied as moot, since the plaintiff received the relief he sought.

Plaintiff filed an objection to the Report and Recommendation, indicating he has not been transferred to the protective custody unit. The District Court thereafter remanded this matter to me to determine whether there is an issue of fact to be resolved, namely, whether the plaintiff is, or is not, housed in protective custody.

Accordingly, Defendant Wall is hereby **ORDERED** to detail, by way of affidavit or otherwise, within ten days, where the plaintiff is in fact confined. Plaintiff may provide a reply within five days thereafter.

1

**IT IS SO ORDERED.**

_____
Jacob Hagopian
Senior United States Magistrate Judge
Date: 8·2·05