original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Department of Corrections; et AL : July 29, 2005

## PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF FOR PLASTIC CHAIR IN HIS CELL FOR MEDICAL PURPOSES

The Plaintiff THADDEUS Taylor, in his prose capacity, in the above captioned CASE respectfully moves this Honorable Court for an Temporary InJunctive ORDER directing defendant A.T. WALL "Rhode Island Department of Correction".. to immediately provide the Plaintiff with a "plastic chair with back support" (basically a regular chair).. for use inside his cell... to easy the Plaintiff's lower back pains and to prevent further permanent back injuries and posture problems.

Wherefore it is so moved.

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

### Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, 40 Howard Ave, Cranston, RI 02920 on this 29th July, 2005.

[signature] prose
Thaddeus Taylor

Original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Department of Corrections, ETAL July 29, 2005

PLAINTIFF'S MEMORANDUM INSUPPORT OF MOTION FOR TEMPORARY INJUNCTIVE RELIEF (PLASTIC CHAIR with BACK Support-IN Cell/medical)

The Plaintiff Thaddeus Taylor, in his prose capacity in the above captioned Matter respectfully files this Memorandum in support of his motion For Temporary Injunctive Relief.. directing defendant A.T. Wall to provide the Plaintiff with a plastic chair with Back Support (basically a regular chair) inside his Cell use.. as a result of the Plaintiff's preexisting Lower back, back Medical Condition.. and to Avoid the plaintiff's condition and posture becoming worst.

Specifically, the plaintiff submits that Currently there is "No stool" or "chair" inside the Plaintiff's Cell.. additionally, the bench(es) in the "units" do not have back support on them.. in the "High Security Facility"--- The plaintiff have back in Junior preexisting" from "1996" when he was assaulted by prison officials when he was hand cuffed behind his back... while in "Connecticut-protective Custody unit" the Plaintiff was provided a Plastic

Chair inside his Cell -- as well there were several Chairs in the "Common area" of each housing unit that had Chairs ~~that~~ with back Support...

The Plaintiff Constantly is in "pain" and forced to seat in postions that's bad for his "back Conditions" .. and/or that will cause further injuries and long term effect upon the plaintiff's health, future employment, posture etc.. To date, the defendants have failed to grant this request by the Plaintiff .. for no penological reasons -- but merely to punish the Plaintiff for excersising his Constitutional Rights.

The plaintiff respectfully requests the court issue the Temporary Injunctive order the Plaintiff now seeks.. to prevent any further/future injuries to the Plaintiff and to stop the Plaintiff from being in Constant Pain.

Respectfully Submitted,

[signature]

Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a Copy of this Memorandum was Mailed to Attorney patricia A. Coyne Fague, 40 Howard Ave Cranston, RI 02920 on this 29th day of July 2005.

[signature]

Thaddeus Taylor #128275