original

UNITED STATES DISTRICT COURT
District of Rhode Island

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Department of : July 29, 2005
Corrections, et AL

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANTS TO SERVE THE PLAINTIFF WITH All PLEADINGS VIA "U.S. MAIL"

The Plaintiff THADDEUS TAYLOR, IN his pro se, capacity, respectfully moves this Honorable Court for an order directing the defendants and their Attorney(s) Patricia A. Coyne-Fague and Attorney K. Kelly to "Cease" their current practice of sending the Plaintiff their pleadings, response(s) etc.. [to the Plaintiff (and all inmates for that matter)] via interdepartmental Mail -- rather than by "U.S. Mail" .. specifically, the plaintiff apparently have not been receiving all the pleadings and response(s), letters sent to the Court by the Defendant(s)...

The Attorney(s) for the defendants currently certifies to the Court that such documents were "Mailed" (under the assumption by United State postal Mail system) -- but send it via "Interdepartmental Mail" -- to which, sometimes is opened, not delivered or unnecessarily delayed. (See MOL in support)

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, Office of Legal Counsel, 40 Howard Ave, Cranston, RI 02920 on this 29th July 2005 [signature] Thaddeus

Respectfully Submitted
[signature]
Thaddeus Taylor 128275
ACI HSC
P.O. Box 8200
Cranston, RI 02920

original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

CONNECTICUT DEPARTMENT :
OF CORRECTIONS, ET AL July 29, 2005

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO USE U.S. MAIL

The plaintiff THADDEUS TAYLOR, in his pro se capacity, in the above captioned case respectfully moves this Honorable Court to Grant his motion and direct the defendant(s) and their Attorney(s) to send all pleadings, responses, correspondences etc. to the plaintiff by "U.S. MAIL" system - and cease the current practice to send such via "Interdepartmental mail"... The plaintiff submits that he have not been (All) receiving the pleadings that were filed with the Court by the defendants' Attorney... and/or that prison official (the defendants) are withholding such, delaying such and/or opening such... Accordingly, the Plaintiff now requests the Court order defendant(s) to send all pleadings, correspondences, etc. to the plaintiff via "U.S. MAIL only"... Also the plaintiff request the Court order defendant Atwall to establish a process that requires the prison officials at the "High Security Facility".. to timely process all incoming mail, especially Legal mail - "Monday through Saturday" and pass such out to inmates. The plaintiff request the Court order that all "Legal mail" At the "High Security Facility" be only past out to inmates

(In the High Security Facility) by a Superior officer or the Facility Counselor Tony Amaral.. Additionally, All Legal mail incoming shall be logged on a "paper", by Modules or Housing unit(s).. and DATE the mailroom received the incoming mail... There shall be a place where the inmate sign for the legal mail and date in which he received such.. And filed for the Facility warden Review for two years.." or similar setup". The Plaintiff submits that he also have not been (All) receiving incoming U.S. mail from the Court(s) as well.. or the Clerk's office have not been sending him all orders etc.. this would also provide "proof of deliverance" to the plaintiff and all inmates in the High Security Facility in a timely manner of "legal mail". Accordingly, the plaintiff's Motion should be granted

Respectfully Submitted,
[signature] pro se
Thaddeus Taylor #128285
ACI HSC
P.O. Box 8200
Cranston, RI 02920

## Certificate of Service

I certify that a copy of this Memorandum was mailed to Attorney Patricia A. Coyne-Fague, 40 Howard Ave, Cranston, RI 02920 on July 29, 2005.

[signature] pro se
Thaddeus Taylor 128285