UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept of Corrections etal : July 28, 2005

# PLAINTIFF'S RENEWED MOTION FOR ORDER TO COMPEL DEFENDANTS TO IMMEDIATE COMPLY WITH INTERROGATORIES

The plaintiff THADDEUS Taylor, in the Above Captioned CASE respectfully Moves this Honorable Court for "Motion to Compel" and "for Sanctions" against the defendants for their failure to Comply to the Court's order directing them to Respond and produce the Requested documents on or before July 25, 2005.. To date, the defendants and their Attorneys have not Complied to such and Clearly, their request for extension of time was nothing but a "delay tactic".. to which they should be Sanctioned for at this time.. and directed to immediately produce All requested documents and Interrogatories Questions without any further delays.. or face Additional Sanctions.

Wherefore it is so moved.

Respectfully Submitted
[signature] pro se
Thaddeus Taylor
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

## Certificate of Service

I Certify that a Copy of this Motion was mailed to Attorney Patricia Coyne-Fague, 40 Howard Ave Cranston, RI 02920 on this 28th day of July 2005.

[signature]
[signature]