UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,

v.

Connecticut Dept. of Corrections, Rhode Island Dept. of Correction, et al.

: CASE NO. C.A. 05-118T

:

: July 28, 2005

PLAINTIFF'S MOTION FOR MAGISTRATE JUDGE (HON. Jacob Hagopian) TO Recuse himself

The Plaintiff THADDEUS TAYLOR, in his prose capacity, in the above captioned case respectfully moves this Honorable Court for an order that Recuse(s) Hon. Judge JACOB HAGOPIAN, USMJ -- from any further involvement in this case -- the plaintiff respectfully moves the Court to assign this matter to another Magistrate Judge -- to which there is not a question of baises, "unfairness" against the Plaintiff for being a pro se litigant, ex-law enforcement litigant, inmate, or otherwise; or favoritism towards the "prison officials" Rhode Island Department of Corrections and/or their Attorney(s) Patricia Coyne-Fague or Kathleen M. Kelly.. Accordingly the Plaintiff requests this motion be granted. (See MOL in support)

Respectfully Submitted
[signature]
Thaddeus Taylor #125275
ACI-HSC, P.O. Box 8200
Cranston, RI 02920
(PRO SE)

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia Coyne-Fague, 40 Howard Ave Cranston, RI 02920, on this 28th day of July 2005.

[signature] Thaddeus Taylor

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, Plaintiff ; CASE No. C. A. 05-118 T

v. ;

Connecticut Dept. of Corrections et al; Defendants ; July 28, 2005

MEMORANDUM INSUPPORT OF MOTION FOR RECUSAL OF MAGISTRATE

The Plaintiff THADDEUS TAYLOR, in his prose capacity, in the Above Captioned matter respectfully files this Memorandum insupport of the Plaintiff's motion for an order to Recuse himself; or for recusal of the Honorable JACOB Hagopian, USMJ from any further proceedings in this matter.. as a result of the Plaintiff's belief that the Magistrate Judge has personal "baises" against the plaintiff as aresult of him being an ex-law enforcement, prose litigant, an inmate or otherwise -- to which the Magistrate Judge have failed to, and/or can not be a fair Judge in this matter... Accordingly, the Plaintiff respectfully moves this Honorable Court for an order to refer this matter to another Magistrate Judge .. other than Honorable Judge JACOB Hagopain, USMJ... in the interest of Justice -

Specifically the Plaintiff Submits that he now is under the affirm belief that Judge Hagopian.. have treated him "unfairly", called him a liar, treated him as a third class citizen.. in this process, have deprived the plaintiff of due process of Law, the right to fairly and fully litigate his Legal matter.. as a result of personal baises and/or some other underlying reason in violation of the Canons Rules.

The plaintiff also submits that Honorable Judge Hagopian have given "favorable treatment to the defendants Rhode Island Department of Corrections "prison officials" - and their counsel Patricia A. Coyne-Fague and Kathleen Kelly.. the Plaintiff states that he is under the affirm belief that Judge Hagopian is not, and can not be an impartial Judge in this matter.. and believe there are some other "underlying" issues - that is making Judge Hagopian give favoritism towards the Defendants in this case.

Judge Hagopian, have accused the Plaintiff of being a "Liar".. without Just Cause.. but more importantly without conducting a full and fair hearing on the issue.. whereby he allows the plaintiff to adequately address and create a factual Record.. Rather, he blantly took

The "Prison officials" and their Counsel arguments as the 'truth' without requiring them to file any Affidavit(s) production of undisputed evidence, etc..

Judge Hagopian, further have "trained his gun" on the Prose Plaintiff.. in such a manner that was/is tantamount to him becoming an avocate for the defendants and not an impartial Judge.. to which Seriously deprives the Plaintiff of his Constitutional Right -- to have his case fairly considered.. like any other case.. regardless of his 'status' .. prose, ex-correctional officer, Afro-American, inmate, or otherwise.. The plaintiff do not believe Judge Hagopian's, actions have been in accordance with the 'Canons' Rules... and there exist(s) actual conflicts and potential conflicts of interest(s).. in that the plaintiff seriously believes Honorable Judge Hagapain have violated his "Canon Rules" -- in handling this case.

Additionally, Judge Hagopain have failed to Adequately managed the files, only ruled on Motions that the defendants' interests are setforth -- and have allowed several Motions.. including temporary Injunction Motions to go unaddressed in a timely manner among other things.. He also simply took the Prison officials' words over the plaintiff.

The Plaintiff submits that although the Magistrate Judge may render decisions or recommendations in the proceedings.. that parties may do not like -- and/or are unfavorable -- the magistrate Judge must be "fair" -- and "unbiase" -- and most of all treat all people that comes before the Court equally, and in a professional manner -- regardless if such person is an ex-correctional officer, Pro se Litigant, inmate, Afro-American, Poor person or otherwise -- the Plaintiff dont believe Judge Hagopian -- have been fair and treated him equal -- and believe their exists actual conflict(s) of Interests in his continued presiding over this case --- in the magistrate Role. The plaintiff Also notes similar treatment of another "ex-Law enforcement" Pro se, inmate, that raised similar claims against prison official -- by Judge Hagopian in the matter Jeffrey Scott Hornoff v. ASHBEL T. WALL etal, Case No. C. A. 02-368 T

Accordingly, the Plaintiff requests in the interest of Justice the Court (USDJ) reassign preliminary matters to a different Magistrate Judge for all further proceedings in this case... and/or conduct a full inquiry into these matters.

Oral Argument Requested

Testimony Required

Respectfully submitted

[signature]

Thaddeus Taylor #128270
ACI-HSC, P.O. Box 8200, Cranston RI 02920

Certificate

I certify that a copy of this Memorandum was sent to Attorney Adrain Coyne-Fague, RIDOC, 40 Howard Ave, Cranston RI 02920 on this 28th day of July 2005

[signature], Thaddeus Taylor