**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se,*

**v.** **C.A. No.: 05-118T**

**A.T.WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENTOF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**Defendant Wall's response to Court's Memorandum and Order**

Now comes Defendant Wall, by and through his attorney, and, pursuant to the Memorandum and Order issued by Magistrate Judge Hagopian on August 2, 2005, hereby attaches an affidavit and supporting documents that "detail where the plaintiff is in fact confined."

Defendant, by his attorney,

Patricia A. Coyne-Fague #5198
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of Defendant's Answer was mailed, postage pre-paid, to Plaintiff Thaddeus Taylor, P.O. Box 8200, Cranston, RI 02920 on this 3rd day of August 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se,*

**v.** **C.A. No.: 05-118T**

**A.T.WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENTOF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**AFFIDAVIT OF ASHBEL T. WALL II**

Now comes your affiant, and having been duly sworn, testifies as follows:

1. My name is Ashbel T. Wall II, and I have personal knowledge of all matters contained herein.

2. I presently serve as the Director of the Department of Corrections for the State of Rhode Island, and have done so since March, 2000.

3. The Department of Corrections operates the Adult Correctional Institutions (ACI), which consists of seven separate occupied facilities housing men and women which have a total capacity of 3,441 beds.

4. Within the ACI is the High Security Center (HSC) which is a High-Maximum Security prison facility. Within the HSC are housed, in a separate module (A-mod), inmates who have been classified as "protective custody" inmates.

5. As the attached documents illustrate, inmate Thaddeus Taylor was officially classified as a protective custody inmate on May 9, 2005, but has been actually housed in the protective custody unit since April 15, 2005. He has remained classified as a protective custody inmate since May 9, 2005, although he was physically located in a segregation cell for 15 days in June.

6. While in protective custody, Taylor shared a cell with one other protective custody inmate, until he was transferred to a single cell (which are assigned according to seniority in the unit) on May 19, 2005.

7. On June 6, 2005, Taylor was brought from A-mod to a cell in E-mod, having been sentenced to serve 15 days in disciplinary segregation after having been found guilty by a disciplinary board of a disciplinary infraction. The segregation unit is within E-mod. The segregation cells are single-cells.

8. While serving his 15-day sentence in segregation, Taylor was charged with another disciplinary infraction, for which he received a sanction of 10 days in segregation. However, the Deputy Warden of the facility reduced the sanction to 6 days' Loss of All Privileges (LOAP), which Taylor served upon his release from segregation at the end of 15 days (June 21, 2005).

9. Inmate Taylor is currently housed in the protective custody unit of the HSC. The Department has no intention of reclassifying him from protective custody at any time in the foreseeable future. His next regularly scheduled classification review is April 1, 2006.

Further your affiant sayeth not.

Ashbel T. Wall II

ASHBEL T. WALL II

Sworn to and subscribed before me this 3rd day of August, 2005.

NOTARY PUBLIC
My Commission expires: 11-04-05

ITENEMY2

File Edit PF Keys Shift PF Keys Help

COMMIT INMATE VIEW

*** INMATE ***

INC. #: 038895

LAST NAME: TAYLOR FIRST: THADIUS MINIT: M

ID: 128275 D.O.B: [redacted] RACE: BLACK

*** COMMITMENT EVENTS ***

| EVENT DATE | TYPE | DESCRIPTION |
|---|---|---|
| 04/06/2005 | TRANSFER | MED EMODR 09B - MED SEG 02B |
| 04/15/2005 | TRANSFER | MED SEG 02B - MED HOLD |
| 04/15/2005 | TRANSFER | MED HOLD - HS A MOD A22T |
| 04/15/2005 | TRANSFER | HS A MOD A22T - HS A MOD A22B |
| 04/28/2005 | COURT APPEAR | REMANDED |

Choose by cursor position LIST

1) List Court Dates

Events History

4) Prev / First

5) Next / Last

16) Return

^16) Main Menu

Ready

Start Inbox - Microsoft Outlook MENURUN ITENEMY2

ITENEMY2

File Edit PF Keys Shift PF Keys Help

COMMIT INMATE VIEW

*** INMATE ***

INC. #: 038895

LAST NAME: TAYLOR FIRST: THADIUS MINIT: M

ID: 128275 D.O.B: [redacted] RACE: BLACK

*** COMMITMENT EVENTS ***

| EVENT DATE | TYPE | DESCRIPTION |
|---|---|---|
| 05/09/2005 | ON PC | PLACED ON PC AT HS |
| 05/09/2005 | CLASSIFY | INMATE WAS RECLASSIFIED TO MXP |
| 06/06/2005 | TRANSFER | HS A MOD A22B - HS E MOD E12 |
| 06/13/2005 | TRANSFER | HS E MOD E12 - HS E MOD E11 |
| 06/21/2005 | TRANSFER | HS E MOD E11 - HS A MOD A07B |

Choose by cursor position LIST

1) List Court Dates

Events History

4) Prev | First

5) Next | Last

16) Return

^16) Main Menu

Ready

Start | Inbox - Microsoft Outlook | MENURUN | ITENEMY2