original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,
v.
: CASE NO. C.A. 05-118 T

Connecticut Department :
of Corrections, et Al.
Defendants, : AUGUST 2, 2005

PLAINTIFF'S MOTION FOR COURT ORDERS AND TO COMPEL DEFENDANTS TO COMPLY TO DISCOVERY Requests, Production and Interrogatories

The Plaintiff Thaddeus Taylor, Now "Renews" his Motion for an Order directing the defendants[1] to fully Comply to the Plaintiff's Interrogatories and production of documents requests.. As well the Plaintiff requests the Court issue the specific Orders pertaining to the discovery as setforth in the Supporting Memorandum to this motion.

The defendants have failed to Comply although they requested additional time from the Court to do so... A Court order is required at this time so that the Plaintiff could adequately Litigate this CASE.

Wherefore it is so moved. (See MOL in support)

Respectfully Submitted,
[signature] Pro Se
Thaddeus Taylor 128295
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Motion was mailed to the defendants Counsel Attorney Patricia A. Coyne-Fague 40 Howard Ave, Cranston RI 02920, on this 2nd day of August 2005
[signature]
Thaddeus Taylor

[1] The Plaintiff give "notice" of additional named "John Does" in this matter as defendants.. Warden, Woods, Simpson, Howard, Pierce, Catlow, Aldrich, Blain, Rawshaw Langlois and Donald Convierl -- All of which are RI Defendants

original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A-05-118T

v. :

Connecticut Department of Correction, etal : AUGUST 2, 2005

PLAINTIFF'S MEMORANDUM IN SUPPORT OF RENEWED MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORIES

The Plaintiff Thaddeus Taylor, in his pro se Capacity, in the above Captioned CASE NOW renews his MOTION TO Compel The (RIDOC) Defendants To Answer his Interrogatories individual under OATH and to Produce all the document(s) requested by the Plaintiff.. To wit, the defendants counsel moved the Court for an extension of time until July 25, 2005 to Answer and Produce the requested documents and Interrogatories.. On August 2, 2005 the plaintiff received a Copy of the defendants' Objections to the Plaintiff Discovery and Interrogatories requests.. The defendants provided some document(s) that were are little value to the Plaintiff... as well outdated, undated, documents that were / are of Little value to the Plaintiff... the defendants failed to Answer all the Interrogatories and failed to Produce the requested documents as requested by the

Plaintiff after representing to this Honorable Court additional time was needed to gather such... Accordingly, The Plaintiff Now Moves the Court to issue an order directing the Defendants A.T. Wall, Gadsden Caruso, Dinitto, Hiltermann, Whitman, Stebbins, Vitale, Folan, Calise, Weeden, Collins, Headen, Anderson, Getter, Avila, Galligan, Doyle, Simpson, Blain, Worden, Pierce, Renshaw, Woods, Howard, Catlow, Aldrich, Langlosis and Carcieri (hereinafter "RIDOC Defendants")[1] -- to each answer Severately under oath all the interrogatories questions and to produce the documents requested by the plaintiff -- as to each and every defendant.

The Plaintiff Also request the Court order the defendants to immediately produce all the requested Legal documents and "discovery" the plaintiff requested of them from the time periods he requested, so that he could adequately prepare his case for trial -- specifically, but not limited to the plaintiff request the Court direct the defendant(s) to provide him with "Certified Copies" of his inmate Master file, inmate classification files, Inmate file within the office of Inspections to include all Reports, investigations statements, etc All Records, All Records and files the Special Investigation Unit has on the Plaintiff, All files the Director has

[1] Defendants Simpson, Blain, Worden, Pierce, Renshaw, Woods, Howard, Catlow, Aldrich, Langlosis and Carcieri are additionally named in this Lawsuit as John Does -- identified.. along with Weeden, Collins, Anderson, Headen, Calise, Folan, Getter, Galligan and Doyle.

Pertaining to the Plaintiff including all grievances, Response(s), logs that is in the possession of the Defendants and/or they have Access to; "Certified Copy" of the Plaintiff Medical Records and Mental Health files -- within 20 days.

The Plaintiff Also requests the Court direct the defendants to produce All Records, files, Log books of the "Protective Custody Unit" - High Security Facility; Intake Service Center, Medium One Facility (All the Facilities where the plaintiff was house at -- from "July 1, 2003 through The present date" -- The Log books includes the Modules officer, Main Control and the shift Commander or Superior officers Log books "Certified Copies" --

The Plaintiff Also request the Court specifically direct the defendants to provide all records of Ventilation systems Maintenance, Fire Alarms reports, Fire Drills, Fire sprinkler systems Reports and Maintenance(s) -- identify the locations of Fire "Safety devices," sprinkler systems, heat detectors located in each Facility High Security, protective Custody unit, Medium One Facility, and Intake Service Center between July 1, 2003 through the Present date -- and the names of All inmates, housing units, bed assignments, work assignments Race that were housed in each Facility between July 1, 2003 through the present date -- at the HSC, Med. 1, and Intake Service Center

The Plaintiff Also requests the Court "Compel" the defendants to produce Copies of all documents, Records and files as he Setforth in his Request for Production of documents - "Certified Copies" within 20 days.

The Plaintiff submits that the above requested "discovery" and interrogatories are necessary for the Plaintiff to Adequately litigate and prepare for his trial -- and Contrary to the defendant(s) statements they are burdensome (on every single requests) -- these Records, files and Interrogatories would in fact save time and money on "depositions" and other "discovery" methods -- and allow the Plaintiff to hone the "facts." The Plaintiff time period are required to establish a "pattern" and to be Able to prove his claims at trial.

For the Above reasons, and the fact the Plaintiff have also attempted to meet with the defendants to discuss these matters -- The Plaintiff Now Requests the Court to ORDER such and Compel the Defendants to immediately Comply.

ORAL Argument Request
Testimony Required

Respectfully Submitted,
[signature] Pro se
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion/moLamo mailed to Attorney Patricia A Coyne-Fague, office of Legal Counsel 40 Howard Ave, Cranston, RI 02920 on this 2nd day of August 2005 postage Prepaid

[signature]
Thaddeus Taylor #128275