UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff,
v
Connecticut Department of Corrections, et al
Defendants

: Case No. C.A. 05-118T

:

: AUGUST 9, 2005

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANTS AND THEIR EMPLOYEES FROM RHODE ISLAND DOC FROM Retaliating AND Harassment

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully Moves this Honorable Court for an Order Directing the Defendant(s), defendant A.T. WALL and their employees at the High Security Facility at the ACI to immediately "STOP and Cease" all efforts to "harass, Punish" "retaliate" against the Plaintiff as a result of him filing the instant Lawsuit, inmate grievances and formal Complaints against them. Specifically, the Plaintiff submits that "STAFF" have begun another "round" of "harassment and retaliation", "threats" against the Plaintiff life as a result of him litigating this matter (And related matter Taylor v. RIDOC, et al 3:05 CV 747 (DJS)).

Wherefore it is so moved.

ORAL Argument Requested
Testimony Required

Respectfully Submitted
Thaddeus Taylor #128275
Thaddeus Taylor PRO SE
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

## Certificate of Service

I certify that a Copy of this Motion was mailed to Attorney Patricia A. Coyne-Fague, RIDOC 40 Howard Ave, Cranston, RI 02920 on this 9th day of August 2005.

Thaddeus Taylor PRO SE
Thaddeus Taylor #128275

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, ; CASE No. C.A. 05-118T

v. ;

Connecticut Department of Corrections, etal. Defendants. ; AUGUST 9, 2005

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR COURT ORDER STOPPING DEFENDANTS FROM HARASSMENT, THREATS, Retaliation

The Plaintiff THADDEUS TAYLOR in the Above captioned MATTER, respectfully moves this Honorable Court to issue an order prohibiting the defendant(s) and their Employees (Correctional officer and Supervisors) from "threating," "harassing," "Punishing" the plaintiff without Due process of Law and interferring with his "work productivity" at the RIDOC -- High Security Facility.. as a result of him excerising his Constitutional Rights, filing formal Complaints against them. Defendants' Counsel Patricia A. Coyn-Fague and Defendant A.T. WALL have Continually to Allow these Defendants, their employees to Continue to threaten, harass, subject the Plaintiff to "bogus" disciplinary infractions claims, failure to Adequately investigate the Plaintiff and other inmates Complaints in the "Protective Custody Unit" -- High security Facility -- and Coverups Such misconducts. The RI-DOC have a "defacto" Policy Not to immediately Correct such Misconducts as a Policy from their Legal office -- to "Protect" against civil liability at all Costs. (See Plaintiff's Letter to Magistrate Judge and two Affidavits in support of This Claim)

The Plaintiff Submits that the Employees and defendants (as Amended) and in the related Matter in Connecticut Federal Court.. including but not limited to Deputy warden Collins who is allowing such actions to continue against the Plaintiff--she is incharge of Daily operations; Captain Arnold Anderson, LT. Galligan, LT. Doyle, LT. Getter, correctional officer(s) BLAin, Calise, Simpson, Renshaw, Oliver (not named but recent became involved in these misconducts), Manning, and Allvia.. LT. Galligan, with the approval of higher Administration have created a "Special System" Just for the Plaintiff inwhich LT. Galligan, handles all the plaintiff(s) concerns complaints... No other inmate at the "High security Facility" have this system "set-up".. but the Plaintiff. Never-the less, LT. Galligan Systematically allows STAFF to repeatedly get away with harassing, retaliating and Punishing the Plaintiff.. Captain Anderson, Deputy warden Collins and warden Weeden at the High Security Facility, as well as Defendant A.T. wall are aware of these policies and the fact STAFF are still Harassing, threating, giving false disciplinary Reports to the plaintiff, Retaliating by destroying his Legal Papers (Blain), tampering with his U.S. mail, shakedown of his cells constantly -- throwing the Plaintiff's personal Property on the floor, Not opening his cell doors for meals, Sickcall, showers, recreation among other things, use derrogatory language towards the Plaintiff, intimidate him (attempts) in front of other inmates among other things -- the defendants have told the plaintiff they will "bury him in Segregation" if he don't stop litigating, etc.

Because, the Plaintiff receives "disciplinary tickets" if he writes to Captain Anderson, Deputy warden Collins or warden weeden ..about these Misconducts he can not have anyone address such.. but the "Court" at this point. Moreover, Defendant A.T. wall and his Counsel Patricia A Coyne-Fague have been advised of these misconducts, threats, harassing

unusually Amounts of Shakedowns of the Plaintiff's Cells, Retaliatory ACTS against the Plaintiff -- that includes Actual threats of physical force. Although, prior to Coming to Rhode Island-DOC -- and filing the instant Lawsuit (and related procedures before one could file such) - the Plaintiff have not received a disciplinary report or infraction in Connecticut-DOC since "1996" -- Currently the Rhode Island DOC have subjected the Plaintiff to "SIX" (approx) All of which, were given as a retaliatory ACT, by a disgruntle Employee and Supervisors.

The latest incidents involved LT. Galligan and Correctional Officers "Blain and Oliver" -- turning off the Plaintiff "Pin Number" so that he could not call his attorney(s) and The Office of Inspections against their misconducts. Correctional Officer Blain repeatedly, use(s) profanity towards the Plaintiff, threaten the Plaintiff with "write ups", and STATES that "they have been doing things the way they do around here for a long time -- the same way and I'm not going to change it - I'll die first [Correctional Officer Blain quoted].. Among other things they turned off the power in the plaintiff cell for a week, despite the fact he complained about difficulties in breathing and improper ventilation etc (fan does not work).. The Defendants at "RIDOC" are escalating their misconducts once again -- to which the Plaintiff seriously believe will eventually result in the Plaintiff being "beaten up" by Staff and Supervisor officers LT. Galligan - Martial Arts expert as well as several other employees at High Security Facility) Setup to be Assaulted by inmates, given additional outside charges or worst be killed in his cell. For All the above reasons The Plaintiff moves This Court to grant this motion.

Respectfully submitted
[signature]
Thaddeus Taylor pro se
ACI - HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Memorandum was mailed to Attorney Coyne-Fague, RIDOC 40 Howard Ave. Cranston RI 02920 on this 9th day of August, 2005

[signature]
Thaddeus Taylor pro se