**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR,** *pro se*,

**v.** **C.A. No. 05- 118 T**

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **THERESA LANTZ, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Thaddeus Taylor, an inmate incarcerated at the Rhode Island Department of Corrections ("RIDOC"), filed an Amended Complaint pursuant to 42 U.S.C. § 1983. Currently before the Court are several motions:

**1.** On June 29, 2005, plaintiff filed a motion wherein he seeks to have inmates serve officials at the RIDOC in this case. In the same motion, plaintiff also seeks to be able to "correspond directly" with other inmates about this case. Plaintiff apparently seeks to send letters uninspected for contraband to fellow inmates.

In so far as the plaintiff seeks permission to serve the RIDOC defendants by other inmates, said motion is **DENIED** as moot. All of the RIDOC defendants have waived service. In so far as the plaintiff seeks to correspond directly with other inmates, said motion is **DENIED**. Mail is subjected to reasonable inspection for contraband, and this Court will not interfere with such internal matters at the state prison. See e.g. Turner v. Safely, 482 U.S. 78 (1987)

**2.** On July 5, 2005, plaintiff filed a Motion for Conference to discuss a possible settlement of this case. Said motion is **DENIED** at this time.

**3.** On July 11, 2005, plaintiff filed a motion for an extension of time, until July 22, 2005, to comply with previous Orders of this Court. Said motion is **GRANTED**.

**4.** On July 20, 2005, plaintiff filed a Motion for a Court Order directing the defendant to provide the plaintiff with his inmate file, as well as the file of another inmate. Said motion is **DENIED**. Plaintiff is directed to pursue this material through Fed.R.Civ.P. 26, 30, 31, 33, 34 and 36.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
August 15, 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 AUG 15 P 2:52
FILED