**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT A. T. WALL TO PROVIDE PLAINTIFF WITH RECORDS AND FILES RELATING TO PLAINTIFF AND TO INMATE MATOS**

Now comes Defendant A. T. Wall, in the above entitled matter and hereby responds and objects to Plaintiff's Motion for Court Order to Provide Plaintiff with Records and Files relating to Plaintiff and to Inmate Ricardo Matos. The basis of Defendant's argument is outlined in the accompanying Memorandum.

Defendant Wall respectfully submits Plaintiff's Motion should be denied.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 17th day of August, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT A. T. WALL TO PROVIDE PLAINTIFF WITH RECORDS AND FILES RELATING TO PLAINTIFF AND TO INMATE MATOS**

Now comes Defendant A. T. Wall, Director of the Rhode Island Department of Corrections, and hereby submits this Memorandum in response to Plaintiff's Motion for Court Order Directing Defendant Wall to Provide Plaintiff with Records and Files relating to Plaintiff and to Inmate Matos. For the reasons set forth below, Defendant Wall objects to Plaintiff's Motion and submits the Motion should be denied.

Plaintiff, Thaddeus Taylor, has filed a motion requesting the above referenced material. Defendant objects to this request on the grounds that this motion is not the proper mechanism in which to make such a request. The Discovery Process is the proper mechanism for seeking this information. In fact, Plaintiff's Interrogatories and Requests for Production of Documents seek the same information requested in this Motion. As such, Plaintiff's motion should be denied as duplicative and inappropriate.

Defendant further objects to Plaintiff's motion on the grounds that it poses a risk to security at the Department of Corrections, as well as invades the privacy rights of Inmate Matos.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 17th day of August, 2005.