UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Department : AUGUST 15, 2005
of Corrections, et al. :

PLAINTIFF'S MOTION FOR ORDER Directly Advising ATTORNEY Patricia A. Coyne-Fague That She shall RECUSE HERSELF IN THIS CASE

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully Moves this Honorable Court for an order directing Attorney Patricia A. Coyne-Fague to recuse herself from any further representation of the defendants in this matter... and that she is put on notice that she shall be a witness and/or a defendant in the above captioned manner, thus a Conflict of interest(s) exists with her Continued Representation of the defendants in any manner.

Because Attorney Coyne-Fague have "Personal Knowledge" of the facts and Claims in this matter.. as well a witness to two other defendant(s) LT. Galligan and A. Tall lying under oath.. She will be Called as a witness by the Plaintiff. See MOL.

Respectfully Submitted,
[signature]
Thaddeus Taylor #128-220
ACI-HSC, P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Motion was mailed to Attorney Patricia A. Coyne-Fague, [illegible] Ave, Cranston, RI 02920 on this August 15, 2005. postage prepaid.

[signature]
Thaddeus Taylor pro se

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Department
of Corrections, et Al; : AUGUST 15, 2005

PLAINTIFF'S MEMORANDUM INSUPPORT OF MOTION FOR ORDER DIRECTING ATTORNEY PATRICIA A. COYNE-FAGUE TO RECUSE HERSELF

The Plaintiff Thaddeus Taylor, in the above Captioned case respectfully submits this memorandum insupport of his MOTION FOR ORDER DIRECTING ATTORNEY PATRICIA A. COYNE-FAGUE to Recuse herself from any further representation of any of the defendants in this matter.. and to put her on notice that she will be called as a witness in this matter as a result of her "personal knowledge" of the facts in this matter. Additionally, Attorney Coyne-Fague have personal knowledge of LT. William Galligan "knowingly and willfully" lying under oath in Connecticut Superior Court on June 23, 2005; And she signed as a "notary" for an affidavit by Director A.T. wall, that was false -- she will be called to verify these aspects.

Attorney Patricia Coyne-Fague also made "admissions" of material facts before the Rhode Island Disciplinary Board to which will prove the plaintiff's case against the defendants.

For all the Above reasons this motion should be granted.

Respectfully Submitted
[signature]
Thaddeus Taylor 128275
ACI HSC, P.O. 8200 Cranston RI 0292[illegible]

Certificate of Service

I Certify that a copy of this motion was mailed to Attorney Patricia Coyne-Fague, at [illegible] postage prepaid. Cranston, RJ 02920 August 15, 2005.

[signature]
Thaddeus Taylor PROSE #128275

—|—