UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Department of CORRECTIONS; ET AL AUGUST 15, 2005

PLAINTIFF'S MOTION FOR TEMPORARILY ORDER; INJUNCTIVE ORDER PROHIBITING THE DEFENDANTS' FROM IMPOSING ANY DISCIPLINARY AGAINST PLAINTIFF

The PLAINTIFF Thaddeus Taylor, in his Prose capacity, in the above captioned matter, respectfully moves this Honorable Court for an order and/or Temporary Injunctive Relief prohibiting the defendants, namely Rhode Island Department of Corrections employees... from imposing any "so called" disciplinary sanctions" against the Plaintiff while he is in their Custody... to include but not limited to, denying the plaintiff access to the Law Library, Access to his Legal case files, denying the plaintiff access to his personal property and the Ability to Access the Court. The plaintiff shall be allowed to contact his Criminal Attorneys, Inmate Legal Assistance program and the Court's Pro Se office as reasonably necessary. All "Disciplinary infractions" shall be STAYED until this Lawsuit is fully Litigated (See MOL)

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC, P.O. Box 8200, Cranston RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, Office of Legal Counsel, 40 Howard Ave Cranston, RI 02920 on this August 15, 2005 postage prepaid.

[signature]
Thaddeus Taylor #128275

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v.

Connecticut Department :
Of Corrections, et. AL, . AUGUST 15, 2005

PLAINTIFF'S MEMORANDUM IN SUPPORT OF ORDER PROHIBITING DEFENDANTS FROM IMPOSING DISCIPLINARY SANCTIONS AGAINST HIM

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully moves this Honorable Court for an ORDER and/or Temporary Injunctive Relief prohibiting the Defendants, namely "Rhode Island Department of Corrections"... from imposing any "disciplinary sanctions" whatsoever against the plaintiff.. to include but not limited to placing the plaintiff in segregation or any other status that may prevent him from receiving all the "benefits and privileges" any other "protective custody" inmate is entitled to. The plaintiff respectfully request the Court to order all disciplinary actions to be "STAYED".. until such time the Court could decide this CASE.

Specifically, the plaintiff submits that he have not received a "disciplinary Report" in Connecticut-DOC.. since "1996"... upon his arrival at the "High security Facility", RIDOC the defendants have issued him five disciplinary infractions.. or "retaliatory ACTS" against the

Plaintiff because he filed Complaints against them for their "unprofessionalism" and the instant and related Lawsuits against them. The defendants are systematically "harassing," "threating," and attempting to "set-up" and intimidate the Plaintiff because he is Litigating the Instant matter. This is the "Practice and Custom" of the defendants at the "High Security Facility" to act in this matter -- and worst use excessive or unnecessary force against the inmates that Complains or files Complaints against them. This is their "de facto Policies" -- to "Retaliate" in such manner.

To date, the defendants at the "High Security Facility" to include several of the Administration or Supervisors have allowed the Rhode Island DOC employees to harass, threaten, Retaliate, give false "bookings", and provide Cover-up reports for each other against the Plaintiff... As stated Above the Plaintiff have not received a "disciplinary Report" while in Connecticut department of Correction -- since "1996" -- the "Rhode Island defendants" have now filed five disciplinary reports in approximately two months time frame -- Moreso, after each time he filed Complaints against the Correctional employees he was issued a disciplinary infraction or a "booking" as they call it; additionally the defendants are attempting to Punish the Plaintiff for filing the instant matter and Litigating such.

The Plaintiff also submits that currently he is enrolled in "Rehabilitation Programs" at the "High Security Facility" -- to which the defendants are

"Rehabilitation trying to prevent the Plaintiff from "Completing his Programs" -- as additional "Retaliation against the Plaintiff and Punishment. The defendants disciplinary Hearing Process is also "fundamentally flawed and deprives all inmates at the "High Security Facility" -- of fair hearing and due process of Law as required. Because, the Plaintiff is also seeking placement in a "Halfway House" and Parole (2005) -- such disciplinary infractions may have an "adverse impact" on the plaintiff's opportunities to be released back into his community."

Accordingly, the Plaintiff respectfully requests this Honorable Court to grant this motion and issue such order prohibiting the defendants from imposing any disciplinary sanctions against the Plaintiff in any manner -- All disciplinary actions shall be "stayed" until the Court is able to decide this case. The plaintiff submits that he will not "take advantage of this order" -- but such is necessary to protect the Plaintiff and allow him to be released back into the Community as soon as possible -- to become a productive member of society. Wherefore it is so Moved.

ORAL Argument Requested
TESTIMony Required

Respectfully submitted
[signature] Pro se
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this Memorandum was mailed to Attorney Patricia A. Coyne-Fague, 40 Howard Ave, Cranston RI 02920 on this August 15, 2005 - postage prepaid.

[signature]
Thaddeus Taylor pro se