**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT'S TO SERVE THE PLAINTFF WITH ALL PLEADINGS VIA U.S. MAIL**

Now comes Defendant A. T. Wall, Director of the Rhode Island Department of Corrections, and objects to Plaintiff's Motion for Court Order Directing Defendant's to Serve Plaintiff with all Pleadings via U.S. Mail.

Defendant Wall respectfully submits Plaintiff's Motion should be denied.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 18th day of August, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS OBJECTION TO PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT'S TO SERVE THE PLAINTFF WITH ALL PLEADINGS VIA U.S. MAIL**

Now comes Defendant A. T. Wall, Director of the Rhode Island Department of Corrections, and hereby responds to Plaintiff's Motion for Court Order Directing Defendant's to Serve Plaintiff with all Pleadings via U.S. Mail. For the reasons set forth below, Defendant Wall submits the Plaintiff's Motion should be denied.

Plaintiff Thaddeus Taylor is a penal inmate, currently housed in the High Security Center of the ACI. Plaintiff has initiated litigation against the Rhode Island Department of Corrections in this matter (C.A. No. 05-118) and has filed numerous motions in United States District Court for the District of Rhode Island. Defendant has responded to this litigation by mailing it's pleadings and responses to the U. S. District Court and by sending Plaintiff copies through inter-departmental mail. Plaintiff now seeks to have Defendant's responses and other pleadings sent to him by U. S. mail. Defendant objects to this request.

It is the policy of the Rhode Island Department of Corrections to send correspondence to other facilities within the department via inter-departmental mail. This policy saves the department money and actually gets the mail to the recipient faster than via U.S. mail. The procedure for mailing documents via U.S. mail is to send all

mailings to a central distribution center where they are given a bulk mailing rate, which is lower than the regular postal service mailing rate. This procedure results in a one to two day delay in mail actually being sent via U.S. mail. In contrast, mail sent inter-departmentally arrives at the recipient's address within 24 to 48 hours after it is placed in the inter-departmental mailing slot (except on weekends when it arrives on Monday).

This procedure comports with the United States Supreme Court decision in *Turner v. Safley*, 482 U.S. 78; 96 L. Ed 2d 634. The Court stated in *Turner* "the problems of prisons in America are complex and intractable, and more to the point, they are not readily susceptible of resolution by decree. Running a prison is an inordinately difficult undertaking that requires expertise, planning, and the commitment of resources, all of which are peculiarly within the province or the legislative and executive branches of government. *Turner* at 84-85. Where a policy or regulation is reasonably related to valid correctional goals, where the rule is content neutral and logically advances the institutional goals, and it is not an exaggerated response to those objectives, the regulation or policy does not unconstitutionally abridge the rights of prison inmates. *Turner* at 93.

For the reasons set forth in this memorandum, Defendant respectfully submits that the Plaintiff's Motion should be denied.

Defendant, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 18th day of August, 2005.

Kathleen Kelly