UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, Plaintiff, v. CONNECTICUT DEPARTMENT OF CORRECTIONS, ET AL. Defendants

C.A. CASE NO. 05-118 T

AUGUST 24, 2005

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANTS COUNSEL TO REFRAME FROM ANY EXPARTE Communication WITH TOM Schaffer OR CLERK ABOUT This CASE

The Plaintiff Thaddeus Taylor, in his Pro se Capacity, in the above captioned matter respectfully moves this Honorable Court for an order prohibiting the defendants' Counsel from Contacting Mr. Tom Schaffer[1] or the Clerk's office and discussing any aspect of this case without including the Pro se plaintiff in such Conversations, discussions etc... especially any matter inwhich is the subject matter of the plaintiff's pending motions, temporary injunctions motions or otherwise.

Specifically, on or about August 24, 2005 the Plaintiff received a Copy of a letter

[1] The Plaintiff have no idea who or what Mr. Tom Schaffer's duties are.. however, any communication by the defendants' Counsel and providing documents inwhich will be considered by the Court directly or indirect seriously deprives The Plaintiff due process of Law and fairness.

from the defendants' Attorney (Kathleen Kelly, esq) inwhich indicated that she spoke with Tom Schafter.. (on or about August 18, 2005) and based upon the conversation, she forwarded a portion[2] of a transcript she received regarding the plaintiff's litigation in Connecticut Superior Court. Attorney Kelly specifically stated "this transcript relates to a motion the plaintiff has filed alleging he is not being given access to his legal case files"

The plaintiff objects to this type of "Exparte" communications and the submission of any other document(s), transcripts or otherwise that is not properly filed with the Court.. ie.. the defendants' Attorney filing prejudicial and incomplete portions of a transcript that does not have significant factual meaning to the matters before the Court.. and/or at the very least misleading. Any communication with the Court's assistances and/or the Clerk's office that gives the defendants any tactical advantage over the plaintiff in this matter.. no matter how small it may seem.. is unfair and deprived the plaintiff of due process of law.

[2] The plaintiff was given only "4 pages" of a 59 page(s) Transcript.. and was not provided other documents inwhich Attorney Kelly alleged in the letter she attached to help identify the appropriate document.

Accordingly, the Plaintiff moves the Court for an order directing the defendant's Attorney(s) to Refrain from Making any Expante Communications to the Court, the Courts assistances, Mr. Tom Schaffer, or the Clerk's of the Court -- inregards to any matter that is the subject of the Plaintiff's pending Motions.

The Plaintiff Also request the Court to direct the Clerk to return all documents, Letters, or otherwise from the defendants' Attorney(s) that have not been Properly filed with the Court -- ie -- if the defendants' desire to put in any transcripts or other documents it shall be file in the appropriate motion requesting the Court to take Judicial Notice -- the Transcripts are Complete and Certification are filed with the Court as well. More importantly, Allow the Plaintiff to file an "objection" or "Rely" to any Communications or filing.

Respectfully Submitted,
Thaddeus Taylor #128225
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Motion was mailed to Attorney Patricia A. Coyne-Fague, Rhode Island DOC, 40 Howard Ave Cranston, RI 02920 on this 24th day of August 2005.

Thaddeus Taylor #128225