copy

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,
Plaintiff.

v.

Connecticut Dept. of Corrections, Rhode Island Dept. of Correction, et al.

: Case No. C.A. 05-118T

FILED
AUG 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

July 28, 2005

## PLAINTIFF'S MOTION FOR MAGISTRATE JUDGE (HON. Jacob Hagopian) TO RECUSE himself

The Plaintiff THADDEUS TAYLOR, in his prose capacity, in the above captioned case respectfully moves this Honorable Court for an order that Recuse(s) Hon. Judge Jacob Hagopian, USMJ.. from any further involvement in this case. the plaintiff respectfully moves the Court to assign this matter to another Magistrate Judge .. to which there is not a question of baises, unfairness against the Plaintiff for being a prose litigant, ex-law enforcement litigant, inmate, or otherwise; or favoritism towards The "prison officials" Rhode Island Department of Corrections and/or their Attorney(s) Patricia Coyne-Fague or Kathleen M. Kelly.. Accordingly the Plaintiff requests This motion be granted. (See MOL in support)

Respectfully submitted
[signature]
Thaddeus Taylor #128235
ACI-ASC, P.O. Box 8200
Cranston, R.I. 02920
(PRO SE)

Certificate of service

I certify that a copy of this motion was mailed to Attorney Patricia Coyne-Fague, 40 Howard Ave Cranston RI 02920, on this 28th day of July 2005.

[signature] Thaddeus Taylor

DENIED
[signature] Ernest C. Torres 9/1/05
Ernest C. Torres
Chief, US District Judge