original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR ; CASE No. C. A. 05 - 118T

v. :

Connecticut Department of Corrections, ETAL : August 29. 2005

# PLAINTIFF'S RENEWED MOTION DIRECTING DEFENDANT A.T. WALL TO HOUSE Him "Physically" in Protective Custody

The Plaintiff Thaddeus Taylor, in his prose capacity in the Above Captioned Matter respectfully Moves the Court (again) for an order directing defendant A.T. WALL to immediately Return the plaintiff to the "Protective Custody unit" A-Mod at the "High Security facility". and keep him "physically housed" in the Protective Custody unit, Separate from all "General Population inmates" at the High Security Facility.

On or about, August 27, 2005, the defendant A.T. WALL removed the plaintiff from the "Protective Custody unit".. to the "General Population Segregation" despite his Sworn Affidavit to the Court indicating the plaintiff would remain in the "Protective Custody unit" (The U.S. District Judge recommitted this issue back to the MAGISTRATE pending however, the plaintiff have again been Moved out of the "protective Custody unit". and housed with General Population inmates, among other things).

Respectfully Submitted
Thaddeus Taylor pro se
Thaddeus Taylor #12820
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

ORAL Argument Request.
Testimony required.

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Lynne Fague, Patricia, RIDOC 40 Howard Ave Cranston RI on this 29th August, 2005 - Thaddeus Taylor pro se
Thaddeus Taylor

original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

CONNECTICUT DEPARTMENT
OF CORRECTIONS, ETAL August 29, 2005

# PLAINTIFF'S MEMORANDUM IN SUPPORT OF RENEWED MOTION TO BE Physically Housed IN THE PROTECTIVE CUSTODY UNIT - HSC

The plaintiff Thaddeus Taylor, in the above captioned case respectfully files this Memorandum in Support of his Motion directing defendant A.T. Wall to immediately house him in the protective Custody unit "Physically". (See pending Recommitted Motion for Temporary Injunctive Relief)

Although, defendant A.T. Wall, submitted a sworn affidavit to the Court - stating the plaintiff was "physically" housed in the Protective Custody unit - and he didn't expect the plaintiff to be house anywhere but the Protective Custody unit - Amod until his next Review in April, 2006 or there about - on August 27, 2005, defendant A.T. Wall has allowed the plaintiff to be removed from the "Protective Custody unit" and housed in the "General Population Area of the Facility" subjecting the plaintiff to unnecessary Risk of harm from both staff and inmates. This Motion should be granted.

Respectfully submitted
Thaddeus Taylor pro se
Thaddeus Taylor #128275
ACI-HSC, P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Congdon [?], RIDOC, 40 Howard Ave, Cranston RI 02920 on this 29th day of August, 2005

Thaddeus Taylor pro se
Thaddeus Taylor #128275