original

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. 05-118T

v. :

Connecticut Department of Corrections, etal : AUGUST 29, 2005

# PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S REPORT And RECOMMEDATION

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files this objection to the Magistrate Judge's Report and Recommendation dated August 29, 2005, inwhich recommend the plaintiff's motion for a temporary injunction order be denied as moot.

Although, defendant A.T. Wall submitted a sworn Affidavit to the Court stating the Plaintiff is confined in the Protective Custody Unit at the "High Security Facility" and would remain there until April, 2006 or there about.. On August 27, 2005, the plaintiff was again removed from the "Protective Custody Unit" and placed back on the "general population" side of the Facility..subjecting the plaintiff to the same unnecessary risks of harm. Plaintiff is no longer housed in the "protective custody unit."

For this reason the plaintiff now objects to the Report and Recommendation and respectfully ask the Court to grant the Temporary Injunction Relief.

Respectfully Submitted
[signature] Prose
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion/objection was mailed to Attorney [illegible], RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 29th August, 2005.

[signature] #128275
Thaddeus Taylor prose