UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR ; CASE NO. C.A. 05-118T

V. ;

CONNECTICUT DEPARTMENT ;
OF CORRECTIONS, ETAL ; August 31, 2005

PLAINTIFF'S OBJECTION TO MAGISTRATE'S JUDGE MEMORANDUM AND ORDER (INPART) date AUGUST 30, 2005

The plaintiff Thaddeus Taylor, in the above captioned matter respectfully files his objection to the Magistrate Judge's memorandum and order dated August 30, 2005, part 3 in which the Magistrate Judge denied the plaintiff's motion for defense counsel to recuse or disqualify herself.. specifically, the plaintiff claims he provided to the court several legitimate basis for attorney Patricia A Coyne-Fague" to disqualify herself. the Magistrate Judge apparently did not review/consider the plaintiff's Reply to attorney Coyne-Fague objection. Moreover, she witnessed two other defendants A.T. Wall and LT. Galligan lie under oath -- as well she is a/will be a named defendant in this matter as she already was named in 3:05CV747(DJS) Taylor v. RIDOC, etal

For these reasons I'm requesting further review by the U.S. District Judge of this issue.

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to attorney Patricia A. Coyne-Fague, 40 Howard Ave Cranston, RI 02920. on the 31st day of August 2005.
[signature]
Thaddeus Taylor