UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, pro se

              v.                  CA No. 05-118-T

A.T. WALL, Director, Rhode Island
Department of Corrections, RHODE
ISLAND DEPARTMENT OF CORRECTIONS,
CONNECTICUT DEPARTMENT OF CORRECTIONS,
STATE OF CONNECTICUT and THERESA
LANTZ, et al.

## ORDER DENYING MOTION FOR TEMPORARY INJUNCTION

    Plaintiff's motion for a temporary injunction filed on May 9, 2005, is hereby denied as moot.

                                          By Order

                                          /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: September 9, 2005