UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, pro se

v. CA No. 05-118-T

A.T. WALL, Director, Rhode Island Department of Corrections, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT and THERESA LANTZ, et al.

**ORDER DENYING MOTION FOR TEMPORARY INJUNCTION**

Plaintiff's motion for a temporary injunction filed on May 9, 2005, is hereby denied as moot.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: September 9, 2005