UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

v.  CA No. 05-118-T

CONNECTICUT DEPARTMENT OF
CORRECTIONS, et al.

### ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER

Plaintiff's objection to Magistrate Judge Hagopian's Memorandum and Order issued on August 15, 2005, is treated as an appeal of the Memorandum and Order and is hereby denied and the Memorandum and Order is affirmed.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: September 15, 2005