**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Now comes Defendant A. T. Wall, Director of the Department of Corrections, and for the reasons set forth in the attached memorandum of law, requests an extension of time in which to respond to Plaintiff's Second Amended Complaint.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 8th day of September, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF THE MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**

Now comes Defendant A. T. Wall, Director of the Department of Corrections, and hereby submits this memorandum in support of the request for an extension of time in which to answer Plaintiff's Second Amended Complaint as it relates to Defendants served with the First Amended Complaint between July 6, 2005 and July 26, 2005[1].

Between July 6, 2005 and July 26, 2005, Plaintiff served numerous Defendants with the First Amended Complaint relating to this matter. Plaintiff facilitated serve of process through the Waiver of Service provisions found under Rule 4(d) of the Federal Rules of Civil Procedure.

On or about July 29, 2005, Plaintiff filed a motion to Amend his Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Plaintiff's motion was granted on August 30, 2005.

Defendants received a copy of Plaintiff's Seconded Amended Complaint on September 7, 2005. Therefore, under Rule 15(a) of the Federal Rules of Civil

[1] Plaintiff served the following defendants between 76/05 and 7/26/05 – Captain Arnold Anderson, Lt. Avila, C.O. Calise, Deputy Warden David Caruso, Deputy Warden Donna Collins, Asst. Director Joseph DiNitto, Lt. Doyle, Counselor Folan, Asst. Director Jake Gadsden, Lt. William Galligan, Lt. Getter, Captain Headen, Deputy Warden Roy Hiltermann, Lt. Sandra Stebbins, Captain Robert Vitale, Warden James Weeden, Warden Walter Whitman.

Procedure, the named Defendants have 10 days to file Answers to this Second Amended Complaint. Defendant hereby requests an extension of time in which to respond to Plaintiff's Second Amended Complaint due to the voluminous nature of Plaintiff's Second Amended Complaint.

Plaintiff's First Amended Complaint was 18 pages in length and stated Five Causes of Action. Plaintiff's Second Amended Complaint is 42 pages in length and states 13 Causes of Action. Further, Plaintiff's Second Amended Complaint adds additional allegations to its Statement of Claims, additional factual allegations, adds a class action claim, and names an additional 25 Defendants to the original number of Defendants served in July 2005. As of yet, none of these additional Defendants have been served, but the Defendant anticipates this service in the future.

Based on the additional allegations, claims, and causes of action in Plaintiff's Second Amended Complaint, the Defendant needs additional time to prepare and respond adequately, either by way of an Answer or other responsive pleading. Defendant submits that no prejudice will inure to Plaintiff if this extension is granted.

Therefore, Defendant respectfully requests an extension of time to September 30, 2005, in which to respond to Plaintiff's Amended Complaint.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

## Certification

I hereby certify that a true copy of the within document was mailed, inter-departmental mail, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 8th day of September, 2005.

Kathleen Kelly