UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, et al : September 9, 2005

PLAINTIFF'S RENEWED MOTION/Memorandum FOR STATUS CONFERENCE BEFORE COURT

The Plaintiff Thaddeus Taylor, in the Above captioned matter respectfully Moves the Court for an order scheduling a "Status Conference" before the Court in which the parties could discuss all pending matters before the Court, discovery, case files, Injunctive Relief, settlement, etc.. The Plaintiff further respectfully requests that the Court order the United States Marshal Service to transport him to and from the Court for any and all hearings, Appearance(s) -- to Avoid Any "Mistreatment" at the hands of the RIDOC defendant at the High Security Facility.

("Any Process" will need the Court supervision and guidance it appears)

Respectfully Submitted
Thaddeus Taylor PROSE
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a Copy of this motion/memorandum was mailed to Attorney Lynne-Fague, RIDOC, 40 Howard Ave [illegible] Cranston RI, 02920, on this 9th day of September (2nd) -2005.

Thaddeus Taylor
Thaddeus Taylor PROSE