UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Dept. of
CORRECTIONS, etal. : SEPTEMBER 9, 2005

PLAINTIFF'S MOTION FOR INJUCTIVE RELIEF DIRECTING DEFENDANTS TO IMMEDIATELY PROVIDE RELIGIOUS SERVICES "Baptist-Protestant" At HSC

The Plaintiff THADDEUS TAYLOR in the above Captioned CASE respectfully Moves this Honorable Court for "temporary Injunctive" relief--directing the defendants to immediately provide the Plaintiff (and All inmates at the High Security Facility) with "Baptist-Protestant" religious services--to include church and bible study services. The Plaintiff is unable to practice his religious faith--the defendants have refused to provide such--despite stating they would do so six months ago. The Plaintiff is being Adversely effected. wherefore it is so moved.

Respectfully Submitted
[signature] prose
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this motion was mailed to Attorney Patricia A Coyne-Fague, RIDOC 40 Howard Ave, Cranston, RI 02920 for their preparation this 9th day of September, 2005.

[signature] prose
Thaddeus Taylor #128275

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR | CASE NO. C.A. 05-118T

v.

Connecticut Dept. of Corrections, etal : September 9, 2005

MEMORANDUM INSUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF Directing Defendants to Provide Religious Services

The Plaintiff Thaddeus Taylor, in the Above Captioned CASE respectfully files this Memorandum Insupport of his MOTION For Temporary Injunctive Relief.. directing the defendants at the "High Security Facility" to provide the Plaintiff with "Baptist-Protestant" religious Services.. so that he may be able to practice his religious faith.. and do the will of God as setforth in his religion. For the past six months, the defendants have stated they would provide the Plaintiff with "Baptist" church Services.. however have failed to do so.. Because the Plaintiff's religious faith is important to his everyday life including, being able to adequately litigate his Pending matters, as well preparation for re-entry into Society.. No having such seriously adversely effect his ability to follow his faith.. Indeed the Plaintiff's Mother passed away over the Labor Day weekend.. She may have live & longer if the Plaintiff was allowed to Practice his faith.. at the HSC.

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a Copy of this Memorandum was mailed to Attorney Patricia A. Coyne-Fague RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 9th day of September, 2005.

[signature] #128275
Thaddeus Taylor pro se