UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, etal : September 9, 2005

PLAINTIFF'S MOTION FOR EXPEDITED HEARINGS ON PENDING MOTIONS FOR TEMPORARY INJUNCTIVE OR "ORDERS"-RELIEF

The Plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned case respectfully moves this Honorable Court for "expedited" hearing(s) and decisions on the Plaintiff's Pending Motions for temporary Injunctive or for Court order(s), Sanctions against Defendants--Relief. Specifically, the plaintiff submits that some motions for Injunctive (temporary) Relief have been pending "inpart" for "five months or so". More importantly, the Plaintiff is being "adversely" and "irreparably injured" as a result of the delay(s) in reaching and decidings this motions for temporary Injunctive Relief. Namely, Motion to be transferred back to Connecticut DOC--status quo to prior to March 9, 2005 (Retaliatory transfer); (If first, is grant all others will be moot); Access to Legal Case files (unable to adequately litigate cases--will lose pending matters); Unsafe Living Conditions No Fire safety Sprinkler Systems and Adequate smoke detectors at the High Security Facility; Living Conditions improper ventilation; Medical service; Religious services.. All Pending.

Respectfully Submitted
[signature] Pro se
Thaddeus Taylor #28275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of the foregoing motion was mailed to attorney Patricia Coyne-Fague, RIDOC, 40 Howard Ave Cranston, RI 02920 on this 9th day of September, 2005

[signature]
Thaddeus Taylor Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. 05-118T

v. :

Connecticut Dept. of
Corrections, etal : September 9, 2005

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR "EXPEDITED" HEARING(S) ON PENDING TEMPORARY INJUNCTIVE MOTIONS

The Plaintiff Thaddeus Taylor, in the above matter respectfully files this Memorandum in support of his Motion for Expedited Hearing(s) and decisions on the Pending Temporary Injunctive Motions..

To wit, since March, 2005 the plaintiff have filed several Motions for temporary Injunctive Reliefs and/or Court orders.. that have not been adequately addressed.

Over the "Labor Day weekend", the Plaintiff's mother "passed away".. the plaintiff's Injunctive Relief motion to.. send him back to [Connecticut-DOC] "status quo" until prior to March 9, 2005, dated March 23, 2005, May 9, 2005 6th if was timely heard..and granted would have allowed the plaintiff to spend several months with his mother before she passed away.. Additionally, such communication(s) and visits if in Connecticut would probably extended her life... The plaintiff's mother was unable to travel to Rhode Island-DOC.. medically.

The plaintiff, now only have his aging father (About 75) who also have "serious medical conditions.. to which at anytime he could 'pass away' as well... The plaintiff have already suffered the 'passing away' of his mother

and being unable to spend several months of her life -- and communicate telephonically daily with her -- as a result of the defendants' Actions and the "Retaliatory transfer", NOW, the same is going on with his aging father, who too have "Serious Medical Condictions" ... that could 'PASS AWAY' at any given time -- Additionally, the Plaintiff have his "Aunt" who was very close to his mother, the Plaintiff and is very sick as well -- and could 'PASS AWAY' at anytime she too is older or around the Plaintiff's father AGE -- and Can't travel to Rhode Island to visit the Plaintiff -- telephone Calls from Rhode Island to Connecticut are approximately [$18.00] and too expensive for them to pay -- The defendants have claimed they sent the Plaintiff to "Rhode Island DOC" so he could start anew -- however, there were seven other "ex-law enforcement officers in the "Protective Custody unit" at Cheshire CI, CTDOC inwhich have more time than the plaintiff -- as well there are about 50 other inmates that want to be transferred out of "STATE". The Plaintiff have been at the "Protective Custody unit" at Cheshire CI since 2001 (Approx.) without any incidents or disciplinary Actions -- the likelihood of success as to this issue is excellent.

In Addition to the "Family situation". the plaintiff have served 10 years of incarceration -- and needs to be in Connecticut so that he could adequately prepare for re-entry back into soceity within the next year or so (maybe sooner) ... re-establish Community ties, Family ties, and friends -- so that he could arrange for employment, housing, and basic pre-release necessities.

to which the "RI-defendants" are not offering in any manner shape or form.. Additionally, the Plaintiff need to be able to practice his Religious faith and establish the support of a Church home in Connecticut.. that would ensure he stay on the "Right Path".. He can not do such in Rhode Island-DOC.. Indeed, they have no "Baptist Religious" program set up at the High Security Facility. The Plaintiff also is being denied Adequate Access to the Courts, his legal case files, Connecticut case law and General Statutes among other things.. Unable, to stay up with "Current events" in his Community (Hartford) Area.. and the STATE of Connecticut.. the RI-defendants offers the Plaintiff nothing.. "unsafe living conditions--hazardous.

LASTly, the RI-Defendants, have harass, threaten, Retaliated assault, mistreated, attempted to set-up, denied the Plaintiff of his property, denied medical care, among other things.. Placed him on disciplinary sanctions all as "retaliatory acts" and subjected the Plaintiff to Discriminatory Practices.

The Plaintiff have sufferred tremendously and will be irreparably injured if the Court do not Expedite these proceedings (Injunctive Relief Temporary) and grant such.

The Plaintiff have no family in Rhode Island and is not a Rhode Island inmate.

Respectfully Submitted,
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this motion was mailed to Attorney Patricia A. Coyne-Fague RIDOC, 40 Howard Ave Cranston RI 02920 on this 9th day of September 2005.

[signature] PROSE
Thaddeus Taylor #128275

Oral Argument Requested
Testimony Required