UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Department of Corrections, et al : September 9, 2005

# MOTION FOR SANCTIONS AGAINST DEFENDANT'S ATTORNEY FOR FAILURE TO Comply With COURT ORDER--in Good faith

The Plaintiff Thaddeus Taylor, in the above Captioned matter respectfully Moves this Honorable Court for an order imposing Sanctions upon the defendants' and their Counsel for failure to Adhere to this Court's "ORDER" directing them to "meet" and "Confer" with the Plaintiff.. and Allowing other defendants to Prohibit the plaintiff to have access to his Legal CASE files and interfer with his ability to meaningfully participate in the meeting on September 9, 2005

The Plaintiff request the Court order the defendants, and their Counsel to Answer All the Plaintiff interrogatories questions; Produce and Provide all the Plaintiff's request(s) for production of Documents.. with No exceptions or any further OBJections.

Respectfully Submitted
[signature] Pro se
Thaddeus Taylor
ACI-HSC
P.O. BOX 8200
Cranston RI, 02920

Certificate of Service

I Certify that a Copy of the foregoing was mailed to Attorney Patricia A Coyne-Fague, 40 Howard Ave Cranston RI 02920 on this 9th day of Sept 2005.

[signature] Pro se
Thaddeus Taylor

UNITED STATES DISTRICT COURT
District OF RhodE ISLand

THADDEUS Taylor : CASE No. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, et Al : September 9, 2005

PLAINTIFF'S MEMORANDUM INSUPPORT OF SANCTIONS AGAINST DEFENDANTS' ATTORNEY FOR FAILURE TO COMPLY

The plaintiff Thaddeus Taylor, in the above Captioned matter respectfully files this Memorandum Insupport of his MOTION FOR SAnctions against the defendants' And their Attorney for failure Adhere to the Court's order to "meet and Confer" in "good faith".. and for the defendants interference with the plaintiff's "work productivity" and ability to meaningfully participate in the meeting as was ordered.

Specifically, the defendants denied the plaintiff Access to his Legal case files intentionally, despite them being made aware of the need to Access for such to adequately Prepare for the "Meeting" as ordered by the Court. their Counsel was also advised and willfully failed to Correct the Situation in a timely fashion.

on September 9, 2005 defendant Galligan[1] refused

---

[1] Defendant LT. William Galligan is one of the leading "Superior officers" and Staff that have repeatedly, harassed, Retaliated against, allowed other staff to do such against the plaintiff.. Attempted to set him up.. Among other things. He also is responsible for writing two disciplinary tickets on the Plaintiff because he put in a request slip to the Captains.. The Black Captain dismissed the ticket.. the white Capt. upheld it. He dislike the plaintiff terribly.

to remove the Plaintiff's handcuffs so that he may "meaningfully" participate in the meeting. The defendants' Attorney(s) Patricia A. Coyne-Fague refused to contact Captain Anderson, Deputy Warden Collins or Director A.T. Wall all of who would have "certainly" ordered the handcuffs removed. Moreso, LT. William Galligan, himself is a 3rd degree black belt (I'm told) in "martial Arts" and professional fight in "street fighter" events.. along with LT. Galligan, there were four other correctional officers in the Area as well.. The order by LT. Galligan was meant to "humiliate" and "embarass" the Plaintiff -- and deprive him of the opportunity to meaningfully participate in the "meeting".. Attorney Conye-Fague, who have represented a "forceful voice" to this Honorable Court.. and directly communicate to the "Director" and LT. Galligan's Superiors.. but choose not to do so.. to ensure the meeting was had. (LT. Galligan was also subpoenaed 6/23 to Connecticut-Superior Court.. in the Plaintiff STATE matter as a result of his failure to provide the plaintiff Adequate Access to his Legal Case files.. He lied under oath as well.. The matter was resolved when the Judge strongly recommended that he give the plaintiff Access to his Legal Case files for one week.. so he could Prepare for that hearing) wherefore sanction should be imposed at this time against the defendant(s).

Respectfully Submitted
[signature] prose
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston, RI 02920

ORAL Argument Requested
Testimony Requested

Certificate of Service

I certify that a copy of this memorandum was mailed to Attorney Patricia Coyne-Fague, 40 Howard Ave, Cranston, RI 02920 on this 9th day of September 2005.

[signature] prose
Thaddeus Taylor