United States District Court
District of Rhode Island

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of : September 9, 2005
Corrections, ET AL.

MOTION TO COMPEL DEFENDANTS' TO ANSWER INTERROGATORIES AND PRODUCTION OF DOCUMENTS (Doc. #77)

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully renews his motion to Compel the defendants To Answer the Interrogatories and To produce All the Documents and Records requested by the Plaintiff. (Defendants Doc. #77 includes a Complete listing of the Plaintiff's objections - and hereby incorporated herein) within 20 days.

Wherefore it is so moved. (See Memorandum)

Respectfully Submitted,
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a copy of this motion was mailed to Attorney Coyne-Fague, RIDOC Legal counsel 40 Howard Ave, Cranston, RI 02920 on this 9th day of September, 2005.

[signature]
Thaddeus Taylor #128275

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, eT AL : September 9, 2005

PLAINTIFF's MEMORANDUM INSUPPORT OF MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORIES AND TO Produce (Doc. 77)

The Plaintiff Thaddeus Taylor, in his prose capacity respectfully moves this Honorable Court for an order Compelling the Defendants To Answer the Interrogatories and to Produce the documents requested... within 20 days. (SEE Def. Doc. 77 Interrogatories Answers.) The plantiff requests the Court Compel the defendant to Answer the following:

Interrogatory Question 1 -- Require All defendants to provide their individual Employment History, including dates, times, Location of facilities, All Rank, date of Promotions and all Job titles, duties at each position while Employed by RIDOC [All Defendants]..;

Interrogatory Question 2 -- Entirely. Answer insufficient;
Interrogatory Question 3 -- Entirely; Answer insufficient;
Interrogatory Question 4 -- Entirely; answer insufficient;
Interrogatory Question 5 -- Entirely; Answer insufficient;
Interrogatory Question 6 -- entirely: Answer insufficient;
Interrogatory Question 7 -- entirely -. Answer insufficient,

Interrogatory #8 ; Entirely Answer insufficient;
Interrogatory #9, Entirely, Answer insufficient;
Interrogatory #10; Entirely. Answer insufficient;
Interrogatory #11; Entirely; Answer insufficient;
Interrogatory #12; Entirely; Answer insufficient.
Interrogatory #13; Entirely; Answer insufficient.
Interrogatory #14; Entirely Answer insufficient;
Interrogatory #15; Entirely -- Answer insufficient;
Interrogatory #16; Entirely -- Answer insufficient;
Interrogatory #17 Entirely -- Answer insufficient.
Interrogatory #18 Entirely -- Answer insufficient,
Interrogatory #19 Entirely -- Answer Insufficient;
Interrogatory #20 Entirely -- Answer insufficient,

Production of Documents Request

The plaintiff further request the Court Compel the defendants to Produce the following document within 20 days:

Production Request #1 -- Entirely; Answer insufficient
Production Request #2 -- Entirely; Answer insufficient;
Production Request #3 -- Entirely; Answer insufficient;
Production Request #4 -- Entirely; Answer insufficient;
Production Request #5 -- Entirely; Answer insufficient
Production Request #6 -- Entirely Answer insufficient
Production Request #7 -- Entirely Answer insufficient
Production Request #8 -- Entirely Answer insufficient Answer insufficient

Additionally Interrogatories were served upon defendant A.T. WALL -- and he is required to sign Answers under oath... No one else.

For the Above stated reasons the plaintiff request the Court Compel the defendants to Answer all Interrogatories and to produce All Documents, Records to Support their Answer as well as set forth in The production of Documents. So That the plaintiff may Adequately prepare his Case for trial.

Respectfully Submitted
[signature]
Thaddeus Taylor #128235
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this Motion to Compel was mailed to Attorney Coyne-Fague, RIDOC, 40 Howard Ave, Cranston RI 02920

[signature] PROSE
Thaddeus Taylor