UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, ET AL : September 9, 2005

## MOTION FOR SANCTIONS AGAINST Defendants and DEFENDANTS' COUNSEL FOR FAILURE Adequately TO INVESTIGATE RIDOC TAMPERING with MAIL

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully moves this Honorable Court to impose Sanctions against the defendants and their Counsel for failing to "Adequately and Properly" investigate[1] the Plaintiff Claims that the defendants and/or RIDOC employees are knowingly and willfully "delaying" -- tampering with his Legal mail in retaliation for him filing the instant lawsuit against them... As was ordered by the Court (#88-1) to be conducted by the defendants within ten days and to provide the Court and Plaintiff a report.. The defendants have failed to do so.

Moreover, the on September 8, 2005, the Court provided the Parties with a Current docket sheet to verify All pleadings filed with the Court.. and to ensure All Parties received such... upon review of the

---

1 In previous pleadings to this Court defendant A.T. Wall and his Counsel represented to the Court that All Claims of harassment, retaliation, etc.. made by the Plaintiff would be promptly investigated by The Chief Inspector Aaron Aldrich ... of the RIDOC - Office of Inspections -- who Duties is to investigate All claims of STAFF misconducts among other things.

current docket sheet. the plaintiff became aware that he have not received several documents to include Court orders that apparently was issued; As well, several Pleading the plaintiff filed or Mailed (by placing in the U.S. mail box at the Facility High security) to the Court apparently was not received at the Court or not properly docketed in the Clerk's office. (See plaintiff's letter to Honorable Chief Judge Ernest Torres)

Because the defendants, after being order to do so failed to "properly and Adequately" investigate the plaintiff claims of delays in his Legal mail - and STAFF tampering with U.S mail at the High Security Facility -- as 'retaliatory Acts' .. and report back to the Court and plaintiff -- The plaintiff moves this Honorable Court to impose sanctions Against the Defendants; Additionally, the plaintiff respectfully request the Court to order the "United STATES Postmaster General's office to conduct an investigation into the manner in which U.S. mail, Legal mail, etc.. is being handled at the "High Security Facility" and to investigate whether any individual -- STAFF member at the "High Security Facility" have engaged in any misconducts or criminal Activities in there regards.

Respectfully Submitted,

[signature]
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of SERVICE

I Certify that a Copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, RIDOC Legal office, 40 Howard Ave, Cranston RI 02920 on this 9th day of September 2005.

[signature] prose
Thaddeus Taylor #128275

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, ET AL; : September 9, 2005

## PLAINTIFF'S MEMORANDUM INSUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR THEIR FAILURE TO COMPLY TO COURT ORDER (Doc# 88) IN GOOD FAITH AND IN A TIMELY MANNER

The Plaintiff Thaddeus Taylor, in the above Caption CASE respectfully files this MEMORANDUM Insupport of his Motion For Sanctions against the Defendants and their Attorneys for failing to Adequately and Properly investigate the "tampering" with the Plaintiff's Legal mail, U.S. mail at the 'High Security Facility'. On August 30, 2005 the court ordered the defendants to Investigate the Claims and report back to the Court and Plaintiff within 10 days. The defendants failed to do so. Moreover, they failed to refer the "investigation" to the "office of Inspections" for an independent, Adequate and proper investigation. Their counsel rather allowed the same Superior officers "LT. Getter" and defendants to investigate or Look into their own misconducts. The defendants have ACTED in "bad faith" and failed to Comply to the Court order. And should now be sanctioned. This is not the first time they refused to comply or mislead the Court in this case.

Respectfully Submitted
[signature] PRO SE
Thaddeus Taylor
ACI HSF
P.O. BOX 8200
Cranston, RI 02920

### Certificate of Service

I Certify that a Copy of this Memorandum was mailed to Attorney Conye-Fague, RIDOC 40 Howard ave, Cranston, RI 02920 on this 9th day of September 2005.

[signature] PRO SE
Thaddeus Taylor # 128275