UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR, : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, et al. : September 9, 2005

MOTION FOR TEMPORARY INJUNCTIVE RELIEF -- DIRECTING DEFENDANTS TO ALLOW PLAINTIFF TO SEE "DOCTOR; NOTARY SERVICE"

The plaintiff Thaddeus Taylor, in the above captioned case respectfully moves this Honorable Court for an temporary injunctive order directing the defendants to immediately allow him to see a medical doctor or take him to the hospital -- so that he could get his prescription for 800mg of Martin refilled for his "Chronic back pain" for the past month the defendants at High Security have claimed "they have no doctor -- and can not renew the plaintiff's medical prescription" The Plaintiff is in pain constantly -- and believes the defendants are harassing him and punishing him. Additionally, the plaintiff request the Court direct the defendants to immediately provide him with "notary service" so he could notarized his legal documents and file such with the Court. to date the defendants have refused to provide such -- in a timely manner -- as "retaliatory act." This motion should be granted.

Respectfully submitted
[signature] PRO SE
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Coyne-Fague, RIDOC, 40 Howard Ave Cranston, RI 02920 on this 9th day of September, 2005
[signature] PRO SE
Thaddeus Taylor #128275

— 1 —

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

CONNECTICUT Dept. of Corrections, ET AL. : September 9, 2005

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF Allowing PLAINTIFF TO SEE Doctor. Notary Service

The plaintiff Thaddeus Taylor, in his prose capacity, in the above captioned matter respectfully moves this Honorable Court for and order.. directing the defendants to immediately allow the plaintiff to see the "Doctor" to renew his prescription of 800mg Martin for his Chronic back pains or take him to the hospital.. for the past "month", the defendants have claimed that they don't have a doctor at the High Security Facility, therefore the plaintiff prescription for 800mg Martin for "Pain" in his back can not be renewed. This is a "retaliatory Act" and harassment of the plaintiff.

Additionally, the defendants Collins and Galligan have refused to provide the plaintiff with "notary" services.. so that he could "notarize" his Legal document(s) and file such with the Court(s) (STATE of Connecticut-Superior Court) the defendants are deliberately delaying this as retaliatory Act and harassment against the plaintiff.. Accordingly, these injunctive orders should be granted.

Respectfully submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

### Certificate of Service

I certify that a copy of this memorandum was mailed to Attorney Patricia Coyne-Fague, RIDC, 40 Howard Ave, Cranston, RI 02920, on this 9th day of September, 2005. Postage Prepaid [signature] Prose
Thaddeus Taylor #128275