UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Thaddeus Taylor,** ***pro se*** :
:
**vs.** : **C.A. No.: 05-118T**
:
**A.T. Wall, et. al.** :

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Now comes Defendant A. T. Wall, Director of the Department of Corrections, and for the reasons set forth in the attached memorandum of law, requests an extension of time in which to respond to Plaintiff's Second Amended Complaint.

**ORDER**

**GRANTED. Defendants shall have until September 30, 2005 to respond to plaintiff's Second Amended Complaint.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: Septemver 20, 2005**

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 8th day of September, 2005.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 9/16/05