UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

           v.                    CA No.  05-118-T

A.T. WALL, Director, Rhode Island
Department of Corrections, RHODE
ISLAND DEPARTMENT OF CORRECTIONS,
CONNECTICUT DEPARTMENT OF
CORRECTIONS, STATE OF CONNECTICUT
and TERESA LANTZ, et al.

## ORDER OF DISMISSAL

Plaintiff's complaint is hereby dismissed with prejudice.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Sept. 20 , 2005