UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

v. CA No. 05-118-T

A.T. WALL, Director, Rhode Island Department of Corrections, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT and TERESA LANTZ, et al.

**ORDER OF DISMISSAL**

Plaintiff's complaint is hereby dismissed with prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Sept. 20 , 2005