**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THADDEUS TAYLOR,
Plaintiff

vs. C.A. NO. 05-118T

A.T. WALL, Director, Rhode Island Department of Corrections, RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT and TERESA LANTZ, ET AL.,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to an Order of Dismissal dated September 20, 2005 signed and entered by Judge Ernest C. Torres dismissing Plaintiff's complaint with prejudice, judgment hereby enters in favor of the Defendants.

Enter:

Deputy Clerk

Dated: September 20, 2005