UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

:

v.

Connecticut Department of Correction, etal : SEPTEMBER 12, 2005

PLAINTIFF'S OBJECTION TO DEFENDANTS MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

The Plaintiff Thaddeus Taylor, in the above captioned matter respectfully files his "OBJECTION" to the defendants Motion for Extension of time until September 30, 2005 inwhich to file their "Answer" to the plaintiff's Second Amended Complaint. The defendants received a copy on september 7, 2005 and required to file their Answer on or before september 17, 2005. The Plaintiff would be Prejudice if this matter is not timely litigated.

Moreover, Contrary to the defendants claims they were "unaware" or "Suprise" at the Second Amended Complaint they were provided and served the identical claims and causes of action.. in the matter TAYLOR v. RIDOC, etal 3:05cv747 (DJS) in Connecticut Federal Court.. their representation to the Court are being made with reckless disregard for the truth. The Extension of time should be denied.[1]

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Objection was mailed to Attorney Kathleen McKelly RIDOC 40 Howard Ave, Cranston, RI 02920 on the 12th day of September, 2005.

[signature] PRO SE
Thaddeus Taylor #128275

[1] The plaintiff does not OBJECT if the defendants ACCEPTS service and waive such as to All RI-defendants.. without any Further service... then the Sept. 30 2005 would be reasonable.