UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. CA. 05-118T

v. :

Connecticut Dept.
of Corrections, et al : September 12, 2005

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANTS TO ACCEPT SERVICE UPON ALL RI-defendants

The Plaintiff Thaddeus Taylor, in the above Captioned case respectfully moves this Honorable Court for an order directing Attorney Kathleen M. Kelly[1] to Accept and waive Any further Service upon the "Rhode Island" defendants as named in the "Second Amended Complaint" filed on or about September 7, 2005. The defendants' have previously stated they will accept service.. to the Court. Additionally, this would Avoid "setting off" another round of threats, harassment, intimidation, and Retaliation against the Plaintiff

Respectfully Submitted,
Thaddeus Taylor Pro se
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

## Certificate of Service

I certify that a copy of this motion was mailed to Attorney Kathleen M. Kelly, RIDOC 40 Howard Ave, Cranston RI 02920 on this 13th day of September, 2005. Thaddeus Taylor Pro se
Thaddeus Taylor #128275

---

[1] The Plaintiff also Renew his request for the Court to direct Attorney Patricia A. Coyne-Fague who is a name defendant in this matter.. to refrain from representing any of the defendants and build a Chinese wall, within her office around herself.. to Avoid any future problems and/or Claims of Attorney/client privileges.. at trial. Attorney Coyne-Fague is a Named Defendant in the "Second Amended Complaint" and will be Called as a witness.. by the Plaintiff.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. :
of Correction, etal

September 12, 2005

MEMORANDUM INSUPPORT OF PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING Defendants ATTORNEY (K. Kelly) to ACCEPT and WAIVER All SERVICE-RI

The Plaintiff Thaddeus Taylor, in the Above captioned case respectfully files this Memorandum insupport of the plaintiff's Motion for A Court order directing Attorney Kathleen M. Kelly to Accept and waive any further Service of the "Second Amended Complaint" upon the Rhode Island defendants.. namely RI-Department of Corrections, STATE of Rhode Island, Donald Carcieri, David Caruso, A.T. Wall, Patricia A. Coyne-Fague, Joeseph Dinitto, Joyce Fox, James Weeden, Donna Collins, Roberta Richman, Jake Gadsen, Aaron Aldrich, Inspector Lopez, Inspector Langlosis, Robert Catlow, Arnold Anderson, B. Headen, William Galligan, LT. Doyle, LT. Carol Getter, LT. Avila; Roy Hiltermann, Sandra Stebbins, Robert Vitale, Watt Whitman, c/o Simpson, c/o Blain, c/o Calise, c/o Pasela, c/o Manning, c/o Worden, c/o Woods, c/o R.E. Renshaw, c/o Renshaw, c/o Avella, c/o McCrea, c/o Brouillett, c/o Howard, c/o Pierce, c/o Oliver, c/o Kraus, Dr. Matto, Dr. Poskus, Counselor Amaral, Counselor Folan and John Does..

The defendants have stated to the Court they will accept service and waive service... Additionally, the Plaintiff have Already gave the majority of the above named defendants notice(s) of this Lawsuit and/or served them with a similar copy in the matter in U.S. District Court - Connecticut Taylor v. RIDOC, etal 3:05cv747(JCH)

Thus, the claims are not a surprise to any of the defendants.

Additionally, the plaintiff experienced a period of harassment, threats, set-ups, intimidation, and Relatory Acts when he served the defendants at the "High Security Faculity"

The plaintiff is now afraid that the defendants at the "High Security Facility" would began the entire process of threats, harassment, intimidation and Retaliation acts again-- once they receive such from the plaintiff.

Moreover, Attorney Kathleen Kelly signed all the waiver forms for the "Rhode Island-Defendants" thus far.. therefore it would be a waste of money and time to copy the Complaint "Second Amended" and related documents and mail such to each defendant again.

Accordingly, this motion should be granted.

Respectfully Submitted,

[signature]

Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this Memorandum was was mailed to Attorney Kathleen M Kelly, RIDOC 40 Howard Ave Cranston, RI 02920 on this 12th day of September, 2005.

[signature] pro se
Thaddeus Taylor #128275