**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Thaddeus Taylor,** ***pro se*** :
:
**vs.** : **C.A. No.: 05-118T**
:
**A.T. Wall, et. al.** :

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT'S COUNSEL TO REFRAME (*sic*) FROM ANY EX PARTE COMMUNICATON WITH THE CLERK OF THE COURT**

Now comes Defendant A.T. Wall, Director of the Department of Corrections, and hereby requests an extension of time in which to respond to Plaintiff's Motion for Court Order Directing Defendant's Counsel to Reframe (*sic*) From any Ex Parte Communication with the Clerk of the Court.

Based on the argument set forth in the accompanying Memorandum, Defendant respectfully requests that this motion be granted.

Defendant, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 9th day of September, 2005.

Kathleen Kelly

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT'S COUNSEL TO REFRAME (*sic*) FROM ANY EX PARTE COMMUNICATON WITH THE CLERK OF THE COURT**

Now comes Defendant A.T. Wall, Director of the Department of Corrections, and hereby submits this Memorandum in Support of its Motion for an Extension of Time in which to Respond to Plaintiff's Motion for Court Order Directing Defendant's Counsel to Reframe (*sic*) From any Ex Parte Communication with the Clerk of the Court. Based on the arguments set forth in this Memorandum, the Defendant respectfully requests that this Motion be granted.

On Friday, September 09, 2005, counsel for the Defendants was scheduled to meet with the Plaintiff in this matter to discuss various issues, including a review all pleadings filed with the court to ensure that all parties had copies of all the pleadings. This meeting was ordered by Magistrate Judge Hagopian on August 30, 2005. To ensure that the meeting would be productive, counsel for the Defendants received a copy of the docket sheets from the District Court. Copies of these docket sheets were faxed over to Plaintiff on September 8, 2005.

Upon review of the docket sheets, Defendant's legal counsel determined that one motion filed by the Plaintiff was never received by counsel for Defendants. This

motion is #89 on the docket - Plaintiff's Motion for Court Order Directing Defendant's Counsel to Reframe (*sic*) From any Ex Parte Communication with the Clerk of the Court.

On September 9, 2005, counsel for the Defendants met with the Plaintiff; however, this meeting was extremely unproductive and last only a few minutes. Therefore, Defendant's counsel did not have the opportunity to get a copy of this motion from Plaintiff. Defendant has just received a copy of this motion via fax from the Clerk of the Court today. Because Defendant will be unable to respond to this Motion within the ten day time limit, Defendant respectfully requests an extension until Friday, September 16, 2005 in which to respond.

Defendant, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 8th day of September, 2005.

Kathleen Kelly