UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, et Al : SEPTEMBER 15, 2005

# PLAINTIFF'S OBJECTION TO MAGISTRATE Judge Report AND Recommendation (doc. 96-1)

The Plaintiff Thaddeus Taylor, in the Above captioned CASE respectfully files his OBJection(s) to the Magistrate Judge Report and Recommendation[1] (document No. 96-1) to which the magistrate Judge recommended the denial of the plaintiff's temporary injunctive motion directing that he be returned to a confinement facility in Connecticut -- [status quo] prior to MArch 9, 2005 -- until this Court could decide the merits of the plaintiff's "Retaliatory transfer claims. The Plaintiff first objects to the Magistrate Judge decision not to conduct an evidentiary hearing to establish the "facts" surrounding this Motion -- especially, in light of the fact the pro se plaintiff have indicated to the Court, the "defendants" are denying him adequate ACCESS to his legal case files -- to which is preventing him from providing additional documents to support his temporary Injunctive motion (pending)... Clearly,

[1] Pursuant to the provisions of section 351(g) of Title 28 of the U.S.C. The Plaintiff respectfully request all matters be reassigned to another magistrate Judge in the interest of Justice.

there is an insufficient Record before the Court to decide these matters.

Additionally, the Magistrate Judge "Report and recommendation.. fails to Address the "Second Amended Complaint".. to which he granted the plaintiff permission to file. the "Amended Complaint" is no longer the operative Complaint in this matter. The Magistrate Judge also misapprends the plaintiff's claims and the LAW.. Contrary to the Magistrate belief.. this "transfer.." of the Plaintiff was not done in the "normal" course of prison officials placement of prisoners.. but rather a "Retaliatory Transfer".. against the Plaintiff for excersing his Constitutional rights[2].. The defendants acted "Arbitrary and Capriciously". See Smith v. Campbell, 250 F.3d 1032 (6th Cir. 2001), Thaddeus X v. Blatter, 110 F.3d 1233 (1997) Higgason v. Farley, 83 F.3d. 807 (7th Cir. 1996). See Also "Pending" motion to Expedite temporary Injunctive hearing... insupport of Plaintiff's claims of irreparable Injuries.. to which the Magistrate Judge did not address. Accordingly, because the Magistrate Judge incorrectly stated the Plaintiff has no Constitutional right.. as setforth in this case.. the Report and Recommendation should be rejected and further proceeding held.. to establish a fractual Record.

Respectfully Submitted,

Thaddeus Taylor #128225
Pro se
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certification of Service

I certify that a Copy of this Objection was mailed to the defendants' Attorney Kathleen Kelly, office of Legal Counsel 40 Howard Ave, Cranston, RI 02920 on this 15th day of September, 2005

Thaddeus Taylor

---

2 Indeed the more appropriate defendant to respond to such motion for temporary Injunctive
Relief should be the Connecticut Department of Corrections Defendants. however
the Magistrate have failed to order the CT-Defendants to respond. Nothing in the
court records Contradicts  the plaintiff claim (Second Amended Complaint).