**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Thaddeus Taylor, *pro se*** :
:
**vs.** : **C.A. No.: 05-118T**
:
**A.T. Wall, et. al.** :

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT'S TOACCEPT SERVICE UPON ALL RI - DEFENDANTS**

Now comes Defendant A. T. Wall et al, and objects to Plaintiff's Motion for Court Order Directing Defendant's to Accept Service upon all Rhode Island Defendant's.

Defendant Wall respectfully submits Plaintiff's Motion should be denied.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 19th day of September, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-118T** |
| | : | |
| **A.T. Wall, et. al.** | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF THE OBJECTION TO PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANT'S TO ACCEPT SERVICE UPON ALL RI - DEFENDANTS**

Now comes Defendant A. T. Wall et al, and submits this memorandum in support of the objection to Plaintiff's Motion for Court Order Directing Defendant's to Accept Service upon all Rhode Island Defendant's.

Plaintiff has recently filed a Second Amended Complaint in the above entitled matter. In that Complaint, Plaintiff has added 25 defendants to those originally named in the First Amended Complaint. Plaintiff's motion seeks an Order from the Court requiring Defendant to accept service on behalf of these additional defendants, without Plaintiff being required to follow the procedural guidelines of Rule 4 of the Federal Rules of Civil Procedure. Defendant objects to such a motion.

Plaintiff's Second Amended Complaint substantially expands upon Plaintiff's First Amended Complaint in both the number of claims alleged and the number of Defendants named. Whereas under Rule 5 of the Federal Rules of Civil Procedure, Plaintiff may file this Second Amended Complaint with the attorney(s) for the previously served Defendants, Rules 4 and 5 require that pleadings asserting claims against new parties be served in accordance with Rule 4 of the Federal Rules of Civil Procedure. *See Fed. R. Civ. P. 4 and 5. See also Author's Commentary to Rule 5(b) –*

*New Claims Against New Parties*. Therefore, Plaintiff must follow the procedures set out in Rule 4.

Plaintiff is well aware of the provisions of Rule 4(d) – Waiver of Service – as this is the procedure he followed to effectuate service of the First Amended Complaint upon the original defendants. Plaintiff is required to follow this same procedure for the newly named parties. The fact that Plaintiff is pro se does not abrogate his obligation to properly serve these new parties named in the Second Amended Complaint.

For the reasons set forth in this memorandum, Defendant Wall respectfully submits Plaintiff's Motion should be denied.

Defendant, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Thaddeus Taylor, at P.O. Box 8200, Cranston, RI 02920, on this 19th day of September, 2005.