UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

CONNECTICUT DEPT. OF CORRECTIONS, ET AL : SEPTEMBER 28, 2005

# Plaintiff's NOTICE OF APPEAL - FINAL JUDGMENT

The Plaintiff THADDEUS Taylor, in his prose capacity, in the above captioned CASE Respectfully files this "NOTICE OF APPEAL" of the "final Judgment" orders rendered by Honorable Chief Judge EARNEST TORRES, documents ## 115, 116, 117[1] on september 20, 2005 dismissing the plaintiff's complaint with preJudice.

The Plaintiff NOW Appeal(S) these orders to the United STATES Court of Appeals, for the First Circuit.

Respectfully Submitted,
Thaddeus Taylor
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

[1] The Plaintiff have filed a Rule 59(e), F.R.Civ.P. Motion for Reconsideration and to Alter The Judgment. Motion for reconsideration and respectfully reserves the Right to AMEND this Notice of Appeal if Adverse decision is rendered on such pending motions.