COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. No. C.A. 05-118T

v.

Connecticut Dept. of Corrections, et Al : September 12, 2005

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANTS TO ACCEPT SERVICE UPON All RI-defendants

The Plaintiff Thaddeus Taylor, in the above Captioned case respectfully moves this Honorable Court for an order directing Attorney Kathleen M. Kelly[1] to Accept and waive Any further Service upon the "Rhode Island"-defendants as named in the "Second Amended Complaint" filed on or About September 7, 2005. The defendants' have previously stated they will accept service.. to the Court. Additionally, this would Avoid setting off "another round of threats, harassment, intimidation, and Retaliation against the Plaintiff.

Respectfully Submitted,
Thaddeus Taylor Prose
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

ORDER
DENIED as moot. This case has been dismissed.
Jacob Hagopian
Senior U.S. Magistrate Judge
Date: October 5, 2005

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 10/13/05

## Certificate of Service

I certify that a copy of this motion was mailed to Attorney Kathleen M. Kelly, RIDOC 40 Howard Ave, Cranston RI 02920 on this 13th day of September, 2005 Thaddeus Taylor Prose
Thaddeus Taylor #128275

[1] The Plaintiff also Renew his request for the Court to direct Attorney Patricia A. Coyne-Fague who is a name defendant in this Matter.. to Reframe from representing any of the defendants and build a chinese wall. within her office around herself.. to Avoid any future problems and/or Claims of Attorney/client Privileges.. at trial. Attorney Coyne-Fague is a Named Defendant in the Second Amended Complaint and will be Called as a witness.. by the Plaintiff.