UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE No. C.A. 05-118T

v. :

Connecticut Dept. : September 23, 2005
Of CORRECTIONS, ETAL

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/18/05

PLAINTIFF'S MOTION TO Alter OR AMEND THE JUDGMENT; AND/OR MOTION FOR RECONSIDERATION

The Plaintiff Thaddeus Taylor, in his prose capacity, in the above captioned matter, respectfully moves this Honorable Court for Reconsideration and/or to ALTER or AMEND the Court's decision to Dismiss the Plaintiff's Complaint with prejudice under 28 U.S.C. §1915(e)(2)(A)[1] (Allegation of poverty is untrue)

Because the prose plaintiff did not act in "bad faith" or "manipulative tactics" in submitting his IFP Application and because "dismissal with prejudice" would be a total miscarriage of Justice -- and deprive the Plaintiff his day in Court the decision to dismiss should be "vacated" and/or altered to "without prejudice" (See Memorandum)

ORAL Argument Requested
TESTIMONY Required

Respectfully Submitted
Thaddeus Taylor Prose
Thaddeus Taylor
ACI-HSC
P.O. BOX 8200
Cranston RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne-Fague, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 23rd day of September 2005 (Postage prepaid by placing in the legal mailbox at the Prison) Thaddeus Taylor pro SE
Thaddeus Taylor

1 The United States District Court, accepted the Magistrate Judge's Report and Recommendation dated July 25, 2005. IN Doing So the Court simply stated "The recommendation is hereby accepted." dated 9/20/05. There were no indication on the record that the Court reviewed the Plaintiff's objections to the Report and Recommendation or the Plaintiff's Reply to the defendant's Opposition (doc. #38).