CA: 05-118
J. Torres

# United States Court of Appeals
## For the First Circuit

CERTIFIED COPY

NO. 05-2552

CA-05-118T

THADDEUS TAYLOR,

Plaintiff - Appellant,

v.

CONNECTICUT DEPARTMENT OF CORRECTIONS; STATE OF CONNECTICUT; STATE OF RHODE ISLAND; RHODE ISLAND DEPARTMENT OF CORRECTIONS; THERESA LANTZ, Commissioner, CDOC; A.T. WALL, Commissioner, RIDOC; LYNN MILLING; STEVE STROM; DAVID CARUSO; JAKE GADSDEN, Warden; JOSEPH DINITTO; ROY, 1st Lieutenant at Maximum Security; WALTER WHITMAN; LT. SANDRA STEBBINS; CAPTAIN ROBERT VITALE; ROY HILTERMANN, Deputy Warden; JAMES WEEDEN; DONNA COLLINS, Deputy Warden; LT. WILLIAM GALLIGAN; LT. CAROL GETTER; LT. DOYLE; LT. AVILLA; ARNOLD ANDERSON; CAPTAIN BARBARA HEADEN; C.O. CALLISE; COUNSELOR DALE FOLAN; KEVIN SULLIVAN; BRIAN GARNET; DONALD CARCIERI; PATRICIA A. COYNE-FAGUE; JOYCE FOX; ROBERTA RICHMAN; AARON ALDRICH; INSPECTOR LOPEZ; INSPECTOR LANGLOIS; ROBERT CATLOW; C.O. SIMPSON; C.O. BLAIN; C.O. PASELA; C.O. MANNING; C.O. WORDEN; C.O. WOODS; C.O. R.E. RENSHAW; C.O. AVELLA; C.O. MCCREA; C.O. BROUILLETT; C.O. HOWARD; C.O. PIERCE; DR. MATTO; DR. POSKUS; C.O. OLIVER; C.O. KRAUS; COUNSELOR AMARAL; JAMES DZURENDA, Warden, Cheshire, CT, CTDOC; DENNIS JONES; BRIAN MURPHY; FRED LEVESQUE; MARY JOHNSON; M. JODI RELL, Governor, State of Connecticut,

Defendants - Appellees.

---

**ORDER OF COURT**

**Entered: October 19, 2005**

This court has docketed plaintiff's appeal from the judgment entered on September 21, 2005 in CA No. 05-00118 (D. R.I.) as Appeal No. 05-2552. On September 28, 2005, plaintiff filed a motion to alter or amend the judgment and/or reconsideration in the district court. Pursuant to Fed. R. App. P. 4 (a)(4)(A), the notice of appeal from the September 21, 2005 judgment does not become effective until the district court disposes of the post-judgment motion.

Therefore, appellant is directed to file a status report by **November 18, 2005** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not he intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order.

See Fed. R. App. P. 4(a)(4)(B).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on the motion to alter or amend judgment and/or reconsideration, it is directed to forward its decision to this court forthwith.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Linda Berry Date: 10-19-5

[Cert. cc: Hon. Ernest C. Torres and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Mr. Taylor, Ms. Kelly and Ms. Coyne-Fague]