UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS Taylor : CASE NO. C.A. 05-118T

v. :

Connecticut Dept. of Corrections, et al : OCTOBER 19, 2005

# PLAINTIFF'S NOTICE OF AMENDED NOTICE OF APPEAL -- docs # 136, 49, 70, 86, 90, 98, 99

The Plaintiff Thaddeus Taylor, in his pro se capacity, respectfully files with this Court his AMENDED NOTICE of APPEAL .. to include his Appeal of the district Court denial of plaintiff's Motion to Alter or AMEND the Judgment; And/or motion FOR Reconsideration .. document # 136 filed 10/18/05, Judge Torres. Additionally, documents # 49, # 70, # 86, # 90, # 98, # 99, in which Judge Torres denied. Because this Matter have Now become a final Judgment The plaintiff files this AMENDED Notice of Appeal, to include All the Above issues as well as the issues raised in the original Notice of Appeal.

Respectfully Submitted,
[signature], pro se
Thaddeus Taylor # 128225
ACI - HSC
P.O. Box 8200
Cranston, RI 02920
The Plaintiff-Appellant

Certificate of Service

I Certify that a copy of this Amended Notice of Appeal was mailed to Attorney Patricia A. Coyne Fague, RIDOC Legal Counsel office, 40 Howard Ave, Cranston, RI 02920 on this 19th day of October, 2005.

[signature] 128225
Thaddeus Taylor # pro se