David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy

October 27, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: Our file no. 05-118T (Taylor vs. Wall)

Dear Mr. Donovan:

Please find enclosed a Notice of Amended Notice of Appeal .

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

One Exchange Terrace • 119 Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 528-5100 • Fax: (401) 528-5112