David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette Dube
Chief Deputy

October 27, 2005

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Boston, Ma. 02109

Re: Our file no. 05-118T (Taylor vs. Wall)

Dear Mr. Donovan:

Please find enclosed a Notice of Amended Notice of Appeal .

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
NOV 01 2005
FOR THE FIRST CIRCUIT

05-2552