**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

v. C.A. No. 05-118 T

**A.T. WALL,** Director, Rhode Island Department of Corrections, **RHODE ISLAND DEPARTMENT OF CORRECTIONS, CONNECTICUT DEPARTMENT OF CORRECTIONS, STATE OF CONNECTICUT,** and **TERESA LANTZ, et al.**

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

Thaddeus Taylor, ("plaintiff"), *pro se*, a Connecticut inmate incarcerated at the Rhode Island Department of Corrections ("RIDOC"), filed a complaint pursuant to 42 U.S.C. § 1983 alleging a host of constitutional improprieties. On September 16, 2005, defendant A.T. Wall filed a motion for sanctions, seeking dismissal of the complaint pursuant to Fed.R.Civ.P. 16(f) due to plaintiff's alleged misbehavior at, and unwillingness to participate in, a Court ordered conference. However, on September 21, 2005, the District Court dismissed this action in its entirety. Accordingly, defendant's motion for sanctions, in the form of dismissal of this case, is moot and should be denied. I so recommend.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); Local Rule 32. Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

[redacted]

Accepted in the absence of an objection.

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

Date: 11/21/05