UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

v. CA No. 05-118-T

A.T. WALL, Director, Rhode Island
Department of Corrections,
RHODE ISLAND DEPARTMENT OF CORRECTIONS,
CONNECTICUT DEPARTMENT OF
CORRECTIONS, STATE OF CONNECTICUT,
and TERESA LANTZ, et al.

**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS**

Defendant A.T. Wall's motion for sanctions seeking dismissal of the complaint pursuant to Fed.R.Civ.P 16(f) due to plaintiff's alleged misbehavior at, and unwillingness to participate in, a Court ordered conference is hereby denied as moot.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Nov. 21, 2005