UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor,
Plaintiff,

v.

Connecticut Dept. of Corrections; Rhode Island Dept. of Corrections, et al.
Defendants

: CASE NO. C.A 05-118T
(Pending Appeal USCA No. 05-2552) (First Circuit)

: November 21, 2005

## MOTION FOR Protective ORDER AND TEMPORARY INJUNCTIVE Relief AGAINST DEFENDANTS

The Plaintiff Thaddeus Taylor, in his prose capacity, in the above captioned matter(s) respectfully moves this Honorable Court for Protective order(s) prohibiting defendant(s) Correctional officers Woods, Olver, and LT. William Galligan from being assigned or working in the Plaintiff's housing unit in which is the "Protective Custody Housing Unit"—A-Mod, at the High Security facility, Rhode Island DOC--where so they have direct control over the Plaintiff and the ability to harass, Retaliate and attempt to set-up the Plaintiff as punishment against him for excercising his Constitutional rights.

The Plaintiff also moves the Court for Temporary Injunctive relief prohibiting All defendants from interfering with the Plaintiff's ability to adequately litigate this matter and Appeal, by denying him access to his Legal case files, access to updated caselaw and law Library, tampering with his Legal mail and ability to purchase Commissary items, and denying him use of his funds--as well prohibiting defendants Woods, Oliver, Weeden, Galligan, Collins and Wall from harassing, retaliating against him in any manner. See Mol. (Oral Argument requested)

Respectfully Submitted
[signature]
Thaddeus Taylor #128275
ACI HSC
P.O. Box 8200
Cranston RI 02920

Certificate of Service

I certify that a Copy of this motion was mailed to Attorney Patricia A. Coyne Fague, and Attorney Kathleen Kelly, RIDOC 40 Howard Ave, Cranston, RI 02920 on this 21 day of November 2005, postage prepaid
[signature] pro se
Thaddeus Taylor #128275

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO: C.A. 05-118T
(USCA No. 05-2552)

v.

Connecticut Dept of CORRECTIONS; Rhode Island Dept. Corrections, et al : November 21, 2005

## ~~Mo. for.~~ MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER ~~[illegible]~~ Memorandum In support

The plaintiff Thaddeus Taylor, in the above captioned matter (and pending Appeal to First Circuit Court of Appeals) respectfully moves this Honorable Court for Preliminary and Temporary Restraining ORDER(S) and Injunctive relief against the defendants in the above captioned matter --- namely defendant A.T. Wall, defendant Donna Collins, defendant William Galligan, defendant Correctional officer Woods and defendant Correctional officer Oliver .. all who are employees of the Rhode Island Department of Corrections.

Specifically, the plaintiff submits that on or about october 15, 2005 through the present date and ongoing -- the above defendants have continued to engage in misconducts and 'retaliatory acts' against the plaintiff Thaddeus Taylor, as a result of him filing the instant matter and subsequent Appeals.

The Plaintiff submits that defendants Wall, Collins, Galligan, Woods and Oliver, as well as other Rhode Island DOC employees have repeatedly "harassed", "threaten", "intimidated", attempted to set-up to be given additional criminal charges, set-up to be serious assaulted by staff and/or inmates and unfairly subjected to disciplinary actions at the hands of the defendants as punishment for litigating the instant matter. Additionally, on November 17, 2005, defendants Woods, Oliver, Galligan confiscated the plaintiff's legal case files and have refused to give him adequate access to his legal case files so that he could perfect his pending appeal(s) (USCA No. 05-2552) as well adequately litigate related matters. On November 17, 2005 also defendants Woods, Oliver, Galligan, Wall and Collins conspired to 'harass', 'retaliate against' and attempted to 'set-up' the plaintiff to be seriously assaulted, set-up to be given additional criminal charges, and/or deprived adequate access to the Courts -- systematically.

The plaintiff submits that this is not the first time defendants Wall, Galligan, Collins, Woods and Oliver have attempted and did 'harass', retaliate, threaten, and discriminated against the plaintiff as a result of him suing them and litigating the instant matter.. and nothing have stop the defendants from engaging in their misconducts thus far.. Accordingly, a Temporary Injunctive order is necessary to be issued at this time

against the defendants.. prohibiting them from denying the plaintiff Adequate access to his Legal Case files; Access to a Law Library to Conduct Legal research; Prohibiting the defendants from "Retaliating", harassing", Attempting to 'set-up' in any manner to be serious assaulted; given additional Criminal Charges, or otherwise incarcerated longer; while the plaintiff is in their Custody (Rhode Island Dept of Corrections). Prohibit them from interferring in work productivity.

The plaintiff further request the Court issue a 'Protective Order' prohibiting defendant William Galligan, Correctional officer Woods and Correctional officer Oliver..from working in, or being assigned any supervisory duties over the Protective housing unit-- A-module of the High security Facility.. while the plaintiff is housed there.. and/or in Rhode Island DOC facilities. The plaintiff now moves this honorable Court to grant such orders to protect the plaintiff from any further harm, longer period of incarceration, set-ups, and harassment/Retaliatory acts by these named defendants.. all other measures have thus far failed.

Respectfully Submitted,
[signature] prose
Thaddeus Taylor #128295
ACI HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I Certify that a Copy of this TRO & Protective order & ... was mailed to Attorney Patricia A. Coyne-Fague, Attorney Kathleen Kelly, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 21st day of November, 2005 postage prepaid.

[signature]
Thaddeus Taylor, Prose