UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor,
Plaintiff, : CASE NO. C.A.

v.

~~Connecticut Dept of~~ Corrections, Rhode Island Dept. of Corrections, et al, ~~Defendants~~ :

(Pending Appeal USCA No 05-2552) (First Circuit)

: November 21, 2005

Referred to the U.S. Magistrate Hagopian [ ] for findings & recommendation [✓] for determination. Ernest C. Torres, Chief Judge. Date: 12/1/05

# MOTION FOR Protective ORDER AND TEMPORARY INJUNCTIVE Relief AGAINST DEFENDANTS

The Plaintiff Thaddeus Taylor, in his pro se capacity, in the above captioned matter(s) respectfully moves this Honorable Court for Protective order(s) prohibiting defendant(s) correctional officers Woods, Oliver, and Lt. William Galligan from being assigned or working in the Plaintiff's housing unit which is the Protective Custody Housing Unit—A-Mod, at the High Security facility, Rhode Island DOC -- whereas they have direct control over the Plaintiff and the ability to harass, retaliate and attempt to set-up the Plaintiff as punishment against him for exercising his Constitutional rights.

The Plaintiff also moves the Court for Temporary Injunctive Relief prohibiting All defendants from interfering with the Plaintiff's ability to adequately litigate this matter and Appeal, by denying him access to his Legal case files, access to updated caselaw and law library, tampering with his Legal mail and ability to purchase commissary items, and denying him use of his funds -- as well prohibiting defendants Woods, Oliver, Galligan, Collins and Wall from harassing, retaliating against him in any manner. See attachment

(Oral Argument requested)

ORDER
DENIED. This case is closed and on appeal to the First Circuit.
Jacob Hagopian
Senior U.S. Magistrate Judge
Date: Jan 5 2006

Respectfully Submitted,
Thaddeus Taylor #128275
ACI-HSC
P.O. Box 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia A. Coyne Fague, and Attorney Kathleen Kelly, RIDOC 40 Howard Ave, Cranston, RI 02920 on this 21 day of November, 2005. Postage prepaid. Thaddeus Taylor /pro se

 Thaddeus Taylor #128275