UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-118T

v. :

Connecticut DEPARTMENT OF CORRECTIONS, ETAL : JANUARY 9, 2006

PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE ORDER TO DENY PROTECTIVE ORDER AND TEMPORARY INJUNCTIVE RELIEF

The Plaintiff Thaddeus Taylor, respectfully files his objection and appeal to the U.S. District Judge of the Magistrate Judge's decision not to fully 'entertain' the plaintiff's serious concerns as setforth in his protective ORDER motions and Temporary Injunctive Relief(s) against the defendant(s).. to protect the prose plaintiff. In particularly, when the Director A.T. Wall, Legal Counsel and prison official.. advised the plaintiff they will not/(and have not) discipline any staff.. or resolve the plaintiff's concerns.. because he opted to file a 'lawsuit'; thus, the Court(s) must resolve all pending matters and the Plaintiff's concerns. Accordingly, the plaintiff moves for the U.S. District Judge to overrule the Magistrate Judge and order further proceedings.

Respectfully submitted,
Thaddeus Taylor prose
Thaddeus Taylor #128275
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this objection was mailed to Attorney Kathleen Kelly, RIDOC Office of Legal Counsel, 40 Howard Ave Cranston, RI 02920 on this 9th day January, 2006. Thaddeus Taylor
Thaddeus Taylor #128275