UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,

Plaintiff,

v. C.A. No. 05-118T

CONNECTICUT DEPARTMENT
OF CORRECTIONS, et al.,

Defendants.

ORDER AFFIRMING MAGISTRATE JUDGE'S DECISION

Magistrate Judge Hagopian's Order denying Plaintiff's Motion for Protective Order and Temporary Injunctive Relief is hereby affirmed for the reasons stated in the Order.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/1/06